IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM,<br>    1600 K Street, NW<br>    Washington, DC 20006<br><br>NATIONAL CONSUMER LAW CENTER,<br>    1001 Connecticut Avenue, NW<br>    Washington, DC 20036<br><br>ALLIANCE FOR JUSTICE,<br>    11 Dupont Circle, NW<br>    Washington, DC 20036,<br><br>for themselves and all others similarly situated,<br>                    *Plaintiffs*,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>    950 Pennsylvania Avenue, NW<br>    Washington, DC 20530,<br>                    *Defendant*. | Case No. 16-745 |

**CORPORATE DISCLOSURE STATEMENT**

As counsel of record for the plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance for Justice, I certify under Local Civil Rules 7.1 and 26.1 that to the best of my knowledge and belief, no parent companies, subsidiaries, or companies own at least 10% of the stock of any of the plaintiffs, nor do any of the plaintiffs have parent companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public.

These representations are made so that judges of this Court may determine the need for recusal.

                    Respectfully submitted,

                    */s/ Deepak Gupta*
                    DEEPAK GUPTA (D.C. Bar No. 495451)
                    JONATHAN E. TAYLOR (D.C. Bar No. 1015713)
                    GUPTA WESSLER PLLC
                    1735 20th Street, NW
                    Washington, DC 20009
                    Phone: (202) 888-1741
                    Fax: (202) 888-7792
                    *deepak@guptawessler.com, jon@guptawessler.com*

April 21, 2016           *Attorneys for Plaintiffs*