IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM,<br>1600 K Street, NW<br>Washington, DC 20006<br><br>NATIONAL CONSUMER LAW CENTER,<br>1001 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>ALLIANCE FOR JUSTICE,<br>11 Dupont Circle, NW<br>Washington, DC 20036,<br><br>for themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>*Defendant*. | Case No. 16-cv-745-ESH |

**PROOF OF SERVICE**

I, Stephanie Bessie Garlock, having been duly authorized to make service of the the attached Summons, as well as the Complaint and Notice of Right to Consent to Trial Before a Magistrate Judge in the above titled case, do hereby swear and affirm under the penalties of perjury:

That I am over the age of 18.

That I am not party to or otherwise interested in this suit.

That I served the summons on Reginald D. Rowan, lead legal assistant, who is designated by law to accept service of process on behalf of the United States Attorney's Office for the

District of Columbia, at 501 Third Street, NW, Washington, DC 20001 on April 26, 2016 at 1:10 P.M.

Executed On: 4/26/16

/s/ Stephanie Garlock
Stephanie Garlock
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

NATIONAL VETERANS LEGAL SERVICES
PROGRAM, NATIONAL CONSUMER LAW CENTER,
and ALLIANCE FOR JUSTICE, for themselves and all
others similarly situated

*Plaintiff(s)*

v.   Civil Action No.   16-cv-745-ESH

United States of America

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA
c/o Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deepak Gupta
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/22/2016                               /s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*