UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:16-cv-00745 (ESH)<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

TO THE CLERK: Please note the appearance of Elizabeth Smith of Motley Rice LLC as additional counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance For Justice in the above-captioned case.

/s/*Elizabeth Smith*
Elizabeth Smith
DC Bar #994263
Motley Rice LLC
3333 K Street, NW
Suite #450
Washington, DC 20007
Ph: 202- 386-9627
Fax: 202-232-5513
esmith@motleyrice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April 2016, a copy of the foregoing Notice of Appearance was filed through the Court's electronic case filing system and served through the Court's electronic filing system on all counsel of record.

By: /s/ Elizabeth Smith
Elizabeth Smith (994263)
MOTLEY RICE LLC
3333 K St. NW, Suite 450
Washington, DC 20007
Tel.: (202) 386-9627
Fax: (202) 232-5513
Email: esmith@motleyrice.com