UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:16-cv-00745 (ESH)<br><br>CLASS ACTION |

### MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM H. NARWOLD

Pursuant to Local Civil Rule 83.2(d), and upon the annexed declaration of William H. Narwold, Elizabeth Smith, counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance For Justice and an attorney licensed to practice in the United States District Court for the District of Columbia, hereby moves this Court to admit William H. Narwold, a member of good standing of the bars of the District of Columbia and the States of Connecticut, New York, and South Carolina, to appear and participate *pro hac vice* before this Court in the above-captioned proceeding. Pursuant to Local Civil Rule 7(m), the undersigned states that she has not conferred with opposing counsel regarding the instant non-dispositive motion, as counsel for the defendant has not entered an appearance.

Dated: **April 26, 2016**  
Washington, D.C.

By: */s/ Elizabeth Smith*  
Elizabeth Smith (994263)  
MOTLEY RICE LLC  
3333 K St. NW, Suite 450  
Washington, DC 20007  
Tel.: (202) 386-9627  
Fax: (202) 232-5513  
Email: esmith@motleyrice.com

I hereby certify that on **April 26, 2016**, I caused a true copy of the foregoing to be filed through the Court's electronic case filing system and served through the Court's electronic filing system on all counsel of record.

Dated: **April 26, 2016**　　　　　　　　By:　*/s/ Elizabeth Smith*
Washington, D.C.　　　　　　　　　　　　Elizabeth Smith (994263)
　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　3333 K St. NW, Suite 450
　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 386-9627
　　　　　　　　　　　　　　　　　　　　Fax: (202) 232-5513
　　　　　　　　　　　　　　　　　　　　Email:　esmith@motleyrice.com