**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated, <br><br>      Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br>      Defendant. | Case No. 1:16-cv-00745 (ESH) <br><br> CLASS ACTION |

**DECLARATION OF WILLIAM H. NARWOLD**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

WILLIAM H. NARWOLD, declares as follows:

1.    My full name is William Henry Narwold, and I am a member of the law firm Motley Rice LLC. I make this Declaration in support of my motion to appear *pro hac vice* in the above-captioned matter as counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance For Justice.

2.    My office address is: Motley Rice LLC, 20 Church Street, 17th Floor, Hartford, Connecticut 06103; my telephone number is 860-882-1676.

3.    I am a member of the bars of the District of Columbia and the States of Connecticut, New York, and South Carolina. I am admitted to practice in the United States District Courts for the District of Connecticut, District of South Carolina, District of Colorado, Eastern District of New York, and Southern District of New York. I am admitted to practice in the United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth,

Ninth, Tenth, Eleventh, Federal and D.C. Circuits.  I am also admitted to practice before the United States Supreme Court.

4.      I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted.  I have never been disciplined by any bar.

5.      I am currently admitted *pro hac vice* in this Court in another case:  *Adam Steele, et al v. United States of America,* Case No. 14-cv-01523 (RCL).

6.      I am a member of the bar of the District of Columbia but do not engage in the practice of law from an office located in the District of Columbia.

7.      I am familiar with the Local Rules of this Court.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on:  April 26, 2016

_____
William H. Narwold