**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:16-cv-00745 (ESH)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF WILLIAM. H. NARWOLD**

IT IS ORDERED that William H. Narwold is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia in the above-captioned matter.

Dated:_____

_____
Ellen S. Huvelle
United States District Judge