**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:16-cv-00745 (ESH)

CLASS ACTION

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM. H. NARWOLD**

IT IS ORDERED that William H. Narwold is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia in the above-captioned matter.

Dated:____________________

____________________________
Ellen S. Huvelle
United States District Judge