IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM,<br>1600 K Street, NW<br>Washington, DC 20006<br><br>NATIONAL CONSUMER LAW CENTER,<br>1001 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>ALLIANCE FOR JUSTICE,<br>11 Dupont Circle, NW<br>Washington, DC 20036,<br><br>for themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>*Defendant*. | Case No. 16-cv-745-ESH |

**PROOF OF SERVICE**

I, Stephanie Bessie Garlock, having been duly authorized to make service of the attached Summons, as well as the Complaint and Notice of Right to Consent to Trial Before a Magistrate Judge, in the above titled case do hereby swear and affirm under the penalties of perjury:

That I am over the age of 18.

That I am not party to this suit.

That I served the summons and complaint in the above captioned case on the United States Attorney General by sending it via United States Postal Service certified mail, postage prepaid to the United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C., 20530. A certified mail receipt is attached.

I have received the receipt for the certified mail, No. 70151520000053206210 (attached), indicating that delivery of the summons and complaint was made upon said defendant on May 2, 2016.

Executed On: 5/2/2016

Stephanie Garlock
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009



**UNITED STATES POSTAL SERVICE**

Date: May 2, 2016

Stephanie Garlock:

The following is in response to your April 29, 2016 request for delivery information on your Certified Mail™ item number 70151520000053206210.  The delivery record shows that this item was delivered on May 2, 2016 at 4:46 am in WASHINGTON, DC  20530.  There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated

*Plaintiff(s)*

v.

United States of America

*Defendant(s)*

Civil Action No. 16-cv-745-ESH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA
c/o Attorney General of the United States
United States Department of Justice
Room 4400
950 Constitution Ave., NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deepak Gupta
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/22/2016

/s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*