```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL      )
  SERVICES PROGRAM, et al.,  )
                             )
          Plaintiffs,        )
                             )
     v.                      ) Civil Action No. 16-745 ESH
                             )
UNITED STATES OF AMERICA,    )
                             )
          Defendant.         )
                             )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of W. Mark Nebeker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

May 16, 2016                        Respectfully submitted,


                                    _____/s/
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Civil Division
                                    Washington, DC  20530
                                    (202) 252-2536
                                    mark.nebeker@usdoj.gov