UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL            )
  SERVICES PROGRAM, et al.,     )
                            )
        Plaintiffs,            )
                            )
     v.                       ) Civil Action No. 16-745 ESH
                            )
UNITED STATES OF AMERICA,          )
                            )
        Defendant.             )
                            )
_____)

ORDER

    Upon Consideration of the Unopposed Motion For An Enlargement
Of Time, And Memorandum In Support Thereof, and for the reasons set
forth in support thereof, it is this _____ day of _____, 2016,

    ORDERED that the motion should be and is hereby GRANTED; and
it is

    FURTHER ORDERED that the time within which Defendant may file
a response to the motion for class certification be and is hereby
enlarged up to and including July 11, 2016.


                _____
                UNITED STATES DISTRICT JUDGE

copies to:


W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

DEEPAK GUPTA, ESQ.
GUPTA BECK PLLC
1735 20th Sreet, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

WILLIAM H. NARWOLD, ESQ.
1021 N Garfield St.
Apt. 216
Arlington, VA 22201
860-882-1676
860-882-1682 (fax)
bnarwold@motleyrice.com

ELIZABETH S. SMITH, ESQ.
MOTLEY RICE, LLC
3333 K Street, NW
Suite 450
Washington, DC 20007
(202) 386-9627
(843) 216-9350 (fax)
esmith@motleyrice.com