```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

NATIONAL VETERANS LEGAL          )
  SERVICES PROGRAM, et al.,      )
                                 )
          Plaintiffs,             )
                                 )
     v.                          ) Civil Action No. 16-745 ESH
                                 )
UNITED STATES OF AMERICA,        )
                                 )
          Defendant.             )
                                 )
_____  )

## ORDER

Upon consideration of Defendant' Motion To Dismiss Or, In The Alternative, For Summary Judgment and for the reasons set forth in support of the motion, it is this ____ day of _____, 2016, ordered that the motion should be and is hereby GRANTED.

                                 _____
                                 UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

KENNETH C. GAUVEY, ESQ.
The Law Practice of Ken C. Gauvey, LLC
6700 Alexander Bell Drive
Suite 200
Columbia, MD  21046

WILLIAM STUART HEYMAN, ESQ.
Law Office of William S. Heyman
201 N. Charles Street, Suite 500
Baltimore, MD  21201