IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>        *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        *Defendant*. | Case No. 16-745-ESH |

### [PROPOSED] ORDER

Upon consideration of the parties' joint motion to extend the briefing schedule,

It is ORDERED that the parties' motion to extend the briefing schedule is hereby GRANTED; and it is

FURTHER ORDERED that the time within which the defendant may file a memorandum of points and authorities in response to plaintiffs' motion for class certification is further extended though July 25, 2016, and no additional extensions shall be granted; and it is

FURTHER ORDERED that the time within which the plaintiffs' may file a memorandum of points and authorities in response to defendant's motion to dismiss is initially extended though July 29, 2016.


This ____ day of _____, 2016   _____
                   ELLEN SEGAL HUVELLE,
                   Senior United States District Court Judge