UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL )
  SERVICES PROGRAM, et al., )
 )
      Plaintiffs, )
 )
  v. ) Civil Action No. 16-745 ESH
 )
UNITED STATES OF AMERICA, )
 )
      Defendant. )
 )
_____ )

## ORDER

UPON CONSIDERATION of the Plaintiffs' Motion For Class Certification, for the reasons set forth in opposition to plaintiffs' motion, and based upon the entire record herein, it is on this _____ day of _____, 2016, hereby

ORDERED that the Plaintiffs' Motion For Class Certification should be and hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

DEEPAK GUPTA, ESQ.
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

WILLIAM H. NARWOLD, ESQ.
1021 N Garfield St.
Apt. 216
Arlington, VA 22201
860-882-1676
860-882-1682 (fax)
bnarwold@motleyrice.com

ELIZABETH S. SMITH, ESQ.
MOTLEY RICE, LLC
3333 K Street, NW
Suite 450
Washington, DC 20007
(202) 386-9627
(843) 216-9350 (fax)
esmith@motleyrice.com