UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL<br>　SERVICES PROGRAM, et al., | )<br>)<br>) |
| 　　　　Plaintiffs, | )<br>) |
| 　　v. | ) Civil Action No. 16-745 ESH<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| 　　　　Defendant. | )<br>)<br>) |

## ORDER

Upon Consideration of the Defendant's Motion To Stay Discovery and for the reasons set forth in support thereof, it is this \_\_\_\_\_ day of _____, 2016,

ORDERED that the motion should be and is hereby GRANTED; and it is

FURTHER ORDERED that discovery in this case be and is hereby stayed until after the resolution of defendant's dispositive motion and plaintiffs' motion for class certification.

_____
UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

DEEPAK GUPTA, ESQ.
GUPTA BECK PLLC
1735 20th Sreet, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

WILLIAM H. NARWOLD, ESQ.
1021 N Garfield St.
Apt. 216
Arlington, VA 22201
860-882-1676
860-882-1682 (fax)
bnarwold@motleyrice.com

ELIZABETH S. SMITH, ESQ.
MOTLEY RICE, LLC
3333 K Street, NW
Suite 450
Washington, DC 20007
(202) 386-9627
(843) 216-9350 (fax)
esmith@motleyrice.com