```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

NATIONAL VETERANS LEGAL      )
   SERVICES PROGRAM, et al., )
                             )
         Plaintiffs,          )
                             )
     v.                       ) Civil Action No. 16-745 ESH
                             )
UNITED STATES OF AMERICA,    )
                             )
         Defendant.           )
                             )
_____)

## SECOND DECLARATION OF ANNA GARCIA

1. I am Anna Garcia and work for the Administrative Office of U.S. Courts ("AOUSC") as the PACER Service Center Manager, a position that I have held for one and a half years.

2. The information set forth in this declaration is based on my personal knowledge and on the information available to me in my official capacity as I perform my work for the AOUSC.

3. I am generally aware of the types of issues that are raised with and resolved by the PACER Service Center.

4. Some of the concerns raised by PACER users to the PACER Service Center regarding billing are resolved by credits that the PACER Service Center extends.

5. Of those billing concerns brought to the PACER Service Center by its users, most are resolved with the PACER Service Center providing a credit, most result in a credit even though there was not technically any error in the bill that went out.

6. When we document the reason(s) why a credit was issued, we often refer to these instances as given as a "courtesy."

7. Since beginning my work as the PACER Service Center Manager, I have routinely been involved with customers (i.e., PACER users) who raise concerns with the PACER bills that they receive.

8. In my experience, most credits issued are courtesy

credits, meaning that they are issued because of some type of user error, user omission, or user misunderstanding, e.g. the user did not know a fee was associated with the service, the user's computer crashed, the user accessed the wrong case(s)/document(s), etc.

      9.   Often, if the user requested credit, in an effort to promote excellent customer service and goodwill on behalf of the Federal Judiciary, the PACER Service Center issued a credit.

      10.   I have reviewed a spreadsheet maintained by PACER Service Center outlining multiple years of instances where credits were issued and a brief description of why the credit was provided.

      11.   In my opinion, and based on my quick review of the database entries, approximately 90% of the credits issued were courtesy credits.

      I declare under penalty of perjury that the above information is true and correct to the best of my information and belief.

16 August 2016
dated

_____
ANNA GARCIA