IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, *et al.*,
        *Plaintiffs*,

v.

UNITED STATES OF AMERICA,
        *Defendant*.

Case No. 16-745-ESH

## PLAINTIFFS' SUR-REPLY IN OPPOSITION TO MOTION TO DISMISS

The government's reply makes two new points that warrant a short response. *First*, the government complains (at 6-7) that we have not responded to its statement of facts. *See* Local Civ. R. 7(h)(1). Accordingly, we are filing the attached statement, making clear that we do not dispute the government's six factual assertions—all of them legally irrelevant. *Second*, the government incorrectly contends (at 5) that we "have not alleged a statutory remedy that supports an illegal ex[]action claim." We allege precisely that in our complaint, and the government offers no coherent response. *See* Compl. (Dkt. 1) at 14 ¶¶ 33-34; *see also* Class Cert Mot. (Dkt. 8) at 9-11.

        Respectfully submitted,

        */s/ Deepak Gupta*
        DEEPAK GUPTA
        JONATHAN E. TAYLOR
        GUPTA WESSLER PLLC
        1735 20th Street, NW
        Washington, DC 20009
        Phone: (202) 888-1741
        *deepak@guptawessler.com, jon@guptawessler.com*

        WILLIAM H. NARWOLD
        MOTLEY RICE LLC
        3333 K Street NW, Suite 450
        Washington, DC 20007
        Phone: (202) 232-5504
        *bnarwold@motleyrice.com*

August 17, 2016         *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2016, I filed the foregoing sur-reply through this Court's CM/ECF system, and that all parties required to be served have been thereby served.

*/s/ Deepak Gupta*
Deepak Gupta