IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, *et al.*,
                    *Plaintiffs*,

v.

UNITED STATES OF AMERICA,
                    *Defendant*.

Case No. 16-745-ESH

**PLAINTIFFS' CONCISE STATEMENT OF GENUINE ISSUES OF MATERIAL FACT**

As required by Local Rule 7(h)(1), the plaintiffs state that the government's motion (Dkt. 11) raises no genuine issues of material fact. The plaintiffs hereby respond to the government's separate statement of material facts as follows:

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Undisputed.
5. Undisputed.
6. Undisputed.

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Phone: (202) 888-1741
*deepak@guptawessler.com, jon@guptawessler.com*

WILLIAM H. NARWOLD
MOTLEY RICE LLC
3333 K Street NW, Suite 450
Washington, DC 20007
Phone: (202) 232-5504
*bnarwold@motleyrice.com*

August 17, 2016                                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2016, I filed the foregoing statement through this Court's CM/ECF system, and that all parties required to be served have been thereby served.

*/s/ Deepak Gupta*

Deepak Gupta