IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | Case No. 16-745-ESH |

## **[PROPOSED] ORDER**

It is ORDERED that the plaintiffs' motion for leave to file a sur-reply with respect to the defendant's motion to dismiss is hereby GRANTED.


This \_\_\_\_ day of _____, 2016     _____
                     ELLEN SEGAL HUVELLE,
                     Senior United States District Court Judge