UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL<br>  SERVICES PROGRAM, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 16-745 ESH<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>)<br>) |

ORDER

Upon Consideration of the Plaintiffs' Motion For Leave To File A Sur-Reply and for the reasons set forth by Defendant in response thereto, it is this _____ day of _____, 2016,

ORDERED that the motion should be and is hereby GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that Plaintiffs may file Plaintiffs' Concise Statement Of Genuine Issues Of Material Fact, but Plaintiffs' may not file their proffered sur-reply.

_____
UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

DEEPAK GUPTA, ESQ.
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

WILLIAM H. NARWOLD, ESQ.
1021 N Garfield St.
Apt. 216
Arlington, VA 22201
860-882-1676
860-882-1682 (fax)
bnarwold@motleyrice.com

ELIZABETH S. SMITH, ESQ.
MOTLEY RICE, LLC
3333 K Street, NW
Suite 450
Washington, DC 20007
(202) 386-9627
(843) 216-9350 (fax)
esmith@motleyrice.com