IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　*Defendant*. | Case No. 16-745 |

**SECOND DECLARATION OF DEEPAK GUPTA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Deepak Gupta, declare as follows:

　　1.　　I am lead counsel for the plaintiffs in this case.

　　2.　　Attached as Exhibit A is a true and correct copy of the Judiciary's FY 2016 Budget Justification, published as Part 2 of the report of the *Hearing Before the House Subcommittee on Financial Services and General Government Appropriations of the House Committee on Appropriations: Financial Services and General Government Appropriations for 2016*, 114th Cong. 289 (2015).

　　3.　　Attached as Exhibit B is a true and correct copy of the Judiciary's FY 2015 Budget Justification, published as Part 2 of the report of the *Hearing Before the House Subcommittee on Financial Services and General Government Appropriations of the House Committee on Appropriations: Financial Services and General Government Appropriations for 2015*, 113th Cong. 237 (2014).

　　4.　　Attached as Exhibit C is a true and correct copy of Judiciary's FY 2014 Budget Justification, published as Part 2 of the report of the *Hearing Before the House Subcommittee on Financial Services and General Government Appropriations of the House Committee on Appropriations: Financial Services and General Government Appropriations for 2014*, 113th Cong. 233 (2013).

1

2

5.       Attached as Exhibit D is a true and correct copy of the Judiciary's FY 2013 Budget Justification, published as Part 2 of the report of the *Hearing Before the House Subcommittee on Financial Services and General Government Appropriations of the House Committee on Appropriations: Financial Services and General Government Appropriations for 2013*, 112th Cong. 267 (2012).

6.       Attached as Exhibit E is a true and correct copy of the Judiciary's FY 2012 Budget Justification, published as Part 2 of the report of the *Hearing Before the House Subcommittee on Financial Services and General Government Appropriations of the House Committee on Appropriations: Financial Services and General Government Appropriations for 2012*, 112th Cong. 273 (2011).

7.       Attached as Exhibit F is a true and correct copy of the Judiciary's FY 2011 Budget Justification, published as Part 2 of the report of the *Hearing Before the Subcommittee on Financial Services and General Government Appropriations of the House Committee on Appropriations: Financial Services and General Government Appropriations for 2011*, 111th Cong. 269 (2010).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on January 20, 2017.

/s/ Deepak Gupta
_____
  Deepak Gupta