UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL VETERANS LEGAL SERVICES PROGRAM,** *et al.*, <br>        **Plaintiffs,** <br><br>    v. <br><br> **UNITED STATES OF AMERICA,** <br><br>        **Defendant.** | Civil Action No. 16-745 (ESH) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for class certification [ECF No. 8] is **GRANTED**; and it is further

**ORDERED** that pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), a class is certified that consists of:

> All individuals and entities who have paid fees for the use of PACER between April 21, 2010, and April 21, 2016, excluding class counsel in this case and federal government entities.

It is further **ORDERED** that the Court certifies one class claim: that the fees charged for accessing court records through the PACER system are higher than necessary to operate PACER and thus violate the E-Government Act, entitling plaintiffs to monetary relief from the excessive fees under the Little Tucker Act; it is further

**ORDERED** that Gupta Wessler PLLC and Motley Rice LLC are appointed as co-lead class counsel; and it is further

**ORDERED** that within 30 days of the date of this Order, the parties shall file an agreed-

upon proposed form of class notice.  If the parties cannot agree on a proposed form of class notice, then they shall file separate proposed forms within 20 days of the date of this Order.  After a form of class notice has been determined by the Court, class counsel shall ensure that individual notice is provided to all absent class members who can be identified through reasonable efforts using the records maintained by defendant, as required by Fed. R. Civ. P. 23(c)(2), within 90 days of the Court's order approving the form of notice.  Class counsel shall pay all costs incurred to provide notice.

      It is further **ORDERED** that the parties shall proceed according to the Scheduling Order issued on January 24, 2017.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 24, 2017