# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>      *Defendant*. | Civil Action No. 16-745 (ESH) |

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian J. Field as counsel of record for the defendant in the above-captioned case.

February 21, 2017

Respectfully submitted,

 */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2551
Brian.Field@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2017, I served the foregoing with the Court's electronic filing system, which will provide notice to all counsel of record.

*/s/ Brian J. Field*
Brian J. Field