IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>                         *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>                         *Defendant*. | Case No. 16-745 |

**[PROPOSED] ORDER APPROVING PLAN OF CLASS NOTICE**

WHEREAS, on January 24, 2017, this Court certified the following Class:

> All individuals and entities who have paid fees for the use of PACER between April 21, 2010, and April 21, 2016, excluding class counsel in this case and federal government entities.

Therefore, pursuant to Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, and based upon the record and Plaintiffs' Unopposed Motion for Approval of Plan of Class Notice;

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Unopposed Motion for Approval of Plan of Class Notice ("Plaintiffs' Motion") is GRANTED.

2. The Email Notice of Pendency of Class Action Lawsuit ("Email Notice"); the Postcard Notice of Pendency of Class Action Lawsuit ("Postcard Notice"); and the long-form Notice of Pendency of Class Action available online ("Long-Form Notice") are hereby approved as to form.  *See* Exhibits 1, 2, and 3 to Plaintiffs' Unopposed Motion for Approval of Plan of Class Notice.

3. To the extent they are not already produced, Defendants shall produce to Plaintiffs the names, postal addresses, email addresses, phone numbers, and PACER-assigned account numbers of all individuals or entities who have paid PACER fees ("PACER Fee Database") during the class period.

4. On or before the later of (a) thirty days after entry of this Order or (b) thirty days after Plaintiffs receive the PACER Fee Database from Defendant, KCC LLC (the "Claims Administrator") shall cause the Email Notice to be disseminated, in substantially the same form attached as Exhibit 1 to Plaintiffs' Motion, by sending it out via email to potential class members. The Email Notice shall direct potential class members to a website maintained by the Claims Administrator that will contain, among any other relevant documents, the Long-Form Notice (Exhibit 3 to Plaintiffs' Motion); this Order; Plaintiffs' Class Action Complaint (dkt. #1); Defendant's Answer (dkt. #27); the Order on the Motion for Class Certification (dkt. #32); and the Memorandum Opinion on the Motion for Class Certification (dkt. #33).

5. On or before the later of (a) thirty days after entry of this Order or (b) thirty days after Plaintiffs receive the PACER Fee Database from Defendant, the Claims Administrator shall make available to potential class members automated telephone support to handle any inquiries from potential class members.

6. On or before the later of (a) forty-five days after entry of this Order or (b) forty-five days after Plaintiffs receive the PACER Fee Database from Defendant, the Claims Administrator shall cause the Postcard Notice to be disseminated, in substantially the same form attached as Exhibit 2 to Plaintiffs' Motion, by sending it out via U.S. mail to all potential class members (1) without an email address and (2) for whom email delivery was unsuccessful. The

Postcard Notice shall direct potential class members to the website maintained by the Claims Administrator.

7. On the later of (a) ninety days after entry of this Order or (b) ninety days after Plaintiffs receive the PACER Fee Database from Defendant, the opt-out period shall expire.

8. The Court finds that the dissemination of the Notice under the terms and in the format provided for in the Motion and this Order constitutes the best notice practicable under the circumstances, that it is due and sufficient notice for all purposes to all persons entitled to such notice, and that it fully satisfies the requirements of due process and all other applicable laws.

**IT IS SO ORDERED.**

Dated: _____             _____
                                                          The Honorable Ellen Segal Huvelle
                                                          United States District Judge