# EXHIBIT 2-A

| | | |
|---|---|---|
| **To All PACER Users Who Paid Fees to Access Federal Court Records Between April 21, 2010 and April 21, 2016.** | Class Action Administrator<br>P.O. Box ~~6175~~43434<br>~~Novato, CA  94948-6175~~<br>Providence, RI 02940-3434 | First-Class<br>Mail<br>US Postage<br>Paid<br>Permit #__ |
| **Your Rights Might Be Affected By A Class Action.** | *100000001*<br>Postal Service: Please do not mark barcode | |
| The back of this card provides a summary of the action. | TDA—100000001   1<br><br>First1 Last1<br>c/o<br>Addr2<br>Addr1<br>City, ST  Zip «Country» | |

**Notice of Class Action**

~~National~~Nat'l *Veterans Legal Services Program, et al. v. United States*, **1:16-cv-00745-ESH**

Nonprofit groups filed a class action lawsuit against the United States government claiming that the government has unlawfully charged PACER users more than necessary to cover the costs of providing public access to federal court records through PACER. The lawsuit is pending in the U.S. District Court for the District of Columbia. The Court decided this lawsuit should be a class action on behalf of a "Class," or group of people that could include you.

**Are you included?** You are in the Class if you paid PACER fees between April 21, 2010 and April 21, 2016. Class counsel and federal government entities are not included in the class.

**What is this case about?** The lawsuit alleges that federal courts have been charging unlawfully excessive PACER fees. It alleges that Congress has authorized the federal courts to charge PACER fees only to the extent necessary to cover the costs of providing public access to federal court records, and that the fees for use of PACER exceed its costs. The lawsuit further alleges that the excess PACER fees have been used to pay for projects unrelated to PACER. ~~The lawsuit seeks to prevent the federal courts from charging excessive PACER fees, and~~ The lawsuit seeks the recovery of the excessive portion of the fees. The government denies these claims, and contends that the fees are lawful. The lawyers for the Class will have to prove their claims in court.

**Who represents you?** The Court has appointed Gupta Wessler PLLC and Motley Rice LLC as Class Counsel. If Class Counsel obtains money for the Class, they will ask the Court for ~~an award of~~ fees and costs, which would be paid out of any money recovered for the Class. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

**What are your options?** If you do nothing, you are choosing to stay in the Class. You will be legally bound by all orders and judgments of the Court, and you won't be able to sue the United States government or Administrative Office of the U.S. Courts, as part of any other lawsuit, for the claims made in this lawsuit. If money or benefits are obtained, you will be able to request a share. If you do not want to stay in the Class, you must ask to be excluded from it by ~~_____, 2017~~ July ___, 2017. To be excluded, you must complete the Exclusion Form found on the website below, or send a completed copy of the Exclusion Form or a letter to PACER Fees Class Action Administrator, PO Box 43434, Providence, RI 02940-3434. If you ask to be excluded, you will not be able to get any money or benefits from this lawsuit. You will not be bound by any of the Court's decisions and you will keep your right to sue the government or Administrative Office in a different lawsuit.

**For more information:** 1-~~___-___-____~~844-660-2215 or www.PACERFeesClassAction.com

~~By Order of the U.S. District Court, Dated: _____    _____~~