# EXHIBIT 4

## Online Opt-Out Filing

This web page allows Class Members to ask to be excluded from, or "to opt out of," the PACER Fees Class Action online. Please update this information as needed or enter the information for any boxes that are blank (where required).

If you **DO NOT** want to be included in the Class, you must continue through the process until you select the "Submit Opt-Out" button.

The Court will exclude you from the class if you submit this request to be excluded by **July ___, 2017.**

(\* indicates a required field)

### Class Member Information

Please provide your full legal name and current address. If you are opting out on behalf of an entity (e.g., a company or law firm), please provide that entity's legal name.

* Individual Name [                    ]
* Address 1 [                    ]
  Address 2 [                    ]
* City [                    ]
* State [                    ]
* Zip code [                    ]

Are you opting out on behalf of an entity?  [ ] YES   [ ] NO

If you answered YES to "Are you opting out on behalf of an entity?" please enter the Entity Name:

Entity Name [                    ]

### Class Member Contact Information

* Telephone number [     ] - [     ] - [     ]
* Email address [                    ]
* Re-Enter email address [                    ]

Your telephone number and email will only be used to contact you if there is a question regarding your Opt-Out

[ Go Back ]   [ Continue >> ]

# Review Your Information

<div style="background-color: yellow;">
Your opt-out is not yet submitted. You must click the "Submit Opt-Out" button below to complete the process.
</div>

**Please review the information you entered to ensure it is correct.**

## CLASS MEMBER INFORMATION

**Individual Name**
**Entity Name**
**Address 1**
**Address 2**
**City, St Zip**

| | |
|---|---|
| Telephone number: | (###) ###-#### |
| Email Address: | Email@email.com |

## Certification

By checking the box below,

☐ I confirm that I have received, read, and understood the notice of the PACER Fees Class Action lawsuit, and that I have decided to exclude myself from the Class. I understand that by doing so, I will not receive any money or benefits from this lawsuit even if the Plaintiffs obtain them as a result of a court ruling or from any settlement (that may or may not be reached) between the Plaintiffs and the United States government.

I wish to be excluded from the Class described in the class notice and I **DO NOT** want to participate in this class action lawsuit.

[ Go Back ]   [ **Submit Opt-Out** >> ]