# EXHIBIT 5

**USN**

«Barcode»
Postal Service: Please do not mark barcode

Claim#: USN-«ClaimID»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 16-745 ESH

**OPT-OUT FORM**

**THIS DOCUMENT MUST BE POSTMARKED NO LATER THAN JULY\_\_\_\_\_, 2017.**

If you **DO NOT** want to be included in the Class, you must complete this form in its entirety, print and sign the form, and mail it to:

PACER Fees Class Action Administrator, P.O. Box 43434, Providence, RI 02940-3434

The Court will exclude you from the class if your request to be excluded is postmarked by **July\_\_\_\_\_, 2017**.

By my signature below, I confirm that I have received, read, and understood the notice of the PACER Fees Class Action lawsuit, and that I have decided to exclude myself from the Class. I understand that by doing so, I will not receive any money or benefits from this lawsuit even if the Plaintiffs obtain them as a result of a court ruling or from any settlement (that may or may not be reached) between the Plaintiffs and the United States government.

I wish to be excluded from the class described in the class notice and I **DO NOT** want to participate in this class action lawsuit.

If you are opting out on behalf of an entity (e.g., a company or law firm), please provide that entity's legal name.

_____        _____
Signature                                Full Name

_____
Entity Name, if opting out on behalf of an entity (e.g., company, law firm)

_____
Mailing Address

_____        _____
Phone Number                             Email Address