IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>        *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>        *Defendant*. | Case No. 16-745 ESH |

**NOTICE OF FILING OF REVISED NOTICE DOCUMENTS**

As directed by the Court, Plaintiffs hereby provide notice of filing of revised notice documents, attached hereto as follows:

| Exhibit 1 | Revised Email Notice |
|---|---|
| Exhibit 1-A | Revised and Blacklined Email Notice (Showing changes from version filed on April 13, 2017, ECF No. 42-1) |
| Exhibit 2 | Revised Postcard Notice |
| Exhibit 2-A | Revised and Blacklined Postcard Notice (Showing changes from version filed on April 13, 2017, ECF No. 42-3) |

The parties have met and conferred, and Defendant does not oppose these revisions.

Dated:  April 14, 2017

Respectfully submitted,

By: */s/ William H. Narwold*
MOTLEY RICE LLC

William H. Narwold
bnarwold@motleyrice.com

DC Bar No. 502352
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

GUPTA WESSLER PLLC

Deepak Gupta, Esq.
deepak@guptawessler.com
Jonathan E. Taylor
jon@guptawessler.com
1735 20th Street, NW
Washington, DC  20009
Telephone:  (202) 888-1741
Facsimile:  (202) 888-7792

*Class Counsel*

## CERTIFICATE OF SERVICE

I, William H. Narwold, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a principal of the law firm MOTLEY RICE LLC, and my office is located at One Corporate Center, 20 Church Street, 17th Floor, Hartford, CT  06103.

On April 14, 2017, I caused to be filed the following in the above-captioned case:

**Notice of Filing of Revised Notice Documents**

with the Clerk of Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 14, 2017                                          Respectfully submitted,

                                                                By:  */s/ William H. Narwold*
                                                                       William H. Narwold
                                                                       MOTLEY RICE LLC