1

2

3

4

5

6

7

8

9

10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL      } No.: 1:16-cv-00745-ESH
SERVICES PROGRAM, et al.     }
                             }
                             }
                             } **NOTICE TO EXCLUDE**
v.                           }
                             }
                             }
UNITED STATES                }

11

12

13

14

15

16

17

18

19

20

21

22

23

24

    **IN RESPONSE TO THE E-Mailed NOTICE OF CLASS ACTION, IN THE**

**ABOVE-ENTITLED MATTER**:

    [W]E - ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, and BRIAN

PAUL HOWELL, and JESSICA L. B. HOWELL, and SARAH D. (nee' HOWELL) STEWARD,

and AMANDA M. (nee' HOWELL) HUSKISSON, and GARY B. HOWELL, and KYLE M.

HOWELL, and "ALPHA-OMEGA" (Holding Co.) and "ALPHA-OMEGA, L.L.C." (a wholly-

owned sub) (*e.g.,* ""FAMILY-OWNED "Sovereign" CORPORATION""), individually and

collectively and jointly, **choose to "EXCLUDE" from this and / any and all Class Action(s),**

**and as such RESPOND as follows**:

    FIRST, [we] (the afore-stated) cannot / will not / choose not to, take-part [in any] Class

Action Lawsuit. The commingling of Inheritance with public debt is not how [we] choose to

structure [our] business affairs. The "ALPHA-OMEGA FOUNDATION" has not yet been

25

26

NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 1

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798



1  established. THEREFORE, this Court [must] EXCLUDE the afore-stated 'listed' persons / parties

2  from THIS Matter.

3       SECOND, Notification(s) may be made by contacting the Owner / Manager /

4  Representative, as follows:

5
6              ROSE HOWELL
               9504 N.E. 5th Street
               Vancouver, WA  98664
7              360-953-0798
               rosie.howl@gmail.com

8

9       FINALLY, the above-mentioned COURT / PARTIES should TAKE NOTICE that

10  No-One has/has "ever" possessed an agreement to take possession of, distribute, control,

11  manage, sell insurance / other, pay-out distributions, pay-out dividends, pay-out settlements, or

12  other  by/through/by way of [] the "completely un-authorized" use [of] ROSEMARIE

13  ELIZABETH ANNE (nee' VIKARA) HOWELL, et al. Inheritance / Estate's / Property's / Asset's

14  / Earned Income / Retirement Savings / Trust Account's [1], *quoting* 28 U.S.C. §1494, *quoting* the

15  "Takings Clause" of the U.S. 5th Amendment, *quoting* 28 U.S.C. §1652, *quoting* RCW

16  48.31.151, *quoting* RCW 48.31B.060.

17       That TRUST AGREEEMNT (BP3019010) produced as reported by PAUL, SANDRA,

18  and STEVEN HOWELL, et al. (subsequent to December 26, 1984), and/or [any other] "Trust

19  Indentures" (poss. plurals) is/are FRAUDULENT, and therefore VOID AB INITIO, *quoting* 28

20  U.S.C. §1491, *quoting* the "Contract Clause" Art. I, §10, Cl. 1, *quoting* the "Substantive Due

21  Process Clause" of the U.S. 5th and 6th and 14th Amendments, *quoting* 28 U.S.C.

22

23  _____

24  [1] [A] suit may be brought to recover third party distributions (*e.g.,* McDonald v. Williams, 174 U.S. 397 (1899)).

25  NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 2

26                              ROSE HOWELL
                               9504 N.E. 5th Street
                               Vancouver, WA  98664
                               (360) 953-0798

1 §3304(a)(2)(A-B) *and* 28 U.S.C. §3304(b)(1)(A) *and* 28 U.S.C. §3308, *quoting* 28 U.S.C.

2 §2403, *quoting* the [doctrine of unconstitutional conditions], *and all those cited in the records of*

3 the including, the U.S. COURT Of FEDERAL CLAIMS, No. 16-316C.

4 The wrongful transfers require 'immediate' RE-APPROPRIATION, *citing* the "Takings

5 Clause" and "Just Compensation Clause" of the U.S. 5th Amendment, *quoting* 28 U.S.C. §1652,

6 *quoting* RCW 48.31.151 *and* RCW 48.31B.060 [2], *quoting* 28 U.S.C. §2514, *quoting* 28 U.S.C.

7 §2465, *quoting* 18 U.S.C. §981 (*e.g.,* civil forfeiture), *requiring the administration of* 28 U.S.C.

8 §1651.

9

10                    Dated this 16th day of May, 2017 in Vancouver, Washington

11

12

13                    /s/ Rose Howell
                     Rosemarie Elizabeth Anne (nee' Vikara) Howell a/k/a Rose Howell
14                   9504 N.E. 5th Street
                     Vancouver, WA. 98664
15                   (360) 953-0798
                     rosie.howl@gmail.com

16  /////

17  /////

18  _____

19  [2] United States v. Busher, 817 F.2d 1409, 1413 (9th Cir. 1987) ("[f]orfeiture is not limited to
    those assets of a RICO enterprise that are tainted by the use in connection with a racketeering
20  activity, but rather extends to the person's entire interest in the enterprise"); United States v.
    BCCI Holdings (Luxembourg) S.A. (Petition of Pacific Bank), 956 F. Supp. 5, 12 (D.D.C. 1997)
21  (even untainted property received by the enterprise after the racketeering had ceased is subject
    to forfeiture.....); United States v. Hosseini, 504 F. Supp. 2d 376, 381 (N.D. Ill. 2007)
22  ("[f]orfeiture of the entire business interest is not disproportional under RICO, even though
    some business was legitimate); United States v. Corrado, 227 F.3d 543, 554-55 (6th Cir. 2000)
23  ("all defendants" in a RICO case are jointly and severally liable "for the total amount" derived
    from the scheme.....).
24

25  NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 3

26                              ROSE HOWELL
                               9504 N.E. 5th Street
                               Vancouver, WA 98664
                               (360) 953-0798

## CERTIFICATE OF SERVICE

The undersigned, under the penalty of perjury of the laws of the State of Washington and the United States of America, hereby certifies that on 05/18/2017, this **NOTICE TO EXCLUDE** was deposited in the United States Mail, postage pre-paid, as follows:

1.) U.S. DISTRICT COURT
DISTRICT Of COLUMBIA
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

2.) PACER Fees Class Action Administrator
P.O. Box 43434
Providence, RI 02940-3434

3.) RICHARD QUINLAN, VP / Gen. Counsel
LIBERTY MUTUAL HOLDING CO., INC.
175 Berkeley Street
Boston, MA 02116

4.) The EXECUTIVE OFFICE
Office Of The Legal Adviser
600 19th Street, N.W.
Suite 5.600
Washington, D.C. 20522

Dated, this 18th day of May 2017.

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

/////

/////

/////

/////

NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 4

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA 98664
(360) 953-0798