United States District Court
District of District of Columbia
1:16-cv-00745-ESH
National Veterans Legal Services Program, et al. v. United States of America
Ellen Segal Huvelle, presiding

## NOTICE OF AND MOTION FOR AND AN ORDER FOR EXCLUSION FOR UNIQUE ID 299177

1. Pursuant to Subcommittee on Class Actions of the U.S. judicial branch's Advisory Committee on the Federal Rules of Civil Procedure, the Federal Judicial Center illustrative notices, ROB RAWSON MOVES for to be excluded from National Veterans Legal Services Program, National Consumer Law Center, Alliance For Justice, et al. vs. United States of America (U.S.D.C. District of Columbia 1:16-cv-00745).

2. ROB RAWSON (UniqueID 299177) maintains the right to sue.

WHEREFORE, the Motion to be Granted and an Order issued.

cc: Ellen Segal Huvelle, Senior Judge, 333 Constitution Avenue N.W., Washington D.C. 20001
cc: Clerk of the District Court, 333 Constitution Avenue N.W., Washington D.C. 20001

/Rob Rawson/
Post Office Box 632
Sanford, FL 32772-0632
robrawson@hotmail.com

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE



RECEIVED
Mail Room

MAY 25 2017

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Col.