IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | Case No. 16-745-ESH |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the address of Deepak Gupta, counsel for plaintiffs, has changed.

The new address is:

Gupta Wessler PLLC
1900 L Street, NW
Suite 312
Washington, DC 20036

All other contact information remains unchanged.

            Respectfully submitted,

            */s/ Deepak Gupta*
            Deepak Gupta (D.C. Bar No. 495451)
            GUPTA WESSLER PLLC
            1900 L Street, NW
            Suite 312
            Washington, DC 20036
            (202) 888-1741

            *Attorney for Plaintiffs*

July 5, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I filed this notice of change of address through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

*/s/ Deepak Gupta*
Deepak Gupta