IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　*Defendant*. | Case No. 16-745-ESH |

## [PROPOSED] ORDER

Upon consideration of the plaintiffs' unopposed motion to extend the briefing schedule,

It is ORDERED that the plaintiffs' motion to extend the briefing schedule is hereby GRANTED; and it is

FURTHER ORDERED that the time within which the plaintiffs may file their motion for summary judgment solely on the issue of liability—*i.e.*, whether the fees charged to access records through PACER violate the E-Government Act of 2002, Pub. L. No. 107-347, § 205(e), 116 Stat. 2899, 2915 (Dec. 17, 2002) (28 U.S.C. § 1913 note)—is extended through August 28, 2017; and it is

FURTHER ORDERED that the defendant shall file its opposition 20 days after this date, on September 18, 2017, and the plaintiffs' reply is due 10 days after that, on September 28, 2017, consistent with this Court's scheduling order entered on January 24, 2017.


This \_\_\_\_ day of _____, 2017　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE,
　　　　　　　　　　　　　　　　　　　　Senior United States District Court Judge