AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the **District of Columbia**

National Veterans Legal Svcs. Program
*Plaintiff/Petitioner*

vs. USA
*Defendant/Respondent*

Civil Action No. 16-745-ESH

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a ~~plaintiff~~ **Amicus** or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __n/a__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

   **Retired disabled veteran**

   My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
   *(specify pay period)* __n/a__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment        ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends                 ☐ Yes   ☒ No
   (c) Pension, annuity, or life insurance payments          ☒ Yes   ☐ No
   (d) Disability, or worker's compensation payments         ☐ Yes   ☒ No
   (e) Gifts, or inheritances                                ☐ Yes   ☒ No
   (f) Any other sources                                     ☒ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Social Security     1028 —
VA Pension            49 —
Food Stamps           16 —
                  $1,093/mo

RECEIVED JUL 17 2017

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 29—

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

1992 Jeep Wrangler 170,000 miles. Needs engine rebuild (burning oil), a/c not working, tires.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Cell Phone 5—
Food 240—
Medical 130—
Auto Ins. 100—
Gas/Repairs 180—
Laundry 25—
Clothing 25—
Storage 163—

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

IRS $25,000
Student Loan $35,000

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7/14/17

Applicant's signature

Don Kozich
Printed name
POB 2032
Ft Laud, FL 33303
9547090537
dtkctr@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al
    Plaintiffs

v.

UNITED STATES OF AMERICA
    Defendant(s)

CASE NO. 16-745-ESH
J: Ellen Huvelle

SERVICE LIST: EFF: 170714        CERTIFICATE OF SERVICE

deepak@guptawessler.com; jon@guptawessler.com; michael.kirkpatrick@law.georgetown.edu; bnarwold@motleyrice.com; mark.nebeker@usdoj.gov

Deepak Gupta
Jonathan E. Taylor
Gupta Wessler PLLC
1735 20th Stree NW
Washington DC 2009
Ph 202.88.1741
Fax 202.888.7792
deepak@guptawessler.com
jon@guptawessler.com

Michael T. Kirkpatrick
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, Suite 312
Washington DC 20001
Ph 202.662.9535
Fax 202.662.9634
michael.kirkpatrick@law.georgetown.edu

William Narwold
Motley Rice LLC
3333 K Street NW, Suite 450
Washington DC 2007
Ph 202.232.5504
Fax 202.232.5513
bnarwold@motleyrice.com

W. Mark Nebeker
Assistant US Attorney
555 4th Street NW
Washington DC 20530
Ph 202.252.2536
mark.nebeker@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al
    Plaintiffs
v.
UNITED STATES OF AMERICA
    Defendant(s)

CASE NO. 16-745-ESH
J: Ellen Huvelle

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

EFF: 170714

Alliance for Justice

Attorney General of the United States

Georgetown University Law Center

Gupta Deepak

Gupta Wessler PLLC

Institute for Public Representation

Kirkpatrick Michael T.

Motley Rice LLC

Narwold William

National Consumer Law Center

National Veterans Legal Services Program

Nebeker W. Mark

Taylor Jonathan E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL  
SERVICES PROGRAM, et al  
    Plaintiffs  

v.  

UNITED STATES OF AMERICA  
    Defendant(s)  

CASE NO. 16-745-ESH  
J: Ellen Huvelle

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

United States Attorney

    I HEREBY CERTIFY that the foregoing was filed with the court and a copy served to all Parties on 7/14, 2017.

Don Kozich, Petitioner/Amicus  
PO Box 2032  
Fort Lauderdale, FL 33303-2032  
954.709.0537  
dtkctr@gmail.com