## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al.,
                     Plaintiffs,

v.

UNITED STATES OF AMERICA,
                     Defendant.

No.: 1:16-cv-00745-ESH

NOTICE TO EXCLUDE
With
*CROSS-CLAIM*
and
*COUNTER-CLAIM*

---

**IN RESPONSE TO THE <u>NOTICE OF CLASS ACTION</u>, IN THE ABOVE-ENTITLED MATTER,** "I/WE" - (*'the following "Listed Person's"'*) RESPOND, by Filing this: (1) NOTICE To EXCLUDE (the below "Listed Person's") from the above-entitled matter of *National Veterans Legal Services Program, et al. v. United States Of America*; and File this: (2) CROSS-CLAIM against the *Plaintiff's, et al., National Veterans Legal Services Program, et al.*; and (3) COUNTER-CLAIM against the *Defendant's, et al., the United States Of America*. Noting that "APP. No. 1, *attached*" is part thereof the *United States and*

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 1

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798



*its Agencies, et al.*[1] liability; agencies that *include, but do not limit* 26 U.S.C. §501(c), entities and/or non-profits such as the Plaintiff's.

**I.   LISTED PERSON's**, *also known as* (the afore-stated "Listed Person's"):

    1.)   ROSEMARIE ELIZABETH ANNE (nee' VIKARA) Howell[2]; and

    2.)   BRIAN PAUL HOWELL (ex-rel); and

    3.)   JESSICA L. B. HOWELL (ex-rel); and

    4.)   SARAH D. (nee' HOWELL) STEWARD (ex-rel); and

    5.)   AMANDA M. (nee' HOWELL) HUSKISSON (ex-rel); and

    6.)   GARY B. HOWELL (ex-rel); and

    7.)   KYLE M. HOWELL (ex-rel); and

    8.)   "ALPHA-OMEGA"[3] (Holding Co.); and

---

[1] United States Agencies *include, but do not limit*: the Department of Treasury, et al; and the Department of Defense, et al.; and the Department of State, et al.; and the Department of Justice, et al (*including, not limited* to the RFK JUSTICE CENTER, et al.); and the Department of Personnel, et al.; and the Federal Reserve Bank, et al.; and American International Group, Inc., et al; and Tennessee Valley Authority, et al.; and Liberty Mutual Holding Co., Inc., et al.; and Microsoft, et al.; and Alphabet, et al. and wholly owned sub, Google, et al.; and Apple, et al.; and Facebook, et al.; and Berkshire-Hathaway, et al. and wholly owned sub, GEICO, et al.; and General Motors, et al.; etc....

[2] *I.e.,* the Owner, and the Heir, and the Anointed One.

[3] *I.e.,* "ALPHA-OMEGA and ALPHA-OMEGA, LLC" and any thereof and therefrom. *See, e.g.,* Burwell, Secretary of Health & Human Services, et al. v. Hobby Lobby Stores, Inc., et al., 573 U.S. at 19-20 (2014), the Court affirmed that a "person" includes

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 2

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

9.)    "ALPHA-OMEGA, L.L.C." (wholly-owned sub)[4]

---

corporations as well as individuals (*citing* <u>FCC v. AT&T Inc</u>., 562 U.S.___, ____ (2011) (slip op., at 6), the Court stated "we have no doubt that 'person', in a legal setting, often refers to artificial entities". The Dictionary Act makes that clear" (quote)) (*C.f.*, <u>Clark v. Martinez</u>, 543 U.S. 371, 378 (2005) ("To give the same words a different meaning for each category would be to invent a statute rather than interpret one" (quote))).

[4] ALPHA-OMEGA is the ""FAMILY-OWNED "Sovereign" CORPORATION"" that has emerged, from the "'Sovereign' Estate(s) and Inheritance(s)" and the *past due & owing* "Damages" (*See*, <u>APP. No. 1</u>); *and as such:*

The U.S. Constitution, <u>Art. VI, Cl. 1</u>, ***"DEBTS and SOVEREIGNTY "Ex Post Facto" remain valid"***, *prior to the adoption of the Constitution* (*e.g., retroactive to the U.S. Constitution*).

*In,* <u>Puerto Rico v. Sanchez Valle</u>, 579 U.S. at 11 (2016) (*citing* <u>Worcester v. Georgia</u>, 6 Pet. 515, 559-561 (1832); <u>Talton v. Mayes</u>, 163 U.S. 376, 384 (1896); <u>Michigan v. Bay Mills Indian Community</u>, 572 U.S.__, __-__(2014) (slip op., at 4-5), beginning with C.J., Marshall, the Court has held firm and fast to the view that Congress's power does nothing to gainsay the profound importance of 'pre-existing sovereignty'); *in accord*

The "Debts and Sovereignty" are "Ex Post Facto" (U.S. Const. <u>Art. VI, Cl. 1</u>), and remain valid, "retroactively":

*In,* <u>Harper v. Virginia Dept. of Taxation</u>, 509 U.S. 86, 113 S. Ct. 2510, 125 L. Ed. 2d 74 (1993), the Supreme Court of the United States held that [w]hen [the] Court applies a rule of federal law to the parties before it, that rule is the controlling interpretation of federal law and must be given *full retroactive effect* in all cases still open on direct review and as to all events, regardless of whether such events predate or postdate [the] announcement of the rule. *Id. at 97.; in accord*

In light of the principles, the Court concluded that "a rule of federal law, once announced and applied to the parties to the controversy, 'must be given *full retroactive effect by all courts*' adjudicating federal law," *Id. at 96*, and extended ""to other litigants whose cases were not final at the time of the 'first decision'"" *Id.* (*quoting* <u>James B. Beam</u>

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 3

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

## II.   NOTIFICATION(s):

Notifications should be made, *as follows*:

A.)   (The afore-"Listed Person's"), should receive Notifications, addressed to:

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
360-953-0798
rosie.howl@gmail.com

B.)   The "Receiver" ("APP. No. 1"), should receive Notifications, addressed to:

RICHARD QUINLAN, VP/ Gen. Counsel
Liberty Mutual Holding Co., Inc.
175 Berkeley Street
Boston, MA 02116
Main Number:      617-357-9500

Distilling Co. v. Georgia, 501 U.S. at 544, 111 S. Ct. 2439, 115 L. Ed. 2d 481 (1991)); and *In reaching that decision,*
The Court opinioned that "nothing in the Constitution alters the fundamental rule of *'retrospective operation'* that has governed "judicial decisions....for a near thousand years." *Id. at 94 (quoting* Kuhn v. Fairmont Coal Co., 215 U.S. 349, 372, 30 S. Ct. 140, 54 L. Ed. 228 (1910)); *further emphasizing*
*In,* Peugh v. United States, 569 U.S.____ at 7 (2013) (*quoting* Weaver v. Graham, 450 U.S. 24, 28-29 (1981), the *"Ex-Post-Facto"* Clause ensures that individuals have fair warning of applicable laws and guards against "vindictive legislative action"; and the Clause also safeguards "a fundamental fairness interest.....in having "the government abide by the rules of law" it establishes to govern the circumstances under which it can deprive a person of his or her "liberty or life""Carmell v. Texas, 529 U.S. at 533 (2000) (*quoting* 18 U.S.C. §1958; §1959), *quoting* 28 U.S.C. §2674¶2)).

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 4

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

## III.   **RESPONSE:**

A.    <u>NOTICE To EXCLUDE</u>:

"I/WE" - (the afore-stated "Listed Person's") cannot, will not, and choose not

to take-part in any Class Action Lawsuit. The commingling of Inheritance(s) and

Estate(s) and/or Damage(s), *past due and owing*, with public debt(s)[5] [e]ven

through non-profits, before "reconciliation", is not how "I/WE" - (the afore-stated

---

[5] *See, e.g.,* <u>31 U.S.C. §3101</u> ($14,294T), and <u>31 U.S.C. §3101A</u> ($$T's), and <u>31 U.S.C. §3123</u> ("Full Faith & Credit of the United States")......."there has been 'no just compensation "ever'"; however, the Takings have been liberal, *therefore;*
The <u>U.S. 5th Amendment</u>, *provides that:*
Private Property shall not "be taken for public use, without just compensation". <u>Murr v. Wisconsin</u>, 582 U.S. at 6 (2017) (*citing* <u>Tahoe-Sierra Preservation Council, Inc. v. Tahoe Regional Planning Agency</u>, 535 U.S. 302, 321 (2002), the Court has recognized, the plain language of the Takings Clause "requires the payment of compensation whenever the government acquires private property for a public use" (quote)); and <u>Pennsylvania Coal Co. v. Mahon</u>, 260 U.S. at 415 (1922), the Court's regulatory takings jurisprudence, declared that "while property may be regulated to a certain extent, if regulation goes too far it will be recognized as 'taking'" (*see*, APP. No. 1); and <u>Palazzolo</u>, supra, at 617-618) (*quoting* <u>Armstrong v. United States</u>, 364 U.S. 40, 49 (1960), "'in all instances', the purpose of the Takings Clause, is to prevent the government from forcing some people alone, to bear public burdens which, in all fairness and justice, should be born by the public as a whole"); *and*
The <u>5th Amendment</u> "Takings Clause" is made applicable to the States through the Fourteenth Amendment. <u>Chicago, B. & Q. R. Co. v. Chicago</u>, 166 U.S. 226 (1897).

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 5

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

"Listed Person's") choose to 'structure' [my/our] business affairs[6]. The "ALPHA-OMEGA FOUNDATION" has not yet been established (*e.g.*, subsequent to "Reconciliation's" completed).

The "Taking(s) Clause" of the U.S. 5th Amendment expressly prohibits the TAKING of private property for the public use without just compensation, *'at the time'* of the TAKING[7]. IF (the afore-stated "Listed Person's") were permitted to

--------------------------------

[6] *Quoting* the U.S. 5th Amendment "Takings Clause";
*In,* Horne, et al. v. Department of Agriculture, 576 U.S. at 4-9 (2015), the U.S. Supreme Court affirmed that the 5th Amendment "Takings Clause" *applies to personal property as well as real property* (*see,* APP. No. 1) (*citing* Ruckelshaus v. Monsanto Co., 467 U.S. 986 (1984); and, Leonard & Leonard v. Earle, 279 U.S. 392 (1929), the Court determined that the ability to sell in interstate commerce (*e.g.*, SAFECO, et al.), although certainly subject to reasonable government regulation, is not a "benefit" that the Government may withhold unless the owners waive constitutional protections) (*quoting* the "doctrine of unconstitutional conditions", "the Government cannot condition a person's receipt of a governmental benefit on the waiver of a constitutionally protected right" (quote)) (*see, e.g.,* Case No. G08-0084 "*totally devoid of notice and/or disclosure*", and Trust Indenture No. BP3019010 "*totally "unauthorized" and/or disclosed*") In re Pers. Restraint of Dryer, No. 85091-7 (Aug. 23, 2012) (*citing* Perry v. Sindermann, 408 U.S. 593, 597, 92 S. Ct. 2694, 33 L. Ed.2d 570 (1972) (*citing* United States v. Scott, 450 F.3d 863, 866-67 (9th Cir. 2006) (*quoting* the "doctrine of unconstitutional conditions"))).

[7] *See, e.g.,* Murr v. Wisconsin, 582 U.S. at 6 (2017) (*citing* Tahoe-Sierra Preservation Council, Inc. v. Tahoe Regional Planning Agency, 535 U.S. 302, 321 (2002), the Court has recognized, the plain language of the Takings Clause "requires the payment of NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 6

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

engage in THIS or any Class-Action it would, *in fact*, be TAKING personal and real property for public use (*e.g.*, class of public) with the U.S. TREASURY and JUDICIARY acting as the "unauthorized" fiduciary(s)[8]; and would be without just compensation *as no part thereof* "APP. No. 1"[9] has "ever" been tendered.   Rather

---

compensation whenever the government acquires private property for a public use" (quote) (*citing* <u>Arrigoni Enterprises, LLC v. Durham</u>, 578 U.S. at 2-3 (2016) (Thomas, J., dissent) (*citing* <u>Williamson County Regional Planning Comm'n v. Hamilton Bank of Johnson City</u>, 473 U.S. 172 (1985), in the dissent opinion, "the Takings Clause appears to make just compensation *a prerequisite* to taking property for public use. The requirement to pay just compensation "places a condition on the government(s) exercise of" the power to take private property in the first instance" (quote)))). <u>First English Evangelical Lutheran Church of Glendale v. Los Angeles</u>, 482 U.S. 304, 314 (1987), the text's "mandate that there shall be no taking's 'without just compensation'").

[8] *Citing* <u>31 U.S.C. §1304</u>; and <u>§1514</u> (*quoting* <u>28 U.S.C. §2414</u>) (*quoting* <u>RCW 48.31.151</u>, and <u>RCW 48.31B.060</u>).

[9] Pursuant to U.S. Constitution, <u>Art. VI, Cl. 1</u>, the ""DEBTS and SOVEREIGNTY"" cited in "APP. No. 1", are an "*Ex Post Facto Bill*" **that remains valid**, prior to the adoption of, *including, not limited to*, the: (1) Constitution(s); (2) State Department, et al.; (3) United States Government, et al.; (4) United States Statute(s) *including, not limited* to <u>22 C.F.R. Part 172</u>; (5) Foreign Government(s), *particularly present day*; (6) International Law(s); (7) United Nations, et al.; (8) UN Resolution(s); (9) Treaty(s); and (10) possibly the Church, et al. (haven't gotten that far back yet); *in accord*
*In*, <u>Mapp v. Ohio</u>, 367 U.S. 643 (1961), the ordinary, usually silent, assumption in the Supreme Court of the United States has undoubtedly been that a decision determining the meaning of the Constitution must be *retroactive*, even if it is an overruling decision (*C.f.*, <u>Norton v. Shelby County</u>, 118 U.S. 425, 442 (1886), "An unconstitutional act is not a

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 7

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

than prejudice THIS COURT[10], besides compounding damages interest accrued, it would be in the interests of justice and equity that (the afore-stated "Listed "Person's") be excluded from the above-entitled class-action. THEREFORE, this Court grant the EXCLUSION.

B.    CROSS-CLAIM

"I/WE" - (the afore-stated "Listed Person's") bring a CROSS-CLAIM against the *Plaintiff's, NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al.,* contending that the above-entitled Plaintiff's, et al. would not have been injured, and as such would [not] have brought this action, had [they] and the

---

law; it confers no right; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed").

[10] *See, e.g.,* McLane v. EEOC, 581 U.S. at 8 n.3 (2017) (*citing* Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 403, 405 (1990), "applying a unitary abuse-of-discretion standard" does not shelter a district court that makes an error of law, because "[a] district court would necessarily abuse its discretion if it based its ruling on an erroneous view of the law") (*citing* Shaw v. Martin, 733 F.2d 304, 308 (4th Cir. 1984) (prejudice personal rather than judicial) (*citing* In re Hagler, 97 Wn.2d 818, 825-26, 650 P.2d 1103 (1982) ('actual prejudice' that resulted a constitutional error) (*citing* Mayer v. Sto Indus., Inc., 156 Wn.2d 677, 684, 132 P.3d 115 (2006) (unconstitutional abuse of discretion) (*citing* State ex rel. Carroll v. Junker, 79 Wn.2d 12, 26, 482 P.2d 775 (1971) (decision untenable for untenable reasons)))))).

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 8

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

Defendant's[11] not par-TAKEN "unauthorized" out-of (the afore-stated "Listed Person's") *Inheritance(s) and Estate(s)*; acts of which caused immeasurable *"damage(s)"* to (the afore-stated "Listed Person's"). No-one has been proven innocent beyond a reasonable doubt[12]. Moreover, it would be difficult to establish that, for the last "5.5 decades", everyone (emphasis added) has [not] known what they have been TAKING "unauthorized" part thereof[13][.]

_____

[11] *I.e.,* the UNITED STATES and its AGENCIES, et al. which *includes, but does not limit* 26 U.S.C. §501(c).

[12] RCW 48.30.230 (false claim(s)/claimant(s)), triggering 9A.20 RCW (felony(s)) - *See, e.g.,* Victor v. Nebraska, supra, 511 U.S. at 17-20 (1994), a reasonable doubt is an "'actual and substantial doubt'....as distinguished from a doubt arising from a mere possibility, from bare imagination, or from fanciful conjecture" (emphasis in original) and separately holding that "a fanciful doubt is not a reasonable doubt"; *see,* People v. Guidici, supra; and People v. Jones, 27 N.Y.2d 222 (1970), distinguishing a reasonable doubt from a "vague and imaginary" doubt; *and*
*In,* People v. Cubino, 88 N.Y.2d 998, 1000 (1996); and People v. Radcliffe, 232 N.Y. 249 (1921), Cubino, reads that "the doubt, to be a reasonable doubt, should be one which a reasonable person acting in a matter of this importance would be likely to entertain because of the evidence or because of the lack or insufficiency of the evidence in the case". Cubino, 88 N.Y.2d at 1000. Fortunately here, the courts and municipalities; both acting as "unauthorized" fiduciary(s) maintain record(s), not to mention "all" the corporate holder(s), therefore, evidence should be plentiful.

[13] *See, e.g.,* United States v. Corrado, 227 F.3d 543, 554-55 (6th Cir. 2000), "all" defendants are jointly and severally liable (*citing* United States v. Shifman, 124 F.3d 31, 36 (1st Cir.

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 9

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

The Plaintiff's tax-exempt shelters or, if you'd rather non-profit, is possibly a product of the 'Fraudulent Trust Indenture' that came about with the Defendant's consecutive fraud(s) and as such is/would be subject to "reconciliation and re-appropriation"[14]; because, at this point, "there is "no" legally binding agreement"[15].

