IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE, for themselves
and all others similarly situated,
   *Plaintiffs*,

  v.

UNITED STATES OF AMERICA,
   *Defendant*.

Case No. 16-745 ESH

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of Elizabeth Smith, counsel for plaintiffs, has changed.

The new address and contact information is:

Motley Rice LLC

401 9th St. NW, Suite 1001

Washington, DC 20004

All other contact information remains unchanged.

Dated:  August 24, 2017      Respectfully submitted,

             *By: /s/ Elizabeth Smith*
             MOTLEY RICE LLC

             Elizabeth Smith
             esmith@motleyrice.com
             DC Bar No. 994263
             401 9th St. NW, Suite 1001
             Washington, DC 20004
             Telephone: 202-386-9627
             Facsimile: 202-232-5513

CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2017, I filed this notice of change of address through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

                                            By: */s/ Elizabeth Smith*
                                                  Elizabeth Smith