# EXHIBIT K

**Table A-2.1 Utilization of Electronic Public Access Receipts ($000)**

| Category | FY 2012 Actual | FY 2013 | FY 2014 |
|---|---:|---:|---:|
| Public Access Services | 12,089 | 22,610 | 20,587 |
| CM/ECF Development, Operations, and Maintenance | 26,399 | 38,512 | 51,930 |
| Courtroom Technology | 28,926 | 31,002 | 27,537 |
| Communications Infrastructure, Services, and Security | 26,581 | 30,880 | 40,136 |
| Electronic Bankruptcy Noticing | 13,789 | 12,845 | 12,615 |
| Allotments to the Courts | 10,617 | 14,098 | 34,477 |
| Web-based Juror Services | 745 | 2,665 | 4,003 |
| Violent Crime Control Act Notification | 1,031 | 682 | 475 |
| **TOTAL** | **120,177** | **153,294** | **191,760** |

Appendix 2.4