THIS COURT can[not] be sure that the Plaintiff's are not liable to (the afore-stated "Listed Person's") without first unwinding its jurisdictional part thereof

---

1997), cert. denied, 522 U.S. 1116 (1998), "aiding and abetting" one of the activities listed in Section 1961(1) makes one as punishable as the principal and amounts to engaging in that racketeering activity")); in accord

In, Bartlett v. New Mexico Welding Supply, Inc., 646 P.2d 579 (N.M. Ct. App. 1982), "two or more individuals who act independently but whose acts cause a single indivisible tortuous injury are also joint tortfeasors" (C.f., Bierczynski v. Rogers, 239 A.2d 218 (Del. Super Ct. 1968), ""acting in concert" is the equivalent of being a criminal accessory or co-conspirator". If the individual intentionally aids or encourages another to commit a tort, s/he is as liable as the individual who actually committed the physical acts of tort); and

In, Fruit v. Schreiner, 502 P.2d 133 (Alaska 1972), [a] defendant may be jointly liable for the actions of another through vicarious liability, which 'automatically imposes tort responsibility' on a defendant because of his relationship with the "wrongdoer") (citing Restatement (Third) of Torts, Apportionment of Liability §1 cmt. c); and (Restatement (Second) of Torts §323 (1965)))).

[14] See, RCW 48.31B.060.

[15] See, RCW 48.31.151.

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 10

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

"APP. No. 1". If, further disbursements are/were allowed to be made before "reconciliation(s)", *totally devoid of an agreement*[16], those disbursement's "do" come right out-of the U.S. TREASURY[17] en route to the JUDICIARY[18]; the [acts] of which might very well make (the afore-stated "Listed Person" No. 1) *Inheritance(s) and Estate(s)* "insolvent". <u>McDonald v. Williams</u>, 174 U.S. 397 (1899), suits may be brought compelling the repayment of third party distributions.

THEREFORE, in the interests of justice and common sense THIS COURT must unwind its jurisdictional part thereof, taking particular care to cure "all" the fraud(s); and remedy (its part thereof) the *"Ex-Post-Facto Bill"* (APP. No. 1) before TAKING and/or making further "unauthorized" distribution(s).

---

[16] *See, e.g.,* <u>RCW 48.31.151</u>.

[17] See, e.g., <u>RCW 48.31B.060</u>.

[18] *Citing* <u>31 U.S.C. §1304</u>; and <u>§1514</u> (*quoting* <u>28 U.S.C. §2414</u>) (*quoting* <u>RCW 48.31.151</u>, and <u>RCW 48.31B.060</u>) - The U.S. TREASURY and COURT(s) have been acting as "unauthorized" fiduciary(s); both have a fiduciary responsibility to (the afore-stated "Listed Person's, particularly No. 1, the "Sovereign Heir"); *See, e.g.,* <u>United States v.</u> <u>Mitchell</u>, 463 U.S. 206, 225, 103 S. Ct. 2961, 77 L. Ed.2d 580 (1983), a fiduciary relationship exists 'even though' nothing is in a legally binding contract.

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 11

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

## C.   COUNTER-CLAIM

"I/WE" - (the afore-stated "Listed Person's") bring COUNTER-CLAIM against the *Defendant's, the UNITED STATES Of AMERICA*, contending that it's not just the UNITED STATES and its AGENCIES, et al.; and the UNITED NATIONS, et al. and its Agencies, et al. and Organizations, et al.; and the CHURCH, et al. and its Agencies, et al. and Organizations, et al. that are liable; but, contend that the liability extends to the 'whole' of the UNITED STATES Of AMERICA, as the *mens rea* and "unauthorized" beneficiary(s), to (the afore-stated "Listed Person", No. 1) Estate(s) and Inheritance, for, *including, not limited*:

- Those stated in APP. No. 1[19]; and

The (foreign and domestic) "unauthorized" TAKING by/through a 'very' FRAUDULENT TRUST AGREEMENT(s)[20] (poss. plurals); and decades of Un-

---

[19] APPENDIX 1, "Summary Of Demand(s)", dated May 18, 2017 (pgs. 1-27).

[20] Emphasis on "Absence of Jurisdictional Authority" (*see, e.g.*, RCW 48.31.151 ""without an agreement"") - *See, e.g.*, Carr v. United States, 560 U.S. at 18 (2010) (*C.f.*, Arlington Central School Dist. Bd. of Ed. v. Murphy, 548 U.S. 291, 296 (2006), "We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there. When the statutory language is plain, the sole function of the courts - at least where the disposition required by text is not absurd - is

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 12

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

Just Enrichment(s)[21] is/are responsible *for including, not limited to the "unauthorized" use, disbursement(s), investment(s), and gain(s) from including, not limited to:*

- Interest Bearing Account(s); and
- Low Cost and/or "Zero Interest" Loan(s); and
- "Unauthorized" Disbursement(s) in the amount(s) of, *generally not less than* $500,000.00[22]; and

---

to enforce it according to its terms" (internal quotation marks and citations omitted)); *in accord*

*In,* Connecticut Nat. Bank v. Germain, 503 U.S. 249, 253-254 (1992) (citations and internal quotation marks omitted), "We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there. When the words of a statute are unambiguous, then, the first canon is also the last: judicial inquiry is complete" (Sacalia, J.).

[21] *See, e.g.,* Advantage Renovations, Inc. v. Maui Sands Resort Co., LLC, 6th Dist. No. E-11-040, 2012-Ohio-1866, 20112 WL 1493826, ¶33, Un-Just Enrichment occurs where one party confers a benefit on another, with the other's knowledge, under circumstances where it would be unjust for the party getting the benefit to retain it without payment (*citing* Burr v. Stark County Board of Comm'rs., 23 Ohio St.3d 69 (1986), *syllabus 2,* the elements of fraudulent misrepresentation are: a material representation; made falsely, with knowledge of its falsity, or with such utter disregard as to whether it is true or false that knowledge may be inferred; with the intent of misleading another into relying upon it; justifiable reliance by the plaintiff; and damages proximately caused by its reliance).

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 13

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

- FREE Homes[23]; and

- The USE of the before-stated "tangible holding(s)" as endless "Cash Machine(s)"[24]; and

---

[22] *See,* RCW 48.30.230 (false claim(s)/claimant(s)) (*citing* 31 U.S.C. §3729, *quoting* TITLE 18 U.S.C., and TITLE 15 U.S.C. "disgorgement"), triggering 9A.20 RCW.

[23] *See, e.g.,* 31 U.S.C. §6906 (unlimited funds 2008-2014 years), and 31 U.S.C. §6207 (unlimited $$), and 31 U.S.C. §6503-07 (gov. spending), and 31 U.S.C. §6702 ($$T's gov. spending), and 31 U.S.C. §6704 ($$T's gov. spending), and 31 U.S.C. §6705 (gov. spending) *quoting* the U.S. 5th Amend. "Takings Clause" and "Just Compensation Clause"; *and as such*:
*In,* Arrigoni Enterprises, LLC v. Durham, 578 U.S. at 2-3 (2016) (Thomas, J., dissent) (*citing* Williamson County Regional Planning Comm'n v. Hamilton Bank of Johnson City, 473 U.S. 172 (1985), in the dissent opinion, "the Takings Clause appears to make just compensation *a prerequisite* to taking property for public use. The requirement to pay just compensation "places a condition on the government's exercise of" the power to take private property in the first instance" (quote). First English Evangelical Lutheran Church of Glendale v. Los Angeles, 482 U.S. 304, 314 (1987), and that the text's "mandate that there shall be no taking's 'without just compensation'"). (*See,* APP. No. 1, "there has been centuries of TAKING without *any* compensation").

[24] *See, e.g.,* 31 U.S.C. §9103, and 31 U.S.C. §9107, and 31 U.S.C. §9108 (gov. obligations), and 31 U.S.C. §9110 (gov. bank'g), and 31 U.S.C. §325 (foreign end'mts). *I.e., including, not limited to* the MERSCORP HOLDINGS, INC., et al.; and FANNIE MAE, et al.; and FREDDIE MAC, et al.; and the FEDERAL RESERVE BANK, et al. (*citing* TITLE 12 U.S.C., and TITLE 18 U.S.C., and TITLE 22 U.S.C.) by/through *including, not limited to* AMERICAN INTERNATIONAL GROUP, INC., et al.; and WELLS FARGO, et al.; and the TENNESSEE VALLEY AUTHORITY, et al.; and JP MORGAN CHASE, et al., etc., etc.. (*e.g.,* TAKEN Inheritance "totally devoid of any authority whatsoever").

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 14

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

- Dividend(s) paid out-of-principal; and
- Business Venture(s)[25]; and
- Corporate Officer(s) Benefit(s) and Bonus(s) and Incentive(s) and/or Exit Package(s)[26]; and
- Employee Benefit Package(s), etc., etc.

There is "no agreement"[27]. *Including, not limited* to the UNITED STATES Of AMERICA and its AGENCIES, et al. (profit and/or non-profit) has "no agreement" to Take and/or Unjustly Enrich anyone including themselves or, the public (Quantum Meruit). The "Defendant's of APP. No. 1", have been doing, *as*

---

[25] *See, e.g.,* 31 U.S.C. §9110, and 31 U.S.C. §9304 (*quoting* 31 U.S.C. §9108 (*citing* 31 U.S.C. §9705)).

[26] *See,* RCW 48.31B.060 (*citing* 15 U.S.C. §78j-4) - *See, e.g.,* Kokesh v. SEC, 581 U.S., at 5 (2017) (*citing* Huntington v. Attrill, 146 U.S. 657, 667 (1892), A "penalty" is a "punishment, whether corporal or pecuniary, imposed and enforced by the State, for a crime or offen[s]e against its laws") (*citing* Brady v. Daly, 175 U.S. 148 (1899), a pecuniary sanction operates as a penalty only if it is sought "for the purpose of punishment, and to deter others from offending in like manner"))).

[27] The "*Demand(s)*" 'are an order to tender satisfied', that to date no part thereof, has ever been met; but not a contract (there is no legally binding contract w/ the absence of authority (Quantum Meruit)) - *See, e.g.,* Kingdomware Technologies, Inc. v. United States, 579 U.S. at 12 (2016) (*quoting* Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837, 843-844 (1984), establishing that the interpretation that an "order" is not a "contract").

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 15

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

*they please*, avoiding the "'absolute absence of legality' in which they act". None of the above-mentioned unjust reward(s) (per se) are with (the afore-stated "Listed Person", No. 1) consent or, authority or, agreement[28].

THEREFORE, *being absent any agreement*, THIS COURT must unwind its jurisdictional part thereof, taking particular care to cure "all" the fraud(s); and remedy (its part thereof) the *"Ex-Post-Facto Bill"* (APP. No. 1); and make the transfer(s).

## IV.   **FACTS**:

BLUNTLY, *as it's become necessary*: On September 11, 1963, (the afore-stated "Listed Person", No. 1) was anointed; it's she who possesses the 'ultimate sovereign authority' *"ex post facto"* (emphasis added) (you've all known; noting, the "absolute deceit"). The secret of which was "intentionally" hidden as part thereof, the WATERGATE AGENDA of/by/for the DNC, et al. (foreign and domestic).

---

[28] *See, e.g.,* RCW 48.31.151 (*quoting* RCW 48.30.230 (false claim(s)/claimant(s)), triggering 9A.20 RCW (felony(s))).

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 16

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

Pursuant to 22 C.F.R. Part 172, (the afore-stated "Listed Person", No. 1) is this countries national security therefore, disclosures must be made. The STATE DEPARTMENT, et al. is/has been maintaining skip-dictators (per se) in "all" parts of the world that, *in fact*, are part thereof (the afore-stated "Listed Person", No. 1) *Inheritance and Estate* (noting, the deliberate deception and out-right failure to disclose and/or disburse, *citing* 22 U.S.C. §2668(a)).

That TRUST AGREEMENT (BP3019010) or, [any other] "Trust Indentures" (poss. plurals) are absent (the afore-stated "Listed Person", No. 1) authority, or knowledge, or consent; and No. BP3019010 was reported produced by the "'In-Law(s)' from Hell": PAUL, SANDRA, and STEVEN HOWELL, et al. (subsequent to the December 26, 1984, pre-meditated "HIT" that brought about the first of, many consecutive life-altering injury(s) and "HIT(s)" (multiples) "*without restitution*"[29]) and as such "any and all" are FRAUDULENT "*totally devoid of 'any authority' whatsoever*"[30], and therefore VOID AB INITIO[31].

_____

[29] *See, e.g.,* Anderson v. Minneapolis, St. P. & S. St. M. Railroad Co., 179 N.W. 45 (Minn. 1920), in the absence of the "In-Law(s) from Hell": PAUL, SANDRA, and STEVEN HOWELL, et al. in concert "pre-meditated negligence(s)", exercised with calculated and deliberate forethought, "no one" would have been injured; *and therefore,*
NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 17

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

ABT.   September   18,   2008,   the   WASHINGTON   INSURANCE COMMISSIONER, SEC, and DOJ conducted *de-facto hearings* (*i.e.*, statutory hearings), <u>Case No. G08-0084</u>[32] *"totally devoid of notice upon this Owner/Heir"*.

---

*the intent being:*
In, <u>United States v. Fernandez</u>, 388 F.3d 1199, 1259 (9th Cir. 2004) (*conspiracy to murder*); and, <u>United States v. Marino</u>, 277 F.3d 11, 28-31 (1st Cir.), <u>cert. denied</u>, 536 U.S. 948 (2002) (*conspiracy to murder*) (*quoting* <u>United States v. Pimentel</u>, 346 F.3d 285, 303-04 (2d Cir. 2003), <u>cert. denied</u>, 543 U.S. 955 (2004) (*attempted murder*) of, "their own son" for, illicit gain stealing, *citing* <u>RCW 48.30.230</u>, which mandates <u>9A.20 RCW</u> (felony(s))); *and as established:*
In, <u>United States v. Persico</u>, 621 F. Supp. 842, 856 (S.D.N.Y. 1985) (*conspiracy is a proper predicate and does not cause duplicity*) (*citing* <u>United States v. Dellacroce</u>, 625 F. Supp. 1387, 1392 (E.D.N.Y. 1986) (*conspiracy can be a predicate act*)).

[30] *See, e.g.,* <u>Wash. Asphalt Co. v. Harold Kaeser Co.</u>, 51 Wn.2d 89, 91, 316 P.2d 126 (1957); and, <u>Smyth Worldwide Movers, Inc. v. Whitney</u>, 6 Wn. App. 176, 179, 491 P.2d 1356 (1971) (holding that "non-beneficiary agreements" are "not legally binding" - there is no stipulation or agreement that legally binds (the afore-stated "Listed Person", No. 1, who holds the 'ultimate sovereign authority' "ex post facto") (*quoting* <u>RCW 48.31.151</u>).

[31] *See, e.g.,* <u>28 U.S.C. §3304(a)(2)(A-B)</u> *and* <u>28 U.S.C. §3304(b)(1)(A)</u> *and* <u>28 U.S.C. §3308</u>.

[32] *See, e.g.,* <u>Rochin v. California</u>, 342 U.S. 165, 167 (1952), <u>reversed on cert.</u>, 341 U.S. 939 (*quoting* <u>Harris</u>, 495 U.S. at 19) (*quoting* <u>United States v. Crews</u>, 445 U.S. 463, 471, 100 S. Ct. 1244, 63 L. Ed.2d 537 (1980), the "coercion within government entities" is in some sense the product of illegal government activity(s))); *and as such:*
In, <u>Tower v. Glover</u>, 467 U.S. 914, 922-23 (1984), the United States Supreme Court held that the government does not have a license to create immunities based solely on its view of sound policy; *in contempt,*
NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 18

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

Nonetheless, the hearings were performed for the sole purpose of "examining the Inheritance(s) and Estate(s)" of (the afore-stated "Listed Person", No. 1). Agrilink Foods, Inc. v. Dep't of Revenue, 153 Wn.2d 392, 396, 103 P.3d 1226 (2005), an order of rehabilitation was entered[33].

---

'The sound legal policies' are/have been Legislative Racketeering, *citing* RCW 48.31.151 (*quoting* TITLE 18 U.S.C.), with the "Unauthorized TAKING of (the afore-stated "Listed Person No. 1) Inheritance(s) and Estate(s) bringing about the deliberate death(s) of the legitimate HEIR(s), *citing* 28 U.S.C. §1346(b), 2671-2680, and 28 U.S.C. §§1605-06, (*quoting* 28 U.S.C. §2674¶2).

[33] *Citing* No. G08-0084 -
*See, e.g.,* In re Pers. Restraint of Cashaw, 123 Wn.2d 138, 149, 866 P.2d 8 (1994), the Court held that a decision by a government agency that failed to comply with the agency's own rules and regulations is sufficient to show the "unlawfulness" of the restraint; *and as such, the agency has imposed "unlawful" restraint[s] by failing to comply with its own rules and regulations* under TITLE 48 RCW:
*In,* Pearce v. Pearce, 37 Wn.2d 918, 922-23, 226 P.2d 895 (1951), agency decision "that exceeds it statutory authority", and "is arbitrary, capricious, contrary to law, and in violation of constitutional principles" invokes judicial review (*quoting* U.S. Const. Art. VI, Cl. 1); *although,* the Bill cited as "APP. No. 1", is "Ex Post Facto":
Agency action of, September 18, 2008, No. G08-0084, did TRIGGER to the "entire bill" TITLE 48 RCW, *including, not limited* to: RCW 48.31.151, and RCW 48.31B.060, *and as such:*
*In,* Bell v. New Jersey, 461 U.S. 773, 778, 103 S. Ct. 2187, 76 L. Ed. 2d 312 (1983) (*citing* 5 U.S.C. §704), "agency action made reviewable by statute and final agency action 'for which there is no other adequate remedy' is subject to judicial review") (*quoting* RCW 48.31.151, *citing* RCW 48.31B.060); *therefore,*
NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 19

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA 98664
(360) 953-0798

Those *de-facto hearings* automatically TRIGGERED Washington Insurance Statutes under <u>TITLE 48 RCW</u>[34], to that *entire* "DEMAND(s)" and every ISSUE thereof ("APP. No. 1"), *including, not limited* to the unjust TAKEN Inheritance(s) and Estate(s).

A.)    ABSENCE Of An AGREEMENT:

"No-One" has "ever" possessed an agreement to take possession of, distribute, or control, or manage, or sell insurance, or pay-out distribution(s), or

---

*C.f.,* <u>Connecticut Nat. Bank v. Germain</u>, 503 U.S. 249, 253-254 (1992) (citations and internal quotation marks omitted), "We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there. When the words of a statute are unambiguous, then, the first canon is also the last: judicial inquiry is complete" (Sacalia, J.).

[34] *Including, not limited* to <u>RCW 48.31.151</u> and <u>RCW 48.31B.060</u> and <u>RCW 48.30.015(2)</u> and <u>RCW 48.30.230</u> which triggere[d] <u>9A.20 RCW</u> -
*See, e.g.,* <u>Benesowitz v. MetLife</u>, 2009 U.S. Dist. LEXIS 64269 (E.D.N.Y. 2009) (*citing* <u>Hardt v. Reliance Standard Life Ins. Co.</u>, 130 S. Ct. 2149 (2010), the claim should be re-opened and paid); *in accord*
*In,* <u>Herrera v. MetLife</u>, 2011 U.S. Dist. LEXIS 145409 (S.D.N.Y. 2011), the Court denied the <u>MetLife's</u> attempt to get out of the case brought by the true beneficiary. <u>MetLife</u> paid the wrong person failing to undertake an appropriate investigation into the beneficiary's identity; and, the daughter had forged the beneficiary's signature) (*citing* <u>Restatement (Second) of Torts</u> §323 (1965) ("'one who enters into service to another' is liable if "his failure to exercise reasonable care" increases the risk of physical harm")).

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 20

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

pay-out dividend(s) *particularly* out-of principal, or pay-out settlement(s) *particularly* "to the ones" who deliberately inflicted the life-altering injury(s), or unjustly enrich themselve(s) and/or the public with (the afore-state "Listed Person", No. 1)[35] ""Inheritance(s) and Estate(s) and Trust Account(s)", and/or Insurance Proceed(s), or Settlement(s)"; or that of, (the afore-stated "Listed Person", No. 2) "Pension/Retirement Account(s), and Earned Income" *particularly* through fraudulent "unauthorized" tax filing(s)[36].

Pursuant to RCW 48.31.151 there is the "absence of any legally binding agreement"[37]. The *"demand(s)"* are an order to tender which *no part thereof*, has ever been satisfied.

---

[35] That would've required the participation of ROSEMARIE ELIZABETH ANNE (nee VIKARA) Howell (sovereign heir, owner, and the anointed one), which has "never" occurred. - *See, e.g.,* Miranda v. Arizona, 384 U.S. 436, 539, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966), "[T]he most basic function of any government:" "to provide for the security of the individual and her property" (*citing* the "doctrine of trespass ab intio", the "unauthorized" unjust enrichments (Quantum Meruit), are considered a trespass, the privileges TAKEN were abused causing harm to the "Sovereign Heir", et al.).

[36] *Citing* TITLE 26 U.S.C.

[37] Noting that Case No. G08-0084, was conducted by the government and its employees *including, not limited* to the WA. AG, WA OIC, DOJ, and SEC "totally devoid of any NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 21

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA 98664
(360) 953-0798

Pursuant to RCW 48.31B.060, the ultimate holders are liable.

Pursuant to RCW 48.30.230, the false claim(s)/claimant(s) *triggers* 9A.20 RCW (felony(s)).

---

notification and/or authority" and as such was an "unauthorized" invasion for, the 'intended' purpose (no doubt) of preserving the government's Fraud (Trust Indenture No. BP3019010), which itself is "absent any authority whatsoever", *citing* the "Contract Clause", Art. I, §10, Cl. 1, of the U.S. Const., *quoting* the "Substantive Due Process Clause" of the U.S. 5th, 6th, and 14th Amendment's; *and as such,*

The TAKINGS and subsequent action(s) to (no doubt) preserve the Fraud(s) are/have been an "'outrageous "intrusion'" of personal liberty:

*In,* Allgeyer v. Louisiana, 165 U.S. 578 (1897), the general right to make a contract in relation to business is part of the liberty of the individual protected by the "Due Process Clause" of the U.S. 14th Amendment (*citing* Twining v. State, 211 U.S. 78 (1908), "the words 'due process of law', as used in the 14th Amendment, are intended to secure the individual from the arbitrary exercise of powers of government unrestrained by the established principles of private right and distributive justice"); *in accord*

*In,* Boyd v. United States, 116 U.S. 616, 6 S. Ct. 524, 29 L. Ed. 746 (1886) (*citing* Entick v. Carrington, 19 How. St. Tr. 1029 (1765), the U.S. 4th and 5th Amendment liberties and security apply to "all" invasions on the part of the government and its employees); *nonetheless, in contemptuous preservation of fraud(s):*

*In,* Weeks v. United States, 232 U.S. 383, 392 (1914), the government has openly defied the Constitutional prohibitions that are intended to protect against such "unauthorized" action(s); *and as such* (the afore-stated "Listed Person's") "Ex Post Facto Bill" (APP. No. 1) is past due and owing, *and therefore:*

*In,* Marbury v. Madison, 5 U.S. 137 at 163 (1803), "[T]he very essence of civil liberty consists in the right to claim protection of the laws whenever s/he receives an injury....... for the violation of a "*vested right*"" ("ex post facto", *see* APP. No. 1).

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 22

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

The Statutory intent that was TRIGGERED abt. September 18, 2008 (<u>No. G08-0084</u>):

The "absence of any legally binding agreement" makes APPENDIX 1 *past due and owing; and dictates that* the wrongful transfer(s) should've long-ago been re-appropriated[38] (*See*, APP. No. 1, at pg's 1-27)[39], *that includes, but does not limit* STATE DEPARTMENT, et al. Employee(s), *citing* <u>28 U.S.C. §1494</u>[40][.]

---

[38] *In*, <u>McDonald v. Williams</u>, 174 U.S. 397 (1899), A suit may be brought to recover third party distributions; *and*
*In*, <u>City of Redmond v. Moore</u>, 151 Wn.2d 664, 668, 91 P.3d 875 (2004); *and*, <u>Isla Verde Intern. Holdings, Inc. v. City of Camas</u>, 146 Wn.2d 740, 752, 49 P.3d 867 (2002), a determination on statutory grounds circumvents the need for constitutional review.

[39] *In*, <u>United States v. Busher</u>, 817 F.2d 1409, 1413 (9th Cir. 1987), "forfeiture is not limited to those assets that are tainted by the use...., but rather extends to the person's entire interest in the enterprise"; *and as such:*
*In*, <u>United States v. BCCI Holdings (Luxembourg) S.A. (Petition of Pacific Bank)</u>, 956 F. Supp. 5, 12 (D.D.C. 1997), even untainted property received after the activity ceased is subject to forfeiture.....; *and in compliance:*
*In*, <u>United States v. Hosseini</u>, 504 F. Supp. 2d 376, 381 (N.D. Ill. 2007), "forfeiture of the entire business interest is not disproportional, even though some business was legitimate; *noting that*:
*In*, <u>United States v. Corrado</u>, 227 F.3d 543, 554-55 (6th Cir. 2000), "all defendants" are jointly and severally liable "for the total amount" derived from the scheme......

[40] *See, e.g.*, <u>31 U.S.C. §736</u> ("unlimited $$") (*citing* <u>18 U.S.C. §872</u>; <u>§880</u>; <u>§1201</u>; <u>§1203</u>; <u>§1204</u>; <u>§1505</u>; <u>§1593A</u>; <u>§1595</u>; <u>§1956</u>; <u>§1957</u>; <u>§1958</u>; <u>§1959</u>; <u>§2236</u>; <u>§2323</u>, *quoting* <u>18 U.S.C.</u>

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 23

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA 98664
(360) 953-0798

**B.)**   The FAILURE To DISCLOSE:

That failure to disclose, *as is/was require*, which to date has "not" been performed *nor, any part thereof* pursuant to 22 U.S.C. §2668(a); and the failure to preserve [my/our] PRIVACY RIGHTS pursuant to 5 U.S.C. §552a   has been expensive to (the afore-stated "Listed Person's"), and those pre-deceased[41].

---

§242) (*citing* Case No. G08-0084; and WA AG No. 16-6-01190-0  - *See, e.g.,* DeGuelle v. Camilli, 664 F.3d 192 *WL 6287913 (7th Cir. Dec. 15, 2011), the retaliatory acts are inherently connected to the failure to disclose and disburse (*citing* 22 U.S.C. §2668(a)); and failure to 'protect privacy rights' (*citing* 5 U.S.C. §552a); *and as such*:

In, Steele v. Title Realty Co., 478 F.2d 380, 384 (CA 10 1973), the resulting damages are not limited to out-of-pocket; *therefore one should note that*:

In, Imbler v. Pachtman, 424 U.S. 409, 417 (1976), "'[e]very person' who acts under color of LAW to deprive another of a constitutional right is answerable to that person in a suit for damages".

[41] *See, e.g.,* 28 U.S.C. §1346(b), 2671-2680, and 28 U.S.C. §§1605-06, (*quoting* 28 U.S.C. §2674¶2), acts of which *there is "no punishment" that is comparable to the suffering, loss, and terror imposed* for, the self-serving ignorance and greed foreign & domestic) -

In, Sossamon v. Texas, 563 U.S. at 3 (2011) (Sotomayor, J., dissent) (*citing* Madison v. Virginia, 474 F.3d 118, 130 (CA4 2006) (creates a private cause of action) (*citing* Benning v. Georgia, 391 F.3d 1299, 1305 (CA11 2004) (waiver of sovereign immunity)));

*in accord*

In, Morgan v. Woessner, 997 F.2d 1244, 1255 (9th Cir. 1993) (*citing* Dang v. Cross, 42 F.3d 800, 807 (9th Cir. 2005) (*citing* Smith v. Wade, 416 U.S. 30, 49 (1983) (*citing* Monell v. New York City Dept. of Soc. Services, 436 U.S. 658 (1978) (*citing* City of Newport, 453

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 24

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

C.    The COURTS LIMITED JURISDICTION:

The Court's jurisdiction(s) subsequent to the "acts" of September 11, 1963, is/are limited to: (1) un-wind the "unauthorized" mess(s); and (2) remedy "all" the fraud(s); and (3) make certain the transfer(s) to ALPHA-OMEGA.

## V.    **LEGAL DIRECTIVE:**

Pursuant to 5 U.S.C. §552a, YOU are required to immediately adhere to the LAW, *as follows:*

1.)    Pursuant to 5 U.S.C. §552a(d)(2)(A), YOU have **"10 days to comply"** with (the afore-stated "Listed Person", No. 1) requests that have been submitted *including, not limited to:*

- No. 2015-119560 (U.S. CT., "FOIA" Appeal); and
- No. 2015-04715 (U.S. CT., OIP Appeal); and
- No. 16-6-01190-0 (Wash. State AG, Bob Ferguson); and
- No. AGO PRR-2016-00520-B1 through B8 (Wash. State)

---

U.S. at 254, the Defendant's have "'waived' their sovereign immunities foreign & domestic"))); *and*

*In,* State Farm Mut. Auto. Ins. Co. v. Campbell, 538 U.S. 408, 425 (2003) (*quoting* Gore, 517 U.S. at 582), the particularly egregious acts and the total absence of "Due Process" awards greater damages (*citing* 18 U.S.C. §1958, and §1959 (*quoting* 28 U.S.C. §2674¶2)).

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 25

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

The above-mentioned *in re*: <u>Case No. G08-0084</u>, and <u>APP. No. 1</u>.

2.)    Pursuant to <u>5 U.S.C. §552a(d)(1)</u>, YOU "must" provide (the afore-stated "Listed Person", No. 1) **"complete records"**[42].

3.)    Pursuant to <u>5 U.S.C. §552a(e)</u>, YOU **"may 'only' retain"** records of information that are relevant and necessary, *"all others 'must be' completely relinquished to* (the afore-stated "Listed Person", No. 1)".

<u>5 U.S.C. §552a(e)(10)</u>; and <u>§2(b), 88 Stat. 1986</u>, "the purpose of this Act is to provide certain safeguards for an individual "against an invasion of personal privacy"[43].

---

[42] *See, e.g.,* <u>RCW 42.56.050</u>, and <u>RCW 42.56.070</u>, and <u>RCW 42.56.400</u> (<u>1043-S.SL</u>).

[43] General damages may recover for the injury of reputation, feelings, humiliation, and physical illness and pain, as well as estimated future damages of the same kind; <u>3 Restatement §621</u>; *see also,* <u>W. Prosser, Law of Torts</u> §112 p. 761 (4th ed. 1971) - *See, e.g.,* <u>Seaton v. Sky Realty Co.</u>, 491 F.2d 634, 636-38 (CA7 1974), actual damages includes mental and emotional distress (*citing* <u>Thompson v. San Antonio Retail Merchants Assn.</u>, 682 F.2d 509, 513-14 (CA5 1982), "[e]ven when there is no out-of-pocket expenses, humiliation and mental distress do constitute recoverable elements of damage") (*citing* <u>Millstone v. O'Hanlon Reports, Inc.</u>, 528 F.2d 829, 834-35 (CA8 1976), approving an award for damages for "loss of sleep, nervousness, frustration, and mental anguish"))); and <u>Steele v. Title Realty Co.</u>, 478 F.2d 380, 384 (CA10 1973), damages are not limited to out-of-pocket.

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 26

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

4.)   Pursuant to 5 U.S.C. §552a(b), YOU **"cannot disclose"** any records by any means of communication to any person", *except with 'prior' written consent[.]*

5.)   Pursuant to 22 U.S.C. §2668(a)[44], YOU **"were/are 'required" by LAW** to disclose and disburse' long-before any of the life-altering injuries and malice afore-thought.

## VI.   CONCLUSION:

The guarantee to a Speedy Resolve came and went long-ago (*citing 18 U.S.C. §3161*). The failure to disclose and disburse (*citing 22 U.S.C. §2668(a)*), has caused *"Damage(s)" of unprecedented proportions*. The failure to preserve the privacy of the "Sovereign Heir, et al." (*citing 5 U.S.C. §552a*), has most certainly

---

[44] 22 U.S.C. §2668(a), ""All monies" received by the Secretary of State from foreign governments and other sources, in trust for citizens of the United States or others, shall be deposited into the Treasury. The Secretary of State "shall determine the amounts due claimants, respectively, from each of such trust funds, and certify the same to the Secretary of Treasury, who shall, upon the presentation of the certificates of the Secretary of State, pay the amounts so found to be due". Each of the trust funds covered into the Treasury as aforesaid is appropriated for the payment to the ascertained beneficiary thereof, of the certificates provided for in this section"".

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 27

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

caused *un/foreseeable futuristic damages*, additional to the STATE Of WASHINGTON, et al. malice aforethought[45]. Time creates damages and interest.

FOR THE REASONS Set-Forth Herein, and those previously stated, THIS COURT must EXCLUDE (the afore-stated "Listed Person's") from the above-

---

[45] *Citing* 28 U.S.C. §§2242-45, *quoting* 18 U.S.C. §242; and §290; and §291; and §373, *quoting* RCW 48.30.230, *triggering* 9A.20 RCW; and 18 U.S.C. §1201, *citing* 18 U.S.C. §1590 - *See, e.g.,* Imbler v. Pactman, 424 U.S. 409, 417 (1976), "'[e]very person' who acts under color of LAW to deprive another of a constitutional right" is answerable to that person in a suit for damages; *holding that*:
In re Pers. Restraint of Elmore, 162 Wn.2d 236, 251, 172 P.3d 335 (2007) (*citing* In re Hews, 99 Wn.2d 80, 88, 660 P.2d 263 (1983), the constitutional errors have resulted a 'complete miscarriage of justice'); *and as such*:
In re Pers. Restraint Cook, 114 Wn.2d 802, 813, 792 P.2d 506 (1990), "a demonstration of a constitutional error that gives rise to actual prejudice or a non-constitutional error that inherently results in a 'complete miscarriage' of justice grants the restraint eliminated" (*citing* Tate v. Short, 401 U.S. 395 (1971), cert., 445 S.W.2d 210 (1969), reversed on cert., 399 U.S. 925 (1970) (*citing* Williams v. Illinois, 399 U.S. 235 (1970), the United States Supreme Court reversed finding the imprisonments were unconstitutional under the U.S. 8th Amendment)); *in remedy of such unconstitutionality*:
*In*, Brown v. Allen, 344 U.S. 443, 458, 73 S. Ct. 397, 97 L. Ed. 469 (1953), the United States Supreme Court held the "all" federal constitutional rights have been incorporated through the Fourteenth Amendment Due Process Clause, and thereby applicable to the states (noting, the State of Washington's "absolute failure" to abide by the constitutional prohibitions).

NOTICE TO EXCLUDE
WITH
COUNTER CLAIM and CROSS CLAIM
And, attached CERTIFICATE OF SERVICE - 28

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

entitled Matter; and, GRANT the part thereof "APP. No. 1"[46] that reside under

THIS COURTS JURISDICTION.

Dated this 14th day of July, 2017 in Vancouver, Washington

/s/ Rosemarie Elizabeth Anne (nee' VIKARA) Howell a/k/a Rose Howell
Rosemarie Elizabeth Anne VIKARA Howell a/k/a Rose Howell
9504 N.E. 5th Street
Vancouver, WA. 98664
(360) 953-0798
rosie.howl@gmail.com

APPENDIX 1-4, *Attached* (*See*, List after Certificate Of Service)

---

[46] *See, e.g.,* Maziarski v. Bair, 83 Wn. App. 835, 841 n.8, 924 P.2d 409 (1996) (*citing* Helfend v. Southern California Rapid Transit District, 465 P.2d 62 (Cal. 1970) (*citing* Restatement of Tort §902A) (*quoting* the "collateral source rule doctrine"), does not permit the reduction of debts))); *and as such:*
We've concluded that Case No. G08-0084 has Triggered Title 48 RCW, *and therefore:*
*In,* City of Redmond v. Moore, 151 Wn.2d 664, 668, 91 P.3d 875 (2004); *and* Isla Verde Intern. Holdings, Inc. v. City of Camas, 146 Wn.2d 740, 752, 49 P.3d 867 (2002), the Court established that a determination on statutory grounds circumvents the need for constitutional review; *in conclusion,*
*In,* Clark v. Capital Credit & Collection Servs., 460 F.3d 1162, 1174 (9th Cir. 2006) (*citing* Chaudhry v. Gallerizzo, 174 F.3d 394, 406 (4th Cir. 1999) (*citing* FDCPA §809, Validation of Debts, 15 U.S.C. §1692g, "'Verification of a debt' requires nothing more than the debt collector confirming in writing that the amount being demanded is what the creditor is claiming owed")); *and now the question is how and how quickly:,*
*In,* DeNike v. Mowery, 69 Wn.2d 357, 358, 418 P.2d 1010, 422 P.2d 328 (1966), the Court established that the Defendant's are mandated to make the aggrieved person whole (although impossible).

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 29

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA 98664
(360) 953-0798

## CERTIFICATE OF SERVICE

The undersigned, under the penalty of perjury of the laws of the State of Washington and the United States of America, hereby certifies that on <u>07/17/2017,</u> this **NOTICE TO EXCLUDE With CROSS-CLAIM and COUNTER-CLAIM** was deposited in the United States Mail, postage pre-paid, as follows:

   1.)  U.S. DISTRICT COURT
         DISTRICT Of COLUMBIA
         E. Barrett Prettyman United States Courthouse
         333 Constitution Ave., N.W.
         Washington, D.C.  20001

   2.)  PACER Fees Class Action Administrator
         P.O. Box 43434
         Providence, RI  02940-3434

   3.)  RICHARD QUINLAN, VP / Gen. Counsel
         LIBERTY MUTUAL HOLDING CO., INC.
         175 Berkeley Street
         Boston, MA  02116

   4.)  The EXECUTIVE OFFICE
         Office Of The Legal Adviser
         600 19th Street, N.W.
         Suite 5.600
         Washington, D.C.  20522

   5.)  UNITED STATES ATTORNEY For The DISTRICT Of COLUMBIA
         555 Fourth Street, N.W.
         Washington, D.C.  20530

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

6.)   ATTORNEY GENERAL Of The UNITED STATES
        United States Dept. of Justice
        Room 4400
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

7.)   U.S. SOLICITOR GENERAL
        U.S. Dept. Of Justice
        OFFICE Of The SOLICITOR GENERAL
        950 Pennsylvania Ave., N.W.
        Washington, D.C.  20530-0001

8.)   The UNITED NATIONS
        Attn:  Stephen Mathias
        Asst. Sec.-General For Legal Affairs
        UNITED NATIONS HEADQUARTERS
        405 East 42nd Street, Room No. S-3624
        New York, New York  10017

9.)   FOREIGN CLAIMS SETTLEMENT COMM.
        U.S. Dept. Of Justice
        600 E Street, N.W.
        Suite 6002
        Washington, D.C.  20579

10.)   U.S. COURT Of INTERN'L TRADE
        1 Federal Plaza
        New York, New York  10278-0001

11.)   His Holiness, POPE FRANCIS
        c/o
        ARCHDIOCESE Of NEW YORK
        Legal Affairs
        Attn:  James P. McCabe
        1011 First Ave., 11th Floor
        New York, New York  10022

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 31

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

12.)   JONATHON E. TAYLOR
       GUPTA WESSLER PLLC
       1735 20th Street, N.W.
       Washington, D.C.  20009
       *deepak@guptawessler.com, jon@guptawessler.com,*

13.)   WILLIAM H. NARWOLD
       MOTLEY RICE LLC
       3333 K Street NW, Suite 450
       Washington, D.C.  20007
       *bnarwold@motleyrice.com*

14.)   MICHAEL T. KIRKPATRICK
       INSTITUTE FOR PUBLIC REPRESENTATION
       Georgetown University Law Center
       600 New Jersey Avenue, Suite 312
       Washington, D.C.  20001
       *michael.kirkpatrick@law.georgetown.edu*

15.)   OFFICE Of The ATTORNEY GENERAL
       Public Records & Constituent Services
       Attn:  LaDona Jensen
       P.O. Box 40100
       Olympia, WA  98504-0100

       The following afore-stated document served by EMAIL SERVICE 'only'

on July 17, 2017:

1.)   William Mark Nebeker
      *mark.nebeker@usdoj.gov*

2.)   Case View. ECF of the DOJ
      *CaseView.ECF@usdoj.gov*

3.)   Reginald Rowan
      *reginald.rowan@usdoj.gov*

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 32

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

4.)   Brian J. Field
      *brian.field@usdoj.gov*

5.)   Joseph Finnigan
      *joseph.finnigan@usdoj.gov*

Dated, this 17th day of July 2017.

/s/ Rosemarie Elizabeth Anne (nee' VIKARA) Howell a/k/a Rose Howell
Rosemarie Elizabeth Anne (nee' VIKARA) Howell a/k/a Rose Howell
9504 NE 5th Street
Vancouver, WA 98664
(360) 953-0798
rosie.howl@gmail.com

## APPENDIX *Attached*:

APPENDIX 1 -   Summary of Demand(s), dated May 18, 2017

APPENDIX 2 -   Letter, dated June 8, 2017, AGO PRR-2016-00520-B7

APPENDIX 3 -   Letter, dated June 27, 2017, AGO PRR-2016-00520-B8

APPENDIX 4 -   Notice to Exclude, dated May 18, 2017, Case No. 1:16-cv-00745-ESH

/////

/////

/////

/////

/////

/////

NOTICE TO EXCLUDE

WITH

COUNTER CLAIM and CROSS CLAIM

And, attached CERTIFICATE OF SERVICE - 33

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

# APPENDIX 1

IN THE _____[1] COURT Of The UNITED STATES


ROSEMARIE   ELIZABETH   ANNE   (nee'  VIKARA))
HOWELL, et al.,                                              )
                              *Plaintiff(s)*,               )
                vs.                                          )
                                                            ) No.
THE WORLD, et al., *represented by/through*,  )
                                                            )
THE UNITED STATES of AMERICA, and     )
[its] AGENCIES, et al.,                                 )
And                                                          )
THE UNITED NATIONS, et al., and          )
[its] AGENCIES, et al., and
[its] ORGANIZATIONS, et al.,
And
THE CHURCH, et al., and
[its] AGENCIES, et al., and
[its] ORGANIZATIONS, et al.,
                              *Defendant(s)*.        _____

<u>SUMMARY Of DEMAND(S) (plural's)</u> -

        YOU  PEOPLE  have  been  served  enough  times  []  in  the  last  decade  THIS
MATTER should've long-ago been resolved. Nonetheless, it has [not] nor, has any part
thereof, nor any damages or any part thereof said damages [] ever been disbursed.

_____

[1] Omitted (*See*, Certificate of Service).

SUMMARY Of DEMAND(S) -

-------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

                                                          Rose Howell
                                                          9504 NE 5th Street
                                                          Vancouver, WA 98664

- pg. 1

[I]t should be noted that there are a couple of "Changes" (and/or "Clarifications") which are marked by:

✓ **"CHANGE"**

Please be advised the "changes" are mandatory[.]

I.

PLAINTIFF(s)

1. Rosemarie Elizabeth Anne (nee' Vikara) Howell; and
2. Brian Paul Howell; and
3. Jessica L. B. Howell (ex-rel); and
4. Sarah D. (nee' Howell) Steward (ex-rel); and
5. Amanda M. (nee' Howell) Huskisson (ex-rel); and
6. Gary B. Howell (ex-rel); and
7. Kyle M. Howell (ex-rel); and
8. Our bio-logical succeeding family therefrom/thereof[.]

II.

DEFENDANT(S)

DEFENDANT(s) No. 1:                    THE UNITED STATES Of AMERICA, and
                                       [its] AGENCIES, et al.

Service Address:                       SOLICITOR GENERAL
                                       U.S. Dept. Of Justice
                                       Office Of The Solicitor General
                                       950 Pennsylvania Ave., N.W.
                                       Washington, D.C.  20530-0001

And
                                       The EXECUTIVE OFFICE
                                       Office Of The Legal Adviser
                                       600 19th Street, N.W.
                                       Suite 5.600

SUMMARY Of DEMAND(S) -

-------------------------------------

In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715                              Rose Howell
And                                                     9504 NE 5th Street
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560   Vancouver, WA 98664
And
AGO PRR-2016-00520-B1 through B6 through B.........................

- pg. 2

Washington, D.C.  20522

Account No's.:                     The U.S. DEPARTMENT Of TREASURY, et al., and
                                   The FEDERAL RESERVE BANK, et al., and...........
                                   *globally by/through....*
                                   The   INTERNATIONAL   MONETARY FUND, et al., and
                                   The WORLD BANK, et al., and
                                   The WORLD BANK GROUP, et al., and
                                   The WORLD BANK TREASURY, et al., (individually and collectively)

-----------------------------

DEFENDANT No. 2:                   The UNITED NATIONS, et al. and
                                   [its] AGENCIES, et al., and
                                   [its] ORGANIZATIONS, et al.

Service Address:                   THE UNITED NATIONS
                                   Attn:   Stephen Mathias
                                   Assistant   Secretary-General   for   Legal Affairs
                                   United Nations Headquarters
                                   Room No. S-3624
                                   New York, New York  10017

And

                                   FOREIGN   CLAIMS   SETTLEMENT COMMISSION
                                   U. S. Department Of Justice
                                   600 E Street, N.W.
                                   Suite 6002
                                   Washington, D.C.  20579

And

SUMMARY Of DEMAND(S) -
-----------------------------------
In Re (Government No's):

No. G08-0084
And                                            Rose Howell
APPEAL (OIP) No. 2015-04715                     9504 NE 5th Street
And                                             Vancouver, WA 98664
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

- pg. 3

| | |
|---|---|
| | U.S. COURT Of INTERN'L TRADE |
| | 1 Federal Plaza |
| | New York, New York  10278-0001 |
| Account No. | The WORLD BANK TREASURY, et al., and |
| | The    INTERNATIONAL    MONETARY FUND, et al. and [its] gold surplus, etc.,, and |
| | The WORLD BANK, et al., and |
| | The WORLD BANK GROUP, et al., and "all others" thereof / therefrom. |

------------------------------

| | |
|---|---|
| DEFENDANT No. 3: | The CATHOLIC CHURCH, et al., and [its] AGENCIES, et al., and [its] ORGANIZATIONS, et al. |
| Service Address: | His Holiness, Pope Francis |
| | Apostolic Palace |
| | 00120 Vatican City |
| | ----------------------- |
| | C/O ARCHDIOCESE Of NEW YORK |
| | Legal Affairs |
| | Attn: James P. McCabe |
| | 1011 First Ave, 11th Floor |
| | New York, New York  10022 |
| Account No. | Un-disclosed   venue(s) / institution(s) (*e.g.*, Church Bank); and |
| | *See also,* the above-stated UN and USA institutions, et al. "all others" thereof / therefrom |

SUMMARY Of DEMAND(S) -

---------------------------------

In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 4

III.

INSTRUCTIONS

✓ **"CHANGES"**, as follows:

1.)   "4" SS-4 Applications were received by the U.S. TREASURY (IRS) on/abt. May 15, 2017. Of which, *citing* the "4" SS-4 Applications:

The "Demand(s)", and every part thereof, shall be RECONCILED through (1) "B. HOWELL RECONCILIATION ACQUISITION HOLDINGS"; and (2) "R. VIKARA-HOWELL RECONCILIATION ACQUISITION HOLDINGS"......

THEN, once "each" Asset(s), etc. are RECONCILED "each" [will be] TRANSFERRED to: "ALPHA-OMEGA" (Holding Co.) w/ "ALPHA-OMEGA, L.L.C. (a wholly-owned sub [acting as] the Operating Business); and PLAINTIFF No. 1, [will be] the 'ultimate' decision maker.

**IMMEDIATE ACTION REQUIRED:**

2.)   *'Immediately' CEASE & DESIST "all" use, attempt to use, distributions, transferences, pay-outs, public funding, Illegal Exaction (U.S. V Amend.), Un-Authorized Use, Un-Just Enrichment (Quantum Meruit) and / or Other* by/through the use of / out-of that Fraudulent Trust Agreement (BP3019010) and all other Trust Indentures (poss. plurals) that in [any] way whatsoever attach to PLAINTIFF No. 1-8.

3.)   *"Immediately"* **SHUT DOWN** the **"SLUSH FUND"** (*i.e.,* Insurance Trust Fund). DEFUND and DISMANTLE and DISCONTINUE and cease [its] USE (it attaches).

4.)   **VACATE** that Fraudulent Trust Agreement (BP3019010) and all other Trust Indentures having [any] attachment whatsoever to PLAINTIFF No. 1-8 - they are *void ab intio*. **PURGE** [them] from "all" use / records / other. PLAINTIFF No. 1, view and review is mandatory.

5.)   THERE [must be] a Complete and Full and All-Inclusive **DISCLOSURE.** Absent full disclosure additional liability [will Attach] As A Matter of LAW to "all" surviving unresolved

SUMMARY Of DEMAND(S) -

--------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B..........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

legal issues. Liability "As A Matter Of Law" is/has attached to "all" the Issues presented herein.

6.)    [I]n EVERY Matter herein "whatever" *pro rata sharing* is deemed necessary of EACH "Co-Defendant / Co-Conspirator" it [must be] tendered *"immediately"* of/from EACH party/person. The "time" to play is over[.]

7.)    There will be "no" Trust Indenture corporate or otherwise. *See,* No. 1 above-stated Instruction.

IV.

<u>DEMAND(S)</u>

The Following "Demands" are Independently Cited. ***EACH [must be] 'Independently "Settled"'*** ("no" commingling). "EACH" (Item No. 1-14) is/are separate and distinct Liability(s) that attach hereto ""As A Matter of LAW"".

NOTING, that throughout <u>Items No. 1-12</u>, there are consistent ""PERSONAL POSSESSION(s) and PROPERTY(s)"" that are / have been STOLEN (wrongfully and deliberately TAKEN) which are[mandated] to BE RETURNED (*e.g.,* re-appropriate) and are [not subject] to settlement - if not for, the convoluted 'global' pandemic scheme exercised to TAKE [what does not] belong thereto, [they] would be in PLAINTIFF No. 1, possession.

THEREFORE:

[We] - PLAINTIFF's No. 1-8, with PLAINTIFF No. 1, [being] the Owner and Heir do / have **DEMAND[d]** TRANSFERS from the above-stated Defendant's, ***as follows:***

➢  **ITEM (Liability) No. 1:**
**Trust Account EIN # 38-7126498 -**

*In the Matter of:*
The TRUST Account, <u>EIN # 38-7126498</u> of Rosemarie E. A. (nee' Vikara) Howell - the DEFENDANT'S **are Now, DEMANDED to:**

SUMMARY Of DEMAND(S) -

--------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 6

1.)   **RE-APPROPRIATE** the Total Amount of Asset's *from the time of [said Trust Account(s)] creation (e.g., commencement), at Treble, interest accrued from [its] creation at 12% per annum* []  *to be Re-Appropriated and / or paid-out-of the Defendant's "legitimately" owned Asset's*.

2.)   Then **TRANSFER** the above-stated (No. 1) **solvent Trust Account** to "ROSE HOWELL" and "ALPHA-OMEGA" as per Instructed (*See*, Instructions, at No. 1).

3.)   **RE-APPROPRIATE** then **TRANSFER** to ROSE HOWELL and "ALPHA-OMEGA" (*See*, Instructions, at No. 1) the following [] most of which emanates from the "un-authorized" *ILLEGAL EXACTION(s)* of/from/through/by the """Trust Account(s) / Estate(s) of Rosemarie E. A. (nee' Vikara) Howell""", **which includes, but do not limit:**

  1.)   The "Howell Family 'Trust'" (Co-Trustee's - Paul J. and Sandra L. Howell); and the "Paul J. Howell 'Trust'"; and the "Sandra L. Howell 'Trust'"; and the "Paul J. Howell, 'Estate'"; and the "Sandra L. Howell, 'Estate'"; and "all" Other Trust(s) and Estate(s) thereof / therefrom; and the "Material / Worldly Goods" thereof / therefrom, **which includes, but does not limit:**

  DESCRIPTION:

  LOT 25 of SWEETWATER VILLAGE EAST, in the County of San Diego, State of California, According to MAP Thereof No. 8200, Filed in the Office of the County Recorder of San Diego County on November 12, 1975.

  2.)   In light of the facts and consequences, "The Brain P. Howell" ("Eldest (living) Heir") 'Birthright / Heritage' Estate Item(s), and "all" Other(s) thereof / therefrom, **which includes, but does not limit:**

  DESCRIPTION:

  HERITAGE / BIRTHRIGHT Item(s) consisting of PERSONAL, REAL PROPERTY, TANGIBLE and INTANGIBLE ITEM(s) including, not

SUMMARY Of DEMAND(S) -

-------------------------------------------

In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 7

limited to Heritage Item(s), Photograph(s), Memorabilia(s), Collectable(s) and "all" Other(s) thereof / therefrom; and

3.)    The Inheritance left Brian P. Howell, by / from his Maternal Grand-Mother (Francis E. (nee' Arnold) Williams-Tulley) - "Absent Transfer".

-------------------------------------------------------------------

> **ITEM (Liability) No. 2:**
**Trust Account EIN # 37-6528070 -**

*In the Matter of:*
The TRUST Account, <u>EIN # 37-6528070</u> of Rosemarie Elizabeth Anne (nee' Vikara) Howell - DEFENDANT'S **are Now,  DEMANDED to:**

1.)    **RE-APPROPRIATE** the Total Amount of Asset's *from the time of [said Trust Account(s)] creation (e.g., commencement), at Treble, interest accrued from [its] creation at 12% per annum [] **to be RE-Appropriated and / or paid-out-of the Defendant's "legitimately" owned Asset's**.*

2.)    Then **TRANSFER** the above-stated (No. 1) **solvent Trust Account** to "ROSE HOWELL" and "ALPHA-OMEGA" as per Instructed (*See,* Instructions, at No. 1).

3.)    **RE-APPROPRIATE**  then **TRANSFER** to ROSE HOWELL and "ALPHA-OMEGA" (*See,* Instructions, at No. 1) the following []most of which emanates from the "un-authorized" *ILLEGAL EXACTION(s)* of/from/through/by the """Trust Account(s) / Estate(s) of Rosemarie E. A. (nee' Vikara) Howell""",  and / or "Retaliation" resulting thereof / therefrom, **which includes, but do not limit:**

1.)    The "Joann Vikara 'Trust'"; and the "Joann Marie Ghianni 'Trust'"; and the "Ghianni Family 'Trust'"; and the "Joann M. Willis 'Trust'" (Trustee - Joann Vikara Ghianni Willis); and the "Estate(s)" thereof / therefrom; and "all" Other Trust(s) and

SUMMARY Of DEMAND(S) -

--------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 8

Estate(s) thereof / therefrom; and "all" of the ""Material / Worldly Goods"" thereof / therefrom, **which includes, but does not limit:**

> ***"Stolen" Property*** (*i.e.,* 'Irreplaceable' Personal and Family Items) that consist of including, not limited to Personal / Family PROPERTY(s), PERSONAL ITEM(s), HERITAGE ITEM(s), Antique / Family JEWELRY(s), 'Irreplaceable' Family ITEM(s) / Medal(s), PHOTOGRAPH(s), and Other(s) - habitually 'stolen'. ..................

2.)   The "Joseph J. Vikara, 'Estate'"; and the "Joseph John Vikara, 'Estate'"; and the "Geraldine A. Vikara, 'Estate'"; and the "Geraldine Ann Vikara, 'Estate'"; and the "Joseph J. Vikara 'Living Trust'"; and the "Joseph J. Vikara 'Trust'"; and the "Joseph John Vikara 'Trust'"; and the "Geraldine A. Vikara 'Living Trust'"; and the "Geraldine A. Vikara 'Trust'"; and the "Geraldine Ann Vikara 'Trust'"; and "Vikara Living Trust"; and the "Vicara Living Trust"; and "all" Other Trust(s) and Estate(s) thereof / therefrom; and "all" the "Material / Worldly / ""Ir-Replaceable Goods""" thereof / therefrom **which includes, but does not limit:**

DESCRIPTION:

LOT 27 of LAKESIDE ESTATES UNIT No. 1, in the County of San Diego, State of California, According to MAP Thereof No. 6034, Filed in the Recorder's Office of San Diego County, January 24, 1968. APN: 395-260-27-00.

And:

ESTATE ASSET(S) consisting of PERSONAL, REAL PROPERTY(s), TANGIBLE(s) and INTANGIBLE ITEM(s) that includes, but does not limit Family Jewelry(s), Antique Jewelry(s), Musical Instrument(s)[2], Valuable(s), Coin Collection(s), Photograph(s), Memorabilia(s),

---

[2] "Rare Musical Instrument", it cannot be replaced.

SUMMARY Of DEMAND(S) -

----------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 9

Collectable(s), Automobile(s), Houseware(s), Furniture(s), Hand-Crafted Christmas Manger, and Various Other(s).

4.)   **RE-APPROPRIATE**   then   **TRANSFER** to ROSE  HOWELL  and  "ALPHA-OMEGA"(*See*, Instructions, at No. 1) []the following that would "not" be MIA, if not for, this convoluted Scheme(s) to Steal "Sovereign Wealth(s)", **which includes, but do not limit:**

   1.)   The "Payson John Fleming" AND "Pauline Cameron (nee' Hill) Fleming", 'Estate(s)' and Trust(s); and any Other Trust(s) and Estate(s) thereof / therefrom; and "All" the "Material / Worldly / ""Ir-Replaceable Good(s)""" thereof / therefrom [] **which includes, but does not limit:**

      ESTATE ASSET(S) / HERITAGE / BIRTHRIGHT ITEM(s) consisting of PERSONAL, REAL PROPERTY, TANGIBLE and INTANGIBLE ITEM(s) that include, but do not limit Family / Antique Jewelry(s), Family Personal Jewelry(s), Family / Antique Photograph(s), Bible(s), Fine Houseware(s) (Fine Dining), Bedroom Accessory(s) (Antique), Furniture (Antique), Memorabilia(s), and Other(s).

      AND:

      The DUPLEX of Pauline Cameron (nee' Hill) Fleming, at 4807 S.E. Hull Ave., Milwaukie, Oregon 97267-6448 (legal description unavailable).

-------------------------------------------------------------

➢ **Item (Liability) No. 3:**
**"'Legitimate Heir' Birthright" CLAIM(S)[3] -**

*In the Matter(s) of:*
"Birthright" CLAIM(s) - the DEFENDANT'S **are Now, DEMANDED to:**

_____

[3] BIRTH RIGHT CLAIM(s) attach hereto As A Matter of LAW.

SUMMARY Of DEMAND(S) -
-------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 10

1.) **PRESENT** upon PLAINTIFF No.1, [] a **Complete and Full and All-Inclusive DISCLOSURE** of "all" Trust Document(s), Estate(s), Sovereign(s) / Sovereign Wealth(s), and Matter(s) of "Legitimacy / Birthright / Heritage", etc., and "all" Other that PLAINTIFF No. 1, is [t]he "Heir / Direct Descendant" - as far back in time as necessary!

2.) **MAKE Full / Complete / All-Inclusive REPARATIONS and SETTLE** "all" Estate(s), Estate Asset(s), Trust Document(s), various Sovereign(s) / Sovereign Wealth(s), etc., and "all" Matter(s) of "Legitimacy(s) / Birthright(s) / Heritage(s)".

> **CLAIM:**
> I, ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, are/have made CLAIM to "all" Issue(s) / Matter(s) of Heritage/ Birthright / Inheritance; REGARDLESS of other circumstance or illicit Claim or fraudulent misrepresentation or other.

3.) **RETURN** to [t]his "Legitimate Heir" any / all Estate(s) and Material / Worldly Good(s) of Personal and Real Property(s), Tangible and Intangible Item(s) consisting of including, not limited to Heritage Item(s), Real and Personal Property(s), Family Jewelry(s), Valuable(s), Antique(s), Photograph(s), Houseware(s), Collectable(s), Other(s), etc., etc..

4.) **EACH Matter** of Birthright [must be] **RESOLVED 'Independently'** of each other (as per, No. 1-3, here-stated).

5.) **TENDER** "all" the above-stated (No. 1-4, here-stated) **Satisfied** *in the capacity* that EACH was established / intended "before" [t]he 'liberal' *Un-Just Enrichment(s[4])* and *Illegal Exactions* "began"[.]

6.) **THESE MATTER(S)** of *"Legitimacy(s) / Birthright(s) / Heritage(s)"* have attached hereto *As A Matter of LAW* and [must be] RESOLVED *in their entirety*.

---

[4] Quantum Meruit

SUMMARY Of DEMAND(S) -

------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 11

7.)     PRESENT then RETURN then TRANSFER "all" of the afore-stated (No. 1-6, here-stated) to ROSE HOWELL and "ALPHA-OMEGA" (*See*, Instructions, at No. 1).

------------------------------------------------------------

> ➤ **ITEM (Liability) No. 4:**
> **December 26, 1984, "HIT" ("Settlement") -**

*In the Matter of:*
the December 26, 1984, "HIT" - the DEFENDANT'S **are 'Now" DEMANDED to:**

**A.     BRIAN PAUL HOWELL, Injured:**

1.)     **PAY ""SETTLEMENT""** *out-of the Defendant's "legitimately owned Asset's"* in the Amount "Equal to" the *TOTAL AMOUNT of DISTRIBUTIONS that began subsequent to December 26, 1984, at Treble, interest accrued at 12% per annum. from the time of commencement* (*i.e.*, December 26, 1984).

2.)     Then **TRANSFER** the above-stated (No. 1) **"Settlement"** to "BRAIN P. HOWELL" (ROSE HOWELL - Trustee) and "ALPHA-OMEGA"(*See*, Instructions, at No. 1).

3.)     Then **""EFFECTIVE   IMMEDIATELY""**   (Emphasis on 'Immediately')   the Defendant's are to **FUND** *"out-of the Defendant's   legitimately owned Asset's"* (*See*, Instructions, at No. 1), *the following as specified:*

>       1.)     **SOCIAL SECURITY DISABILITY** *"Beginning Now.........Indefinitely"*
>       of BRIAN PAUL HOWELL (SSN # XXX-XX-3107) <u>in the Maximum Amount of</u>
>       <u>$4,022.00 Monthly</u>, cost of living TBD (the Maximum); and

✓   **"CHANGE"** - the <u>Accounts [must be] FIRST RECONCILED</u> and *corrected if necessary* (*e.g.*, the SSA "reported" [t]he account(s) prematurely disbursed [in concert] w/ non-beneficiaries "unauthorized" TAKING(s)),

      the accounts stated as follows:

SUMMARY Of DEMAND(S) -

------------------------------------------

In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B..........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 12

2.)   **GENERAL DYNAMICS PENSION** (Account No's 13-1673581-001 (dist. 1998), and one pension "MIA" (SSA Benefit Info 'un-served'), and 13-1673581-012 (dist. 1993 s/b before [we] took dist. - diluting these accounts has direct effect on the beneficiary's reported amounts / disbursement, and posses a 10 year statutory mandatory prison sentence)), **and therefore**;

*"Beginning Now............"* in the Amount of $534.70 Monthly or, corrected amount [subject to change] (hourly & salary pensions); and

3.)   **SULZER PUMPS (US) INC. PENSION** (Account No's. 94-3007659-001 (dist. 2004), and 13-3950743-003 (dist. 2004 *i.e.* long-before [we] took dist. - diluting these accounts has effect on the beneficiary, and posses a 10 year statutory mandatory prison sentence)), **and therefore;**

*"Beginning Now..........."* in the Amount of $201.53 Monthly or, corrected amount [subject to change]; and

4.)   The Defendant's are to **'Immediately' PROVIDE** "ALPHA-OMEGA" and "ALPHA-OMEGA, L.L.C." and [any other] entities that [originate] thereof / therefrom and all [their] employees **MEDICAL, PRESCRIPTION Coverage, DENTAL, ORTHODONTIC, VISION and "all" Other Insurances** *""**comparable with** the Insurances, monthly premiums, and Co-Pay's""* that [we - i.e., the B. HOWELL FAMILY] had through GENERAL DYNAMICS, CONVAIR DIV. [] on December 26, 1984 [5](*e.g.*, Govern't Employee Benefits); and

4.)   **IMMEDIATELY** *"pay for"* out-of the Defendant's "legitimately" owned funds [all] the **DENTAL REPAIRS / WORK** of BRIAN PAUL HOWELL (*i.e.*, damages 12/26/1984).

---

[5] [Our] 'current' insurance is no-where near comparable, it's unacceptable.

SUMMARY Of DEMAND(S) -

----------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 13

**B.**   <u>**ROSEMARIE E. A. VIKARA-HOWELL, and EX-REL's HOWELL(S)**</u>:

"In addition"" to the "DEMAND(s)", at Items 1-14, and previously served App. No. 1-17 and "all" Other's presented herein and hereto and previously hereof, the Defendant's are **DEMANDED to <u>FULLY RECONVEY</u>** the following Properties to "<u>EACH</u>" *as cited below* ""Free and Clear"" of all Encumbrances / Liens / Debts / Other, *at "the Defendant's" expense* (*See*, Instructions, at No. 1), *as follows*:

1.)      9504 Northeast 5th Street, Vancouver, Washington 98664-3307
         (pay-off amt. $26,963.33 as of, 05/12/2017)

| | |
|---|---|
| Trust Deed: | Brain P. and Rosemarie A. Howell |
| Lender: | WELLS FARGO HOME MORTGAGE |
| Account Number: | 685-0007002328 |
| LEGAL DESCRIPTION: | NORELIUS ORCHARD TRACTS, Location 221 28 SW, |
| | BRISLAWN LOT 6, BLK 1, According to Book Page C79, |
| | Filed in the Recorder's Office of CLARK COUNTY, |
| | State of  WASHINGTON, May 02, 1911 |
| Property Id Number: | 111019020 |

----------------------------------------------------------

2.)      15019 Northeast 50th Street, Vancouver, Washington 98682

| | |
|---|---|
| Trust Deed: | Jessica L. B. Howell |
| Lender: | QUICKEN LOANS, INC. |
| Account Number: | ?? |
| Title: | FIDELITY NATIONAL TITLE (MERSCORP HOLDINGS CO.) |
| LEGAL DESCRIPTION: | VILLAGE on the RIDGE, PHASE 2, Location 22E 13 NW, |
| | LOT 88, SUB 95, According to Book Page H962, |
| | Filed in the Recorder's Office of CLARK COUNTY, |
| | State of WASHINGTON, March 30, 1994 |
| Property Id Number: | 109581962 |

----------------------------------------------------------

✓  **"CHANGE"** - Property 'previously reported/demanded' [] at <u>17107 Southeast 18th</u> <u>Street</u>, Vancouver, WA 98683, was "<u>EXCHANGED</u>" on / abt. <u>10/31/2016</u>, for:

SUMMARY Of DEMAND(S) -

-----------------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 14

3.)   14203 Northeast 102nd Street, Vancouver, WA. 98682-1963

| Trust Deed: | Amanda M. (Howell) Huskisson and Justin Huskisson |
|---|---|
| Lender: | LOAN STAR HOME LOANS, L.L.C. d/b/a LOAN STAR HOME LENDING, 9020 SW Washington Square Rd., Suite 350, Portland, OR. 97223 |
| Account Number: | Loan # 100027551; Title/Escrow # 622-81452-JRS |
| Title: | CHICAGO TITLE CO. Of WASHINGTON (MERSCORP HOLDINGS CO.) |
| LEGAL DESCRIPTION: | LOT 54, FALCON's NEST, According to Plat Thereof, Recorded in Volume 311 of Plats, Page 614, RECORDS Of CLARK COUNTY, State of WASHINGTON (Lots 54, Falcon's Nest, 311/614). APN # 986025-904 |
| Property Id Number: | 986025904 |

------------------------------------------------------------

4.)   935 West 4th Street, Arlington, Oregon 97812

| Trust Deed: | Sarah D. (Howell) Steward and Jason Steward |
|---|---|
| Lender: | PENNY MAC |
| Account Number: | ?? |
| Title: | GILLIAM COUNTY TITLE??? |
| LEGAL DESCRIPTION: | (best given) 935 West 4th Street, ARLINGTON, OREGON, at 3n  21  28bc / 4900, Acct # 881,  Filed in the Recorder's Office of GILLIAM COUNTY, State of OREGON |
| Property Id Number: | 881 |

------------------------------------------------------------

5.)   THREE (3) Medium to Large Size Homes of ""[my] Choice"", *at the Defendant's expense* - **TBD**

✓  **"CHANGE"** - "ONE" of the (3) three "is", the following:

### A.)   **9117 Burdette Road, Bethesda, MD  20817**

| PURCHASER / DEED: | Brian Paul Howell and Rosemarie Elizabeth Anne Vikara-Howell |
|---|---|
| LENDER: | NONE ("Cash" / Transfer of, Funds) Total: $4,125,000.00 (1/2 ""now"" $2,062,500.00 the other 1/2 at closing) |
| TITLE: | DUPONT TITLE |

## SUMMARY Of DEMAND(S) -

------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 15

LISTING AGENT:          W. C. & A.N. Miller, Realtors, A Long & Foster
SELLING AGENT:          Re/Max 2000
SELLER:                 9117 Burdette Development, L.L.C.
LEGAL DESCRIPTION:      Lot 20, Block 10, Subdivision "Brady Hills Grove", Montgomery County, Maryland
                        Account No. 00583082

**B.)**    **TBD** - *(i.e.,* Gary Howell 'only' authorized by Plaintiff No. 1)

**C.)**    **TBD** - *(i.e.,* Kyle Howell 'only' authorized by Plaintiff No. 1)

*****Another words, "DO NOT" interfere any further w/ Plaintiff No. 1, children unless you're choosing further "damages" than you people already own[.]*****

6.)    **RECORD "all" Full RECONVEYANCES and DEEDS** (No. 1-5, here-stated), *at the Defendant's expense* ("each" per party as cited above and county of dwelling); and ***THEN***

7.)    **SEND** (postage pre-paid) "all" the above-stated (No. 6) "Recorded" **PROPERTY DEEDS and FULL RECONVEYANCES**, "at the temporary address", to:

ROSE HOWELL (Trustee / Independent Title Co.)
9504 NE 5th Street
Vancouver, Washington 98664-3307

8.)    **"EFFECTIVE Immediately"** the Defendant's are **DEMANDED to FUND** *"Beginning Now..............Indefinitely"*, the *Social Security Disability Payments* Of ROSEMARIE A. HOWELL (SSN # XXX-XX-9374), <u>Current Amount $ 911.00 Monthly</u>, cost of living TBD ***"out-of the Defendant's legitimately owned Asset's"***; and

9.)    The Defendant's are **DEMANDED to RE-IMBURSE** "the Social Security coffer" for **"all" past paid Social Security Disability Payments** made (4/28/1999-present) which [must be] Funded ***"out-of the Defendant's legitimately owned Asset's"***.

-------------------------------------------------------------

> **ITEM (Liability) No. 5:**
**Fraudulent Trust Agreement (BP3019010) -**

SUMMARY Of DEMAND(S) -

-----------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715                 Rose Howell
And                                         9504 NE 5th Street
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560    Vancouver, WA 98664
And
AGO PRR-2016-00520-B1 through B6 through B........................

- pg. 16

*In the Matter of:*
the Fraudulent Trust Agreement - the DEFENDANT'S **are 'Now DEMANDED' to:**

1.)   ***'Immediately'* CEASE & DESIST** *"all" use, distributions, transferences, other* - by/through/from/by way of *[any/all] Fraudulent Trust Indenture(s) / Agreement(s)* including, not limited to Trust No. BP3019010 that [in any way] attach to PLAINTIFF's No.1-8 - ***put an "indefinite" STAY on the Fraudulent Trust Agreement(s).***

2.)   **VACATE, REVERSE, DISMISS, QUASH, and SHRED** *the Fraudulent Trust Agreement(s) / Indenture(s) including, not limited to Trust No.* BP3019010 (Plaintiff No. 1, view / review [remains] mandatory) - **PURGE** [them] "all" from "all" use / records / other.

3.)   **"SETTLE" and MAKE REPARATIONS and meet the DEMANDS** for ""EVERY Matter(s)"" previously presented, and are presented herein, and that compels disclosure, and that the Defendant's have attached hereto As A Matter of LAW, ***in each entirety***, in the manner intended [before] the *Illegal Exaction(s)* and *Un-Just Enrichment(s)* began[.]

4.)   Then **TRANSFER** the above-stated (No. 3, here-stated) to ROSE HOWELL and "ALPHA-OMEGA" (*See,* Instructions, at No. 1).

5.)   THIS MATTER and anything that is a result of FRAUD and [any such] Fraudulent Trust Agreement(s) / Indenture(s) including, not limited to Trust No. BP3019010 known or that compels disclosure [must be] **RESOLVED / SETTLED** separately ("no" commingling).

-----------------------------------------------------------

> ➤  **ITEM (Liability) No. 6:**
> **INSURANCE TRUST FUND (CLINTON(s), et al. "'Slush Fund'")-**

*In the Matter of:*
the Insurance "Slush Fund" - the DEFENDANT'S **are 'Now DEMANDED' to:**

SUMMARY Of DEMAND(S) -

-----------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 17

1.)     DEFUND and DISMANTLE and DISCONTINUE "all" USE of the CLINTON(S), et al. "SLUSH FUND".

2.)     VACATE that Fraudulent Trust Agreement(s) / Indenture(s) including, not limited to Trust No. BP3019010 which grant permission to such "SLUSH FUNDS".

3.)     **"SETTLE" and MAKE REPARATIONS and meet the DEMANDS for ""EVERY** Matter""** previously presented, and presented herein, and that compels disclosure, and that the Defendant's have attached hereto As A Matter of LAW, *in each entirety*, in the manner intended [before] the *Illegal Exaction(s)* and *Un-Just Enrichment(s)* began [.]

4.)     Then **TRANSFER** the above-stated (No. 3, here-stated) to ROSE HOWELL and "ALPHA-OMEGA" (*See*, Instructions, at No. 1).

5.)     THIS MATTER and anything that is a result of the CLINTON(S), et al. ""SLUSH FUND"" and [any / all] *Fraudulent Trust Agreement(s) / Indenture(s)* including, not limited to Trust No. BP3019010 known or that compels disclosure [must be] **RESOLVED / SETTLED** separately ("no" commingling)[.]

------------------------------------------------------------

➢ **ITEM (Liability) No. 7:**
**The "HIT" of March 3, 1999 and subsequent "Demand" -**

*In the Matter of:*
the March 3, 1999, "HIT" - the DEFENDANT'S **are 'Now DEMANDED' to:**

1.)     **TENDER the DEMAND(s)** (App. No. 1-4, and 15, previously served May 31, 2016) **SATISFIED, *in its entirety, at Treble, Interest Accrued.***

On August 13, 2013, a Notice of Default and Bill in the **Total Amount of $112,893,809,252.00** (Single Principle Pmt. with Interest Accrued to August 2013) - with absolutely "no" response. ***10 days elapsed*** *subjecting* that amount to "*Automatic Triple, interest accrued to the date*

SUMMARY Of DEMAND(S) -

----------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 18

*of transfers"*. The Defendant's [must] meet this DEMAND (App. No. 1-4, and 15) *in its entirety* - EVERY Issue / Matter / Monetary Demand.

2.)   **TRANSFER the <u>TOTAL AMOUNT</u>** (No. 1, here-stated) **that is PAST Due & Owing** *at Treble* <u>18 U.S.C. §1964(c)</u>, *interest accrued* <u>28 U.S.C. §1961</u>, to ROSE HOWELL and "ALPHA-OMEGA" (*See,* Instructions, at No. 1).

3.)   **TENDER the ISSUES of the DEMAND SATISFIED**[6].

4.)   THIS MATTER [must be] **SETTLED** *"pro rata"* with the below-stated ""ITEM(s) (Liability) No. 8 and 'in part' No. 9"" ("no" commingling w/ any other Item of Liability); """AND"""

✓   **"CHANGE"** -

- YOU PEOPLE have the following <u>ADDITIONAL REQUIREMENT:</u>

  **"The Estate of PLOTNER, et al."** disbursed $10.5M to someone using PLAINTIFF No. 1, "Identifiable Personal Information" (abt. 2005, *i.e.* after third party claims [had already been] disbursed in amounts of $500,000.00 "each" which demonstrates further negligence(s)); and

  <u>THEREFORE:</u>

5.)   **FIND then RE-APPROPRIATE then TRANSFER** to ROSE HOWELL and "ALPHA-OMEGA" the $10.5M, *interest accrued* (<u>10 days or Treble applies</u>) that was wrongfully distributed using PLAINTIFF No. 1, Identity; and

6.)   **RE-APPROPRIATE** [any/all] disbursements that were made "out-of" PLAINTIFF No. 1, "Estate" by/through SAFECO, et al. [in concert] with the 1999 "HIT(s)".

_____

[6] Revisions to APP. No. 1-4, and 15, at the "Demand(s)" of May 31, 2016, at pgs. 38-39.

SUMMARY Of DEMAND(S) -

------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 19

7.) **THEN TRANSFER** the Re-Appropriated funds (no. 5-6, here-stated), *interest accrued* (10 days or Treble applies)) to ROSE HOWELL and "ALPHA-OMEGA" (*See*, Instructions, at No. 1).

**Why?** Because "PLAINTIFF No. 1, 'Estate'" nor, any part thereof / therefrom[7] [does not] nor, "ever" will fund murder-for-hire (Emphasis added).

-------------------------------------------------------------------

> ➤ **ITEM (Liability) No. 8:**
> **The Un-Paid Disability Claim (ERISA CLAIM) of April 28, 1999 -**

*In the Matter of:*
the "Un-Paid" ERISA CLAIM (*i.e.,* w/ Continental Casualty Co.) - the DEFENDANT'S are 'Now DEMANDED' to:

1.)    **TENDER SATISFIED** the afore-stated ""ITEM No. 7"" (afore-stated), at Treble, interest accrued from commencement. The *"Demand(s)"* incorporates *pro rata* the Disability Claim for the end result of the March 3, 1999 "HIT".

2.)    **TENDER SATISFIED** this "Issues" presented (*pro rata* responsibility).

3.)    **TENDER SATISFIED** the *"DEMAND(s)"* (*pro rata* responsibility).

4.)    THIS MATTER [must be] **SETTLED** *"pro rata"* with the afore-stated ""ITEM (Liability) No. 7"" - not commingled with any other Matter(s) of Liability presented herein ("no" commingling).

5.)    Make "all" **TRANSFER(s)** (No. 1-4, here-stated) to ROSE HOWELL and "ALPHA-OMEGA" (*See,* Instructions, at No. 1).

-------------------------------------------------------------------

_____

[7] SAFECO, et al. is part thereof, PLAINTIFF No. 1, "Estate".

SUMMARY Of DEMAND(S) -

------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 20

➤ **ITEM (Liability) No. 9:**
**FORD MOTOR COMPANY, et al. CLAIM -**

*In the Matter of:*
the FORD MOTOR COMPANY, et al. CLAIM - the DEFENDANT'S **are 'Now DEMANDED'**
**to:**

1.)     **TENDER SATISFIED** ""forthwith"" the portion of the afore-stated ""ITEM's (Liability)
No. 7-8"" that is / has been FORD MOTOR COMPANY, et al. Responsibility.

2.)     **REPAIR** to [our] satisfaction the 2008 F-350 (if, the mechanical defects of the 2008 F-
350 cannot be repaired to [our] satisfaction then FORD [must] REPLACE that TRUCK with a
THIRD (3rd) New F-350 (of same) of [our] choice, Free of charge).

3.)     If it is deemed that FORD MOTOR COMPANY, et al. pay a *pro rata share* of ""ITEM's
(Liability) No's. 7-8"", herein) then FORD is to do so forthwith.

4.)     THIS MATTER [must be] **SETTLED** 'in part' "pro rata" with the afore-stated ""ITEM(s)
(Liability) No. 7-8"" - 'in part' "Independently" **SETTLED** ("no" commingling).

--------------------------------------------------------------

➤ **ITEM (Liability) No. 10:**
**Life Insurance Policy(S) and Estate(S) of Joseph John Vikara and Geraldine
Ann (Fleming) Vikara -**

*In the Matter of:*
the above-stated Life Insurance Policies - the DEFENDANT'S **are 'Now DEMANDED' to:**

1.)     **RE-APPROPRIATE** the Total Amount of LIFE INSURANCE POLICY Asset's Paid-
Out wrongly or, retained (?) of/for PLAINTIFF No. 1, parent's": (1) Joseph John Vikara; and (2)
Geraldine Ann (nee' Fleming) Vikara; Policy No. 33096119 and No. 47364989, *at Treble,*
*interest accrued at 12% per annum. from the time of EACH WRONGFUL DEATH.*

SUMMARY Of DEMAND(S) -

--------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715                          Rose Howell
And                                                 9504 NE 5th Street
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560    Vancouver, WA 98664
And
AGO PRR-2016-00520-B1 through B6 through B.......................

- pg. 21

2.)    Then   **"Immediately" TRANSFER the TOTAL AMOUNT** of both policies as demanded (No. 1, here-stated), to ROSE HOWELL and "ALPHA-OMEGA" (*See,* Instructions, at No. 1).

3.)    **DELIVER** to ROSE HOWELL copies, of: (1) both Life Insurance Policies; and (2) "all" Records / Disbursements / Pay-Outs that have ""at any time"" been made out-of said Life Insurance Policies No's: 33096119 and No. 47364989 (No. 1, here-stated).

4.)    **TENDER SATISFIED** the ESATE's, ESTATE ASSET's, TRUST's, and Other cited herein (""ITEM(s) (Liability) No. 1-2"", herein) without the absence of anything, specifically ""ITEM (Liability) No. 2"" herein.

5.)    PRUDENTIAL BANCORP, Inc., et al. is to **PAY** whatever is deemed necessary to DELIVER / RESTORE / RE-APPROPRIATE said ESTATE's, ESTATE ASSET's, PROPERTY's, TRUST's, and Other unto PLAINTIFF No. 1 (*i.e.,* [t]he Heir) of, ""ITEM(s) No. 1-2"" (herein).

6.)    **THEN, TRANSFER** the Asset(s) and Material(s) (No. 1-5, here-stated) to Rose Howell and "ALPHA-OMEGA" (*See,* Instructions, at No. 1).

7.)    Whatever pro rata share is deemed necessary [must be] tendered satisfied forthwith.

-----------------------------------------------------------------

➤ **ITEM (Liability) No. 11:**
**PFIZER, INC., et al. CLAIM -**

*In the Matter of:*
the PFIZER, Inc, et al. CLAIM - the DEFENDANT'S **are 'Now DEMANDED'** to:

1.)    The Stocks that are associated with U.S. Dist CT., No. 04-CV-9866 were purchased out-of EARNED INCOME. **Just and Equitable compensation [must be] made** (*i.e.,* "was" a Retirement Account of, PLAINTIFF No. 2).

SUMMARY Of DEMAND(S) -

---------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715                          Rose Howell
And                                                  9504 NE 5th Street
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560    Vancouver, WA 98664
And
AGO PRR-2016-00520-B1 through B6 through B........................

- pg. 22

2.)    <u>CLAIM No. 2013US00272</u> was Issued for Injuries (*i.e.,* "in 2012" w/ emotional stress and loss of sleep and out-of-pocket expenditures of, Plaintiff No. 1-2) due to 'Retaliation' <u>18 U.S.C. §1513</u>. **DAMAGES and the out-of-pocket costs[8] [must be] PAID / REIMBURSED,** *interest accrued.*

3.)    PFIZER, Inc., et al. [must] make comprehensive REPARATION's for (No. 1-2, here-stated).

4.)    **TRANSFER** "all" Asset's and Damages and Awards to ROSE HOWELL and "ALPHA-OMEGA" (*See,* Instructions, at No. 1).

-----------------------------------------------------------------

➢ **ITEM (Liability) No. 12:**
**Fraudulent Case(s) (plural's) -**

*In the Matter of:*
the Fraudulent Case(s) - the DEFENDANT'S **are 'Now DEMANDED' to:**

1.)    **RESTORE** Reputations of, PLAINITFF's No. 1-8 (*i.e.,* Defendant's deceit and lies).

2.)    **VACATE, REVERSE, and DISMISS** "all" Judgments / Sentences / charges / other [] in "every" Case **AND..............**Then **REFUND** "all" TAKEN and Acquired Funds, *at Treble,* *interest accrued at 12% per annum. from the time of commencement,* ***including, not limited to:***

- ""App. No. 1, ATTACHED"", at pgs. 33-34, ""A-J""..............and......
        ""**K.**""    Clark County, Washington, Case No. 15C1576-2..............and....
                Any and "all" others
     AND

✓  **"CHANGE"** - <u>ADDITIONAL</u>:

- Clark County, Superior Court, Case No. 16-1-00311-7 (*e.g.,* damages)

-------------------------------

[8] *I.e.,* Continuous out-of-pocket Pharmaceutical and Medical Expenses.

SUMMARY Of DEMAND(S) -

-------------------------------------

In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 23

3.)     **MAIL** Postage Pre-Paid 'Individual' CHECK(s) (*e.g.,* stolen income) and 'Individual' AFFIDAVIT(s), for "each" (No. 1-2, here-stated), to ROSE HOWELL.

4.)     **DELIVER** and **RETURN** the stolen personal property.

5.)     No. 1-4 here-stated [must be] met.

-------------------------------------------------------------

> **ITEM (Liability) No. 13:**
**Attorney(s) Fees, Costs, Disbursements -**

*In the Matter of:*
Attorney(s) Fees - the DEFENDANT'S "out-of their own resources" **are 'DEMAND'**, to:

1.)     **PAY** "all" Statutory Attorney's Fees and Costs and Disbursements incurred; and

2.)     **PAY** "all" Attorney's Fees and Costs and Disbursements, including Awards of Reasonable Attorney's that are deemed Just and Equitable (this includes, but does not limit for the various court proceedings that are associated and are clean-up).

-------------------------------------------------------------

> **ITEM (Liability) No. 14:**
**Such Other Relief -**
The DEFENDANT'S **are 'Now DEMANDED' to:**

1.)     **PAY** Such Other RELIEF as "is" deemed Just and Equitable.

V.

CONCLUSION

This DEMAND [must be] met *in its entirety.*

YOU PEOPLE made 'every' liability and damage that are *past due and owing* [out-of your own accord] with no assistance and/or knowledge and/or consent, of PLAINTIFF No. 1

SUMMARY Of DEMAND(S) -
----------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715                    Rose Howell
And                                            9504 NE 5th Street
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560    Vancouver, WA 98664
And
AGO PRR-2016-00520-B1 through B6 through B.........................

- pg. 24

1  (*i.e.,* the Owner and Heir). IGNORING that failure to disclose and/or disburse (22 U.S.C.

2  §2668(a))[9] is/was costly to PLAINTIFF's No. 1-8, and the *predeceased immediate family* of,

3  PLAINTIFF No. 1.

   If you continue to create further damages it will result in further demand(s) that will be

4  tendered. Being responsible and cleaning up this mess would be in the interests of everyone. It

5  certainly shouldn't take another eight long abusive years.

6  I declare under penalty of perjury under the laws of the State of Washington and the

7  United States of America that the foregoing is true and correct to the best of my knowledge.

8  Dated: May 18, 2017

9

10  ROSEMARIE E. A. (nee' VIKARA) HOWELL a/k/a
    ROSE A. HOWELL
11  9504 NE 5th Street
    Vancouver, WA  98664-3307

12  /////

13  /////

14  ///// Appendix 1, *attached*

15  ///// Certificate Of Service, *attached*

16  /////

17  /////

18  /////

19  _____

20  [9] *See, e.g.,* 22 U.S.C. §2668(a) (February 27, 1896). The STATE DEPARTMENT is [mandated] to
    determine the amounts and certify the same to the TREASURY SECRETARY who is then
21  [mandated] to disclose and disburse to the beneficiary. HOWEVER, that "never" took place[.]

22  SUMMARY Of DEMAND(S) -

23  ------------------------------------
    In Re (Government No's):

24  No. G08-0084
    And                                              Rose Howell
    APPEAL (OIP) No. 2015-04715                       9504 NE 5th Street
25  And                                              Vancouver, WA 98664
    "FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
26  And
    AGO PRR-2016-00520-B1 through B6 through B........................

    - pg. 25

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2017, I caused a copy of the foregoing to be placed in the United States mail (first-class, postage prepaid), addressed as follows:

1.)   The EXECUTIVE OFFICE
      Office Of The Legal Advisor
      600 19th Street, N.W.
      Suite 5.600
      Washington, D.C.  20522

2.)   U.S. SOLICITOR GENERAL
      U.S. Department of Justice
      Office of the Solicitor General
      950 Pennsylvania Ave., N.W.
      Washington, D.C.  20530-0001

3.)   The UNITED NATIONS
      Attn:   Stephen Mathias
      Assistant Secretary-General For Legal Affairs
      United Nations Headquarters
      Room No. S-3624
      New York, New York  10017

4.)   FOREIGN CLAIMS SETTLEMENT COMMISSION
      U.S. Department Of Justice
      600 "E" Street, N.W.
      Suite 6002
      Washington, D.C.  20579

5.)   U.S. COURT Of INTERNATIONAL TRADE
      1 Federal Plaza
      New York, New York  10278-0001


SUMMARY Of DEMAND(S) -

------------------------------------
In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B.........................

- pg. 26

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

6.)   RICHARD QUINLAN, VP / Gen. Counsel
      LIBERTY MUTUAL HOLDING CO., INC.
      175 Berkeley Street
      Boston, MA   02116

7.)   His Holiness, POPE FRANCIS
      Apostolic Palace
      00120 Vatican City
      -----------
      C/O ARCHDIOCESE Of NEW YORK
      Legal Affairs
      Attn:   James P. McCabe
      1011 First Ave., 11th Floor
      New York, New York  10022
      jamesp.mccabe@archny.org

Dated: May 22, 2017.

/s/Rosemarie Elizabeth Anne (nee' Vikara) Howell a/k/a Rose Howell
9504 NE 5th Street
Vancouver, WA  98664-3307
(360) 953-0798
rosie.howl@gmail.com

/////

/////

/////

/////

/////

SUMMARY Of DEMAND(S) -

---------------------------------------

In Re (Government No's):

No. G08-0084
And
APPEAL (OIP) No. 2015-04715
And
"FREEDOM OF INFORMATION ACT APPEAL" (OSG) No. 2015-119560
And
AGO PRR-2016-00520-B1 through B6 through B........................

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

- pg. 27

# APPENDIX 2

Thursday, June 8, 2017


OFFICE of the ATTORNEY GENERAL
Public Records & Constituent Services
**Attn:  LaDona Jensen**
P.O. Box 40100
Olympia, WA  98504-0100


RE:          **AGO PRR-2016-00520-B7;**

> No. 1:
> ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, et al. v.
> WORLD, et al., *represented by and through* [t]he UNITED STATES Of
> AMERICA and [its] AGENCIES, et al.; and [t]he UNITED NATIONS, et
> al. and [its] AGENCIES, et al. and ORGANIZATIONS, et al.; and the
> CHURCH, et al. and [its] AGENCIES, et al. and ORGANIZATIONS, et al.
> (individually and collectively) (*see,* ""SUMMARY Of DEMAND(s)"", dated
> May 18, 2017);

AND

> No. 2-4 (Previously cited No.'s 2-3 (pending); No. 2, of "unlawful
> restraint". Previously cited No. 4, *see* the "Summary of Demand(s)", dated
> May 18, 2017); and

AND

> No. 5:
> ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, et al. v.
> BARACK HUSSEIN OBAMA, et al.[1]; and HILARY RODHAM CLINTON,
> et al.[2] , for [acts] *including, not limited to* RCW 48.30.230 TRIGGERING
> 9A.20 RCW (felony); and TITLE 18 U.S.C.. (pending)

Ms. Jensen:

As per your email June 8, 2017, in regard to the above-stated PRR Request (2016-00520-B7)
*enclosed is a check for the $2.35 that you requested.*
Please remit the CD's [to me] and "only" [me] immediately, at 9504 NE 5th Street, Vancouver,
WA 98664-3307.

---

[1] Absent Executive immunity; for, [acts] before January 20, 2009, and those after January 20, 2017, and
[t]he pre-meditated FRAUD abt. February 7, 2017.
*See, e.g.,* Rochin v. California, 342 U.S. 165 (1952), reversed on cert., 341 U.S. 939 (holding that [coercion]
within the government entities is expressly prohibited under the United States Fourteenth Amendment).

[2] For, [acts] of which there is / has never been 'immunity' beg. abt. 1967-68, and continuing therefrom.
*See, e.g.,* United States v. Gillock, 445 U.S. 360, 373 n.11 (1979) (""[e]ven a member of Congress' is not
immune from prosecution" (*citing* TITLE 18 U.S.C.), *see also,* RCW 48.30.230 (false claim(s)), triggering
9A.20 RCW (felony(s))).

**CAUTION**: If you continue on the path that [you've been liberally exercising] violating [my[3]] PRIVACY RIGHTS (5 U.S.C. §552a), *citing* U.S. Const. V Amend. [] you will find yourself and "all" your associates in a criminal predicament, *immediately*.

At this point, you owe me "7" CD's of original content (*i.e.*, AGO-PRR-2016-00520-B1 through B7). I do expect to receive every last one of them immediately (Emphasis on "immediately"). Our business needs to be concluded *this time around*.
"All" those fraudulent and "unauthorized" disbursement(s) and [t]he party(s) making those false and fraudulent claim(s) [] are subject to prosecution (*see*, RCW 48.30.230 (false claim(s)), triggering 9A.20 RCW (felony(s))).
The STATE Of WASHINGTON, et al. has already made [itself] an enormous bill for damages (pending). I doubt the UNITED NATIONS, et al. desires to continue paying for [your] malice, deceit(s), felony fraud(s), and other [acts] of your regret(s); regardless of the fact, that [they are] a prominent party to.

The U.S. TREASURY (IRS) received "4" new SS-4 applications on/abt. May 15, 2017.
The "SUMMARY Of DEMAND(s)", dated May 18, 2017, directing as per the "4" SS-4 Applications was received by "all" parties cited in [its] attached Certificate Of Service on May 24, and 25, 2017.

**TAKING NOTICE**:
The WASHINGTON INSURANCE COMMISSIONER, SEC, DOJ *de-facto hearings* (*i.e.*, statutory hearings) (No. G08-0084) abt. September 18, 2008, TRIGGERED Washington Insurance Statutes under TITLE 48, *including not limited* to RCW 48.31.151 and RCW 48.31B.060 and RCW 48.30.230[4] and RCW 48.30.015(2) to that [entire] "DEMAND(s)" and every ISSUE thereof, *including not limited to* the ISSUES of STOLEN (oops! TAKEN) INHERITANCE(s) and ESTATE(s) (*see*, "Summary of Demand(s)", dated May 18, 2017)[5].

---

[3] *i.e.*, PLAINTIFF No. 1.

[4] RCW 48.30.230 - False Claim (*i.e.*, Fraudulent Claim(s)). (1) It is unlawful for any person, knowing it to be such, to: (a) Present, or cause to be presented, a false or fraudulent claim, or any proof in support of such a claim, for the payment of a loss under a contract of insurance; or (b) Prepare, make, or subscribe any false or fraudulent account, certificate, affidavit, or proof of loss, or other document or writing, with intent that it be presented or used in support of such a claim. (2)(a) Except as provided in (b) of this subsection, a violation of this section is a gross misdemeanor. (b) If the claim is in excess of one thousand five hundred dollars, the violation is a class C felony punishable according to chapter 9A.20 RCW (*see*, "Summary of Demand(s)", dated May 18, 2017).
*See, e.g.*, City of Redmond v. Moore, 151 Wn.2d 664, 668, 91 P.3d 875 (2004); *and,* Isla Verde Intern. Holdings, Inc. v. City of Camas, 146 Wn.2d 740, 752, 49 P.3d 867 (2002) (determination on statutory grounds circumvents the need for constitutional review).

[5] Almost TEN long years ago (actually over "3" decades ago) [] those assets should've been re-appropriated (*e.g.*, recovered and returned) and then TRANSFERRED to this owner / heir (*i.e.*, PLAINTIFF No. 1). Instead [without authority] they have once again been re-distributed to non-

Those hearings (No. G08-0084) were conducted for the 'sole' purpose of, [[examining [my] inheritance] (*i.e.*, PLAINTIFF No. 1, "inheritance")].

Moreover, those hearings were [[totally devoid of notice upon [me]], PLAINTIFF No. 1 (*i.e.*, the OWNER and [t]he HEIR)].

The insolvency, although declared solvent (abt. Sept. 18, 2008[6]) [is] the debt responsibility of the U.S. TREASURY, et al.; and the FEDERAL RESERVE, et al.; and the WORLD BANK, et al.; and the INTERNATIONAL MONETRAY FUND, et al.; and the WORLD BANK GROUP, et al.; and "all" others thereof and therefrom[7].

---

beneficiaries [*without any authority whatsoever*] (*i.e.*, a habitual felony theft, *see* RCW 48.30.230, triggering 9A.20 RCW), *see, e.g.*, No. G08-0084.

Apparently, the receiver doesn't know what he's doing (Emphasis added!!).

"No" part thereof, PLAINTIFF No. 1, "inheritance", nor any damages nor any part thereof said damages, nor any part thereof the "demand(s)" has "ever" been disbursed to PLAINTIFF No. 1 (*i.e.*, the OWNER and [t]he HEIR).

*See, e.g.*, Ballard v. Estelle, 937 F.2d 453, 456 (9th Cir. 1991) (holding that "the failure of the state to abide by its own statutory commands may implicate a liberty interest protected by the Fourteenth Amendment against arbitrary deprivation by the state").

[6] The GOVERNMENT'S [actions] of, ABT. September 18, 2008 [in concert] with No. G08-0084, BROUGHT ABOUT [the calculated demise] of, (6) ""PAULINE CAMERON (nee' HILL) FLEMING (DOD September 21, 2008)""...........NOTWITHSTANDING...........

The fact that, this [was after] the deliberate execution(s) [in concert] with the ""WATERGATE AGENDA"" (DNC, et al.) of, (1) ""NELLIE GERTRUDE (nee' LEAVITT) HILL (DOD January 29, 1975)"", and then (2) ""EARL CAMERON HILL (DOD October 30, 1978)"", and...............

Subsequently [in concert] with that 'very' FRAUDULENT TRUST AGREEMENT (BP3019010) produced by "non-beneficiaries" [*with absolutely "no" authority whatsoever*] the execution of, (3) ""PAYSON JOHN FLEMING (DOD January 27, 1990)"", and................

Then [upon] PLAINTIFF No. 1, "living" December 4, 2003, from [premeditated attempted murder] of / made certain by, the CLINTON(s), et al. / BUSH(s), et al. the execution(s) of, (4) ""GERALDINE ANN (nee' FLEMING) VIKARA (DOD December 12, 2003)"", and...............

Then [in concert] with the WASH. INS. COMM., et al. and FEDERAL RESERVE, et al. [acts] (abt. January of, 2006) the execution of, (5) ""JOSEPH JOHN VIKARA (DOD July 7, 2006)""..................and therefore................. the following applies hereto................

*See, e.g.*, 28 U.S.C. §1494, *quoting* 28 U.S.C. §1346(b), 2671-2680, and 28 U.S.C. §§1605-06, *quoting* 28 U.S.C. §2674¶2 (*citing* RCW 48.30.230 (false claim(s)), triggering 9A.20 RCW (felony(s)).

*See, e.g.*, Bartlett v. New Mexico Welding Supply, Inc., 646 P.2d 579 (N.M. Ct. App. 1982) ("Two or more individuals who act independently but whose acts cause a single indivisible tortuous injury are joint tortfeasors) (*citing* PLAINTIFF's "Summary of Demand(s)", dated May 18, 2017); *see also*, Bierczynski v. Rogers, 239 A.2d 218 (Del. Super Ct. 1968) (""Acting in concert" is the equivalent of being a criminal accessory or co-conspirator".)

[7] *See, e.g.*, State v. Prevatt, 148 So. 578 (Fla. 1933) ("the granting of quo warranto is equivalent to a judgment of seizure at common law") (*quoting* TITLE 48 RCW with particularity to RCW 48.31.151 and

DEBTS that [are] *beyond past due and owing, accruing interest and damages* as we speak.

**REMINDER:**
You are [not] to release [my information] to anyone [**other than myself** (*i.e.*, PLAINTIFF No. 1)], pursuant to 5 U.S.C. §552a, *citing* the U.S. V Amend.[.]
Short of adhering to the LAW cited herein, and those previously delivered many times, you [will be] held liable for "each and every" privacy leak[s] and the damage[s] that result therefrom[8].
From my position, you've already significantly [breached [my privacy(s)]]; quite deliberately [*with malice attached hereto*].

Moreover, [don't ever] jack my son (KYLE) or, have him jacked (*i.e.*, Governmental Kidnapping[9]) after others' repeatedly beat [him] and sought [him] out as a result of your privacy breache[s][10] for, [your(s)] self-serving desire(s), or that of anyone with the deliberate "intent" of exercising protracted "unlawful" restraint(s)[11] (*i.e.*, Obama, et al. / Clinton, et al. tactics), with the further premeditated "intent" to DEFRAUD [[me] (*i.e.*, PLAINTIFF No. 1)] (February 2016 - current).

---

RCW 48.31B.060 and RCW 48.30.015(2) and RCW 48.30.230 (false claim(s)), triggering 9A.20 RCW (felony(s)).

[8] *See, e.g.,* Brown v. Allen, 344 U.S. 443, 458, 73 S. Ct. 397, 97 L. Ed. 469 (1953) (the Supreme Court held that [all] federal constitutional rights have been incorporated [through the Fourteenth Amendment Due Process Clause], and thereby are applicable to the states) (*citing* State v. Hunley, No. 86135-8 (November 1, 2012) (*quoting* State v. Herzog, 112 Wn.2d 419, 431-32, 771 P.2d 739 (1989) (holding that ['due process' rights are infringed when the decisions are made working on false information] (*citing* RCW 48.30.230 (false claim(s), triggering 9A.20 RCW (felony(s)))) (*quoting* 22 U.S.C. §2668(a) (February 27, 1896), the State Dept. is [mandated] to determine the amounts and certify the same to the Treasury Secretary who is then [mandated] to disclose and disburse to the beneficiary; *none of which has "ever" occurred*))))).

[9] This is secondary to going after my other son (GARY) in 2008.
*See, e.g.,* DeGuelle v. Camilli, 664 F.3d 192 *WL 6287913 (7th Cir. December 15, 2011) ("[t]he 'Retaliatory Acts' are inherently connected to the underlying wrongdoing of the DEFENDANT(s)").

[10] [Acts] of Retaliation and Domestic Terrorism that began subsequent to January 10, 2012, escalated March 2015, commemorated [t]he exit of BARACK HUSSEIN OBAMA, et al. abt. February 2, 2016, then reaped fraud and "unauthorized" [actions] totally devoid of, executive immunity abt. February 7, 2017, and now that continue to produce malice aforethought, deprivation, and unlawful restraint(s) (see, e.g., damages pending).

[11] *See, e.g.,* Tate v. Short, 401 U.S. 395 (1971), cert., 445 S.W.2d 210 (1969), reversed on cert., 399 U.S. 925 (1970) (*citing* Williams v. Illinois, 399 U.S. 235 (1970)) (the Supreme Court reversed finding the imprisonments were unconstitutional under the U.S. VIII Amendment) (*citing* In re Pers. Restraint of Cook, 114 Wn.2d 802, 813, 792 P.2d 506 (1990) (the Court held that "a demonstration of a constitutional error that gives rise to actual prejudice or a non-constitutional error that inherently results in a 'complete miscarriage of justice' grants the restraint eliminated"))).

Those scheduled phone appointment(s) [on the precept] that the discussion(s) was/were about my son (KYLE) and [with an 'unknown' physician] were nothing more than the Obama, et al. / Clinton, et al. / DNC, et al. "intentional" FRAUD TACTICS[12] to better serve yourselve[s] further to, what does not nor, has ever belong thereto[.]

If you desire something, get a job and work then save for it. I smell the arrogance; it reeks to the high heavens.

**FURTHERMORE**, that fraudulent TRUST AGREEMENT and any other(s) ["all" illicitly produced] aren't worth the toilet paper that HILARY RODHAM CLINTON, et al. or BARACK HUSSEIN OBAMA, et al.[13] blew [their] noses on[.]

You nor, anyone else [has any authority] to conjure up any so called TRUST AGREEMENT, "ever". I don't care what world you've been living in or, what statutes that you've produced to better serve yourself.

The fact of the matter is, that [I am] (*i.e.*, PLAINTIFF No. 1) is/are [the only person] with jurisdictional authority] subsequent to the [acts] of, September 11, 1963 (yes).

I'm not playing.

Meet the "DEMAND(s)"[14] - *you're accruing interest and damages* that you people [will] tender[.]

Get out of your comfort zone. That comfort zone belongs to me[.]

Respectfully,

/s/Rosemarie Elizabeth Anne (nee Vikara) Howell a/k/a/ Rose Howell
9504 NE 5th Street
Vancouver, WA  98664-3307
(360) 953-0798
rosie.howl@gmail.com

CC:          Federal Bureau of Investigation (FBI), 1110 3rd Ave., Seattle, WA  98101
             (seattle.fbi@ic.fbi.gov)

---

[12] Your Office, et al. and that of Mike Kreidler, et al. (WA Ins. Comm.) and this STATE, et al. and LMHC, et al. and RICHARD QUINLAN and THERESE LAVALEE, et al. and CLARK COUNTY CRIME RING, et al. [are] personally and professionally liable *with malice aforethought attached* (Emphasis added). You people need to grow up. You've hurt yourselves.

[13] Do you people do anything other than commit deliberate FRAUD? Answer: "NO".

[14] *See, e.g.,* Clark v. Capital Credit & Collection Servs., 460 F.3d 1162, 1174 (9th Cir. 2006) (*citing* Chaudhry v. Gallerizzo, 174 F.3d 394, 406 (4th Cir. 1999) ("'[V]erification of a debt requires nothing more than the debt collector (*i.e.*, PLAINTIFF No. 1) confirming in writing that the amount being demanded is what the creditor is claiming owed" (*see*, "Summary of Demand(s)", dated May 18, 2017)).

Richard Quinlan, LMHC, 175 Berkeley St., Boston, MA  02116

Inspector General of the DOJ, MICHAEL E. HOROWITZ, IG, U.S. Dept. of Justice, Office of the Inspector General, 950 Pennsylvania Ave., N.W., Suite 4706, Washington, D.C. 20530-0001

The EXECUTIVE OFFICE, Office Of The Legal Adviser, 600 19th Street, N.W., Suite 5.600, Washington, D.C.  20522

U.S. SOLICITOR GENERAL, U.S. Dept. of Justice, Office of the Solicitor General, 950 Pennsylvania Ave., N.W., Washington, D.C.  20530-0001

The UNITED NATIONS, Attn: Stephen Mathias, Asst. Secretary-General for Legal Affairs, United  Nations Headquarters, 405 East 42nd Street, Room No. S-3624, New York, New York  10017

Foreign Claims Settlement Commission, U.S. Dept. of Justice, 600 E Street, N.W., Suite 6002, Washington, D.C.  20579

U.S. COURT Of INTERNATIONAL TRADE, 1 Federal Plaza, New York, New York 10278-0001

His Holiness, POPE FRANCIS, Apostolic Palace, 00120 Vatican City -------------c/o ARCHDIOCESE Of NEW YORK, Legal Affairs, Attn:  James P. McCabe, 1011 First Ave., 11th Floor, New York, New York  10022

# APPENDIX 3

Tuesday, June 27, 2017

OFFICE of the ATTORNEY GENERAL
Public Records & Constituent Services
**Attn: LaDona Jensen**
P.O. Box 40100
Olympia, WA  98504-0100

RE:          **AGO PRR-2016-00520-B8;**

> No. 1:
> ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, et al. v.
> WORLD, et al., *represented by and through* [t]he UNITED STATES Of
> AMERICA and [its] AGENCIES, et al.; and [t]he UNITED NATIONS, et
> al. and [its] AGENCIES, et al. and ORGANIZATIONS, et al.; and the
> CHURCH, et al. and [its] AGENCIES, et al. and ORGANIZATIONS, et al.
> (individually and collectively) (*see*, ""SUMMARY Of DEMAND(s)"", dated
> May 18, 2017);

AND

> No. 2-4 (Previously cited No.'s 2-3 (pending); No. 2, of "unlawful
> restraint". Previously cited No. 4, *see* the "Summary of Demand(s)", dated
> May 18, 2017); and

AND

> No. 5:
> ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, et al. v.
> BARACK HUSSEIN OBAMA, et al.[1]; and HILARY RODHAM CLINTON,
> et al.[2] , for [acts] *including, not limited to* RCW 48.30.230 TRIGGERING
> 9A.20 RCW (felony); and TITLE 18 U.S.C.. (pending)

Ms. Jensen:

As per your email June 27, 2017, in regard to the above-stated PRR Request (2016-
00520-B8) *enclosed is a check for the $2.35 that you requested.*
Please remit the CD's [to me] and "only" [me] immediately, at 9504 NE 5th Street,
Vancouver, WA 98664-3307.

---

[1] [*Totally devoid*] of Constitutional and/or Executive immunity[.]  *See, e.g.,* Art. II, U.S. Const; *see
also,* TITLE 18 U.S.C..

[2] For, [acts] of which there is / has never been 'immunity' beg. abt. 1967-68, and continuing
unrelenting therefrom. *See, e.g.,*  United States v. Gillock, 445 U.S. 360, 373 n.11 (1979) (""[e]ven a
member of Congress' is not immune from prosecution" (*citing* TITLE 18 U.S.C.), *see also,* RCW
48.30.230 (false claim(s)), triggering 9A.20 RCW (felony(s))).

Pursuant to <u>TITLE 42 RCW</u> and <u>5 U.S.C. §552a</u>, **YOU literally have 'only' 10 days to complete disclosures in their totality[.]**
YOUR compliance with Federal Statute and Constitutional Law (*citing* U.S. V, VI, VIII, XIV Amend.'s) [is mandatory] under the U.S. Fourteenth Amendment[3].

<u>In Adherence to the LAW</u>:

Pursuant to <u>5 U.S.C. §552a(d)(2)(A)</u> YOU *have "10 days to comply"* with this request that was submitted abt. November 22, 2016.

Pursuant to <u>5 U.S.C. §552a(d)(1)</u> YOU must provide [me] "complete records"[4].

Pursuant to <u>5 U.S.C. §552a(e)</u> YOU *may 'only' retain records of information that are relevant and necessary, "all others [must be] completely relinquished to [me]"*[5][.]

**NOTING THAT**:
"All" those fraudulent and "unauthorized" claimant(s) (multiple's) pursuant to <u>RCW 48.30.230</u> [] who are subject to prosecution pursuant to <u>9A.20 RCW</u> are [not] to be in possession of or, maintain any records [of any form] that pertain to [any] Issue presented in the "Demand(s)" (plurals) or, myself (*i.e.*, PLAINTIFF No. 1) or, [my] Estate(s) and Inheritance(s) or, my family member(s) (*i.e.*, PLAINTIFF No.'s 2-8)[6].
That does include, but is not limited to person(s) acting as "unauthorized" fiduciary(s)[7], pursuant to <u>RCW 48.31.151</u>, and the holding company(s) pursuant to <u>RCW 48.31B.060</u> (*see*, <u>TITLE 42 RCW</u> and <u>5 U.S.C. §552a</u>).

---

[3] *See, e.g.,* <u>Brown v. Allen</u>, 344 U.S. 443, 458, 73 S. Ct. 397, 97 L. Ed. 469 (1953) (the Supreme Court held that [all] federal constitutional rights have been incorporated [through the Fourteenth Amendment Due Process Clause], and thereby are applicable to the states) (*citing* <u>State v. Hunley</u>, No. 86135-8 (November 1, 2012) (*quoting* <u>State v. Herzog</u>, 112 Wn.2d 419, 431-32, 771 P.2d 739 (1989) (holding that ['due process' rights are infringed when the decisions are made relying on false information] (*citing* <u>RCW 48.30.230</u> (false claim(s)), triggering <u>9A.20 RCW</u> (felony(s)))) (*quoting* <u>22 U.S.C. §2668(a)</u> (February 27, 1896), the State Dept. is [mandated] to determine the amounts and certify the same to the Treasury Secretary who is then [mandated] to disclose and disburse to the beneficiary; *none of which has "ever" occurred*))))).

[4] *See also,* <u>RCW 42.56.050</u>, and <u>RCW 42.56.070</u>, and <u>RCW 42.56.400 (1043-S.SL)</u>.

[5] *See also,* U.S. V Amendment.

[6] *See, e.g.,* PLAINTIFF No. 1-8, cited in the "Summary of Demand(s)", dated May 18, 2017, at pg. 2.

[7] All of which are "unauthorized"[.]

Pursuant to 5 U.S.C. §552a(b) YOU *"can[not] disclose any records by any means of communication to any person"*, except with *'prior'* written consent[.]
YOU nor anyone else has "ever" possessed any written consent (prior or otherwise)[.]
My Privacy never should've been breached[.]

On June 13, 2017, the WASHINGTON ATTORNEY GENERAL OFFICE and FBI received an electronic copy of the "Summary of Demand(s)", date May 18, 2017. The Declared Recipients received theirs on May 24, and 25, 2017.

Conclude business in 10 days.

Respectfully,

/s/Rosemarie Elizabeth Anne (née Vikara) Howell a/k/a/ Rose Howell
9504 NE 5th Street
Vancouver, WA  98664-3307
(360) 953-0798
rosie.howl@gmail.com

CC:        Federal Bureau of Investigation (FBI), 1110 3rd Ave., Seattle, WA  98101
           (seattle.fbi@ic.fbi.gov)

           Richard Quinlan, LMHC, 175 Berkeley St., Boston, MA  02116

           Inspector General of the DOJ, MICHAEL E. HOROWITZ, IG, U.S. Dept. of Justice, Office
           of the Inspector General, 950 Pennsylvania Ave., N.W., Suite 4706, Washington, D.C.
           20530-0001

           The EXECUTIVE OFFICE, Office Of The Legal Adviser, 600 19th Street, N.W.,
           Suite 5.600, Washington, D.C.  20522

           U.S. SOLICITOR GENERAL, U.S. Dept. of Justice, Office of the Solicitor General, 950
           Pennsylvania Ave., N.W., Washington, D.C.  20530-0001

           The UNITED NATIONS, Attn: Stephen Mathias, Asst. Secretary-General for Legal
           Affairs, United  Nations Headquarters, 405 East 42nd Street, Room No. S-3624, New
           York, New York  10017

           Foreign Claims Settlement Commission, U.S. Dept. of Justice, 600 E Street, N.W., Suite
           6002, Washington, D.C.  20579

           U.S. COURT Of INTERNATIONAL TRADE, 1 Federal Plaza, New York, New York
           10278-0001

           His Holiness, POPE FRANCIS, Apostolic Palace, 00120 Vatican City -------------c/o
           ARCHDIOCESE Of NEW YORK, Legal Affairs, Attn:  James P. McCabe, 1011 First Ave.,
           11th Floor, New York, New York  10022

# APPENDIX 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al.

v.

UNITED STATES

)
)
)
)
)
)
)
)
)

No.: 1:16-cv-00745-ESH

**NOTICE TO EXCLUDE**

---

    **IN RESPONSE TO THE E-Mailed NOTICE OF CLASS ACTION, IN THE ABOVE-ENTITLED MATTER**:

    [W]E - ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, and BRIAN PAUL HOWELL, and JESSICA L. B. HOWELL, and SARAH D. (nee' HOWELL) STEWARD, and AMANDA M. (nee' HOWELL) HUSKISSON, and GARY B. HOWELL, and KYLE M. HOWELL, and "ALPHA-OMEGA" (Holding Co.) and "ALPHA-OMEGA, L.L.C." (a wholly-owned sub) (*e.g.,* ""FAMILY-OWNED "Sovereign" CORPORATION""), individually and collectively and jointly, **choose to "EXCLUDE" from this and / any and all Class Action(s), and as such RESPOND as follows**:

    <u>FIRST</u>, [we] (the afore-stated) cannot / will not / choose not to, take-part [in any] Class Action Lawsuit. The commingling of Inheritance with public debt is not how [we] choose to structure [our] business affairs. The "ALPHA-OMEGA FOUNDATION" has not yet been

NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 1

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

established. THEREFORE, this Court [must] EXCLUDE the afore-stated 'listed' persons / parties from THIS Matter.

    <u>SECOND</u>, Notification(s) may be made by contacting the Owner / Manager / Representative, as follows:

        ROSE HOWELL
        9504 N.E. 5th Street
        Vancouver, WA  98664
        360-953-0798
        rosie.howl@gmail.com

    <u>FINALLY</u>, the above-mentioned COURT / PARTIES should TAKE NOTICE that No-One has/has "ever" possessed an agreement to take possession of, distribute, control, manage, sell insurance / other, pay-out distributions, pay-out dividends, pay-out settlements, or other  by/through/by way of [] the "completely un-authorized" use [of] ROSEMARIE ELIZABETH ANNE (nee' VIKARA) HOWELL, et al. Inheritance / Estate's / Property's / Asset's / Earned Income / Retirement Savings / Trust Account's [1], *quoting* <u>28 U.S.C. §1494</u>, *quoting* the "Takings Clause" of the U.S. <u>5th</u> Amendment, *quoting* <u>28 U.S.C. §1652</u>, *quoting* <u>RCW 48.31.151</u>, *quoting* <u>RCW 48.31B.060</u>.

    That TRUST AGREEEMNT (BP3019010) produced as reported by PAUL, SANDRA, and STEVEN HOWELL, et al. (subsequent to December 26, 1984), and/or [any other] "Trust Indentures" (poss. plurals) is/are FRAUDULENT, and therefore VOID AB INITIO, *quoting* <u>28 U.S.C. §1491</u>, *quoting* the "<u>Contract Clause</u>" Art. I, §10, Cl. 1, *quoting* the "Substantive Due Process Clause" of the U.S. <u>5th</u> and <u>6th</u> and <u>14th</u> Amendments, *quoting* 28 U.S.C.

---

[1] [A] suit may be brought to recover third party distributions (*e.g.,* <u>McDonald v. Williams</u>, 174 U.S. 397 (1899)).

NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 2

        ROSE HOWELL
        9504 N.E. 5th Street
        Vancouver, WA  98664
        (360) 953-0798

§3304(a)(2)(A-B) *and* 28 U.S.C. §3304(b)(1)(A) *and* 28 U.S.C. §3308, *quoting* 28 U.S.C. §2403, *quoting* the [doctrine of unconstitutional conditions], *and all those cited in the records* of the including, the U.S. COURT Of FEDERAL CLAIMS, No. 16-316C.

The wrongful transfers require 'immediate' RE-APPROPRIATION, *citing* the "Takings Clause" and "Just Compensation Clause" of the U.S. 5th Amendment, *quoting* 28 U.S.C. §1652, *quoting* RCW 48.31.151 and RCW 48.31B.060 [2], *quoting* 28 U.S.C. §2514, *quoting* 28 U.S.C. §2465, *quoting* 18 U.S.C. §981 (*e.g.,* civil forfeiture), *requiring the administration of* 28 U.S.C. §1651.

Dated this 16th day of May, 2017 in Vancouver, Washington

/s/ Rose Howell
Rosemarie Elizabeth Anne (nee' Vikara) Howell a/k/a Rose Howell
9504 N.E. 5th Street
Vancouver, WA. 98664
(360) 953-0798
rosie.howl@gmail.com

/////

/////

---

[2] United States v. Busher, 817 F.2d 1409, 1413 (9th Cir. 1987) ("[f]orfeiture is not limited to those assets of a RICO enterprise that are tainted by the use in connection with a racketeering activity, but rather extends to the person's entire interest in the enterprise"); United States v. BCCI Holdings (Luxembourg) S.A. (Petition of Pacific Bank), 956 F. Supp. 5, 12 (D.D.C. 1997) (even untainted property received by the enterprise after the racketeering had ceased is subject to forfeiture.....); United States v. Hosseini, 504 F. Supp. 2d 376, 381 (N.D. Ill. 2007) ("[f]orfeiture of the entire business interest is not disproportional under RICO, even though some business was legitimate); United States v. Corrado, 227 F.3d 543, 554-55 (6th Cir. 2000) ("all defendants" in a RICO case are jointly and severally liable "for the total amount" derived from the scheme.....).

NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 3

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA  98664
(360) 953-0798

## CERTIFICATE OF SERVICE

The undersigned, under the penalty of perjury of the laws of the State of Washington and the United States of America, hereby certifies that on 05/18/2017, this **NOTICE TO EXCLUDE** was deposited in the United States Mail, postage pre-paid, as follows:

1.) U.S. DISTRICT COURT
DISTRICT Of COLUMBIA
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

2.) PACER Fees Class Action Administrator
P.O. Box 43434
Providence, RI 02940-3434

3.) RICHARD QUINLAN, VP / Gen. Counsel
LIBERTY MUTUAL HOLDING CO., INC.
175 Berkeley Street
Boston, MA 02116

4.) The EXECUTIVE OFFICE
Office Of The Legal Adviser
600 19th Street, N.W.
Suite 5.600
Washington, D.C. 20522

Dated, this 18th day of May 2017.

Rose Howell
9504 NE 5th Street
Vancouver, WA 98664

/////

/////

/////

/////

NOTICE TO EXCLUDE w/ attached CERTIFICATE OF SERVICE - 4

ROSE HOWELL
9504 N.E. 5th Street
Vancouver, WA 98664
(360) 953-0798