# EXHIBIT  L

Public Access and Records Management Division

AVAILABLE RESOURCES:

| | | | FY 2010<br>Actuals<br>YB |
|---|---|---|---|
| | Summary of Resources QTRLY Rprt | | |
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ | 34,381,874 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ | 102,511,199 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ | 516,534 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ | 187,118 |
| 5 | **Total Available Resources** | **$** | **137,596,725** |
| 6 | *PROGRAM REQUIREMENTS:* | | |
| 7 | **Public Access Services and Applications** | | |
| 8 | EPA Program (OXEEPAX) | $ | 18,768,552 |
| 9 | EPA Technology Infrastructure & Applications (OXEPTAX) | $ | - |
| 10 | EPA Replication (OXEPARX) | $ | - |
| 11 | **Public Access Services and Applications** | **$** | **18,768,552** |
| 12 | **Case Management/Electronic Case Files System** | | |
| 13 | Development and Implementation  (OXEECFP) | $ | 3,695,078 |
| 14 | Operations and Maintenance (OXEECFO) | $ | 15,536,212 |
| 15 | CM/ECF Futures (OXECMFD) | $ | 3,211,403 |
| 16 | Appellete Operational Forum (OXEAOPX)changed from OXEACAX | $ | 144,749 |
| 17 | District Operational Forum (OXEDCAX) | $ | 674,729 |
| 18 | Bankruptcy Operational Forum (OXEBCAX) | $ | 492,912 |
| 19 | **Subtotal, Case Management/Electronic Case Files System** | **$** | **23,755,083** |
| 20 | **Electronic Bankruptcy Noticing:** | | |
| 21 | Electronic Bankruptcy Noticing (OXEBNCO) | $ | 9,662,400 |
| 22 | **Subtotal, Electronic Bankruptcy Noticing** | **$** | **9,662,400** |
| 23 | **Telecommunications (PACER-Net & DCN)** | | |
| 24 | PACER-Net (OXENETV) | $ | 10,337,076 |
| 25 | DCN and Security Services (OXENETV) | $ | 13,847,748 |
| 26 | PACER-Net & DCN (OXDPANV) | $ | - |

| # | Item | | |
|---|------|---|---|
| 27 | Security Services (OXDSECV) | $ | - |
| 28 | **Subtotal, Telecommunications (PACER-Net & DCN)** | $ | **24,184,824** |
| 29 | **Court Allotments** | | |
| 30 | Court Staffing Additives(OXEEPAA) | $ | 228,373 |
| 31 | Court Allotments (OXEEPAA) [incl. in program areas prior to FY 09] | $ | 1,291,335 |
| 32 | CM/ECF Court Allotments (OXEECFA) | $ | 7,605,585 |
| 33 | Courts/AO Exchange Program (OXEXCEX) | $ | 303,527 |
| 34 | **Subtotal, Court  Allotments** | $ | **9,428,820** |
| 35 | **Total Program Requirements** | $ | **85,799,679** |
| 36 | *Congressional Priorities:* | | |
| 37 | **Victim Notification (Violent Crime Control Act)** | | |
| 38 | Violent Crime Control Act Notification (OXJVCCD & OXJVCCO) | $ | 332,876 |
| 39 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | **332,876** |
| 40 | **Web-based Juror Services** | | |
| 41 | Web Based E-Juror Services O&M (OXEJMEO) | $ | - |
| 42 | **Subtotal, Web-based Juror Services** | $ | - |
| 43 | **Courtroom Technology (OXHCRTO-3000)** | | |
| 44 | Courtroom Technology (OXHCRTO-3000) | $ | 24,731,665 |
| 45 | **Subtotal, Courtroom Technology Program** | $ | **24,731,665** |
| 46 | **State of Mississippi (OXEMSPX)** | | |
| 47 | State of Mississippi (OXEMSPX) | $ | 120,988 |
| 48 | **Subtotal, Mississippi State Courts** | $ | **120,988** |
| 49 | **Total Congressional Priorities** | $ | **25,185,529** |
| 50 | **Total Program & Congressional Priorities** | $ | 110,985,208 |
| 51 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | **26,611,517** |
| 52 | PACER FEE (OXEEPAC) Carry Forward | $ | 26,051,473 |
| 53 | PRINT FEE (OXEEPAP) Carry Forward | $ | - |
| 54 | **Total EPA Carry Forward** | $ | **26,051,473** |
| 55 | Total Print Fee Revenue | $ | 703,652 |
| 56 | Disbursed in (OXEEPAA) Allotments | $ | 143,608 |
| 57 | PRINT FEE (OXEEPAP) Carry Forward | $ | 560,044 |

Public Access and Records Management Division

AVAILABLE RESOURCES:

|  |  | FY 2011 Actuals YB |
|---|---|---|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ 26,051,473 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ 113,770,265 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ 560,044 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ 182,064 |
| 6 | Accounts Receivable 5114VA Previous Fiscal Year Carry Forward Revenue | $ - |
| 7 | Accounts Receivable 5114VA Current Fiscal Year Revenue | $ 6,717 |
| 8 | **Total Available Resources** | $ 140,570,563 |
| 9 | ***PROGRAM REQUIREMENTS:*** |  |
| 10 | **Public Access Services and Applications** |  |
| 12 | EPA Program (OXEEPAX) | $ 3,363,770 |
| 13 | EPA Technology Infrastructure & Applications (OXEPTAX) | $ 10,339,444 |
| 14 | EPA Replication (OXEPARX) | $ 4,318,690 |
| 15 | **Public Access Services and Applications** | $ 18,021,904 |
| 16 | **Case Management/Electronic Case Files System** |  |
| 18 | Development and Implementation  (OXEECFP) | $ 5,400,000 |
| 19 | CM/ECF Positions (OXEEPOX) |  |
| 20 | Operations and Maintenance (OXEECFO) | $ 11,154,753 |
| 21 | CM/ECF Futures (OXECMFD) | $ 4,582,423 |
| 22 | Appellete Operational Forum (OXEAOPX)changed from OXEACAX | $ 176,198 |
| 24 | District Operational Forum (OXEDCAX) | $ 705,054 |
| 25 | Bankruptcy Operational Forum (OXEBCAX) | $ 522,500 |
| 26 | **Subtotal, Case Management/Electronic Case Files System** | $ 22,540,928 |
| 27 | **Electronic Bankruptcy Noticing:** |  |
| 28 | Electronic Bankruptcy Noticing (OXEBNCO) | $ 11,904,000 |
| 30 | **Subtotal, Electronic Bankruptcy Noticing** | $ 11,904,000 |
| 31 | **Telecommunications (PACER-Net & DCN)** |  |
| 32 | PACER-Net (OXENETV) | $ 9,221,324 |
| 33 | DCN and Security Services (OXENETV) | $ 9,806,949 |
| 34 | PACER-Net & DCN (OXDPANV) | $ 4,147,390 |

| | | |
|---|---|---:|
| 36 | Security Services (OXDSECV) | $ 352,610 |
| 37 | **Subtotal, Telecommunications (PACER-Net & DCN)** | **$ 23,528,273** |
| 38 | **Court Allotments** | |
| 39 | Court Staffing Additives(OXEEPAA) | $ 468,954 |
| 40 | Court Allotments (OXEEPAA) [incl. in program areas prior to FY 09] | $ 1,403,091 |
| 42 | CM/ECF Court Allotments (OXEECFA) | $ 7,977,635 |
| 43 | Courts/AO Exchange Program (OXEXCEX) | $ 769,125 |
| 44 | **Subtotal, Court  Allotments** | **$ 10,618,805** |
| 45 | **Total Program Requirements** | **$ 86,613,911** |
| 46 | ***Congressional Priorities:*** | |
| 48 | **Victim Notification (Violent Crime Control Act)** | |
| 49 | Violent Crime Control Act Notification (OXJVCCD) | $ - |
| 50 | Violent Crime Control Act Notification (OXJVCCO) | $ 508,903 |
| 51 | **Subtotal, Victim Notification (Violent Crime Control Act)** | **$ 508,903** |
| 52 | **Web-based Juror Services** | |
| 54 | Web Based E-Juror Services O&M (OXEJMEO) | $ - |
| 55 | **Subtotal, Web-based Juror Services** | **$ -** |
| 56 | **Courtroom Technology (OXHCRTO-3000)** | |
| 57 | Courtroom Technology (OXHCRTO-3000) | $ 21,542,457 |
| 58 | Prospectus (OXHCTPD) | |
| 60 | Courtroom Technology OIT (OXDCRTO-3000) | |
| 61 | Courtroom Technology Program (OXDCTPD) | |
| 62 | **Subtotal, Courtroom Technology Program** | **$ 21,542,457** |
| 63 | **Total Congressional Priorities** | **$ 22,051,360** |
| 64 | **Total Program & Congressional Priorities** | **$ 108,665,271** |
| 66 | **Total EPA Carry Forward (Revenue less Disbursement)** | **$ 31,905,292** |
| 67 | PACER FEE (OXEEPAC) Carry Forward | $ 31,320,278 |
| 68 | PRINT FEE (OXEEPAP) Carry Forward | $ 585,015 |
| 69 | **Total EPA Carry Forward** | **$ 31,905,293** |
| 70 | Total Print Fee Revenue | $ 742,108 |
| 72 | Disbursed in (OXEEPAA) Allotments | $ 157,093 |
| 73 | PRINT FEE (OXEEPAP) Carry Forward | $ 585,015 |
| 73 | Accounts Receivable 5114VA Previous Year Carry Forward Revenue | $ 6,717 |
| 74 | Total 5114VA Revenue Carry Forward | |
| 65 | Total Print Fee Revenue | |

4

| 66 | Disbursed in (OPCEPAA) Allotments |
| 67 | PRINT FEE (OPCEPAP) Carry Forward |

**Public Access and Records Management Division**

**AVAILABLE RESOURCES:**

FY 2012

Actuals

| | | | |
|---|---|---|---|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ | 31,320,278 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ | 124,021,883 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ | 585,015 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ | 200,254 |
| 5 | Accounts Receivable 5114VA Current Fiscal Year Revenue | $ | 2,724 |
| | Technical adj slippage OXHCRTO TO OXDCTPD | $ | - |
| | Technical adj slippage OXHCRTO TO OXDCTPD | $ | - |
| | Technical adj USCA13BPAC009 $184.2 de-Ob booked Acct. Per. 01/2014 | $ | - |
| 6 | Understated correction OXEEPOX FY12 | $ | 343,236 |
| 7 | Travel correction OXEXCEX FY12 | $ | 382,169 |
| 8 | **Total Available Resources** | $ | 156,855,559 |
| 9 | *PROGRAM REQUIREMENTS:* | | |
| 10 | **Public Access Services** | | |
| 11 | EPA Program (OXEEPAX) | $ | 3,547,279 |
| 12 | EPA Technology Infrastructure & Applications (OXEPTAX) | $ | 5,389,870 |
| 13 | EPA Replication (OXEPARX) FY14 crosswalk to OXDPASX | $ | 3,151,927 |
| 14 | **Subtotal, Public Access Services** | $ | 12,089,076 |
| 15 | **Case Management/Electronic Case Files System** | | |
| 16 | Testing  (OXEECFP) | $ | 5,491,798 |
| 17 | CM/ECF Positions (OXEEPOX) | $ | 6,095,624 |
| 18 | Operations and Maintenance (OXEECFO) | $ | 8,006,727 |
| 19 | CM/ECF Next Gen. (OXECMFD) | $ | 5,291,223 |
| 20 | Next Gen. OXECMFD FY14 crosswalk to CM/ECF OXDCMSX - SDSD | $ | - |
| 21 | Appellete Operational Forum (OXEAOPX) | $ | 164,255 |
| 22 | District Operational Forum (OXEDCAX) | $ | 817,706 |
| 23 | Bankruptcy Operational Forum (OXEBCAX) | $ | 531,162 |
| 24 | **Subtotal, Case Management/Electronic Case Files System** | $ | 26,398,495 |
| 25 | **Electronic Bankruptcy Noticing:** | | |

6

| | | | |
|---|---|---|---:|
| 26 | Electronic Bankruptcy Noticing (OXEBNCO) | $ | 13,789,000 |
| 27 | **Subtotal, Electronic Bankruptcy Noticing** | $ | **13,789,000** |
| 28 | **Comm. Infrastructure, Services and Security** | | |
| 29 | PACER Net DCN OXDPANV | $ | 22,128,423 |
| 30 | Security Services OXDSECV | $ | 4,452,572 |
| 31 | **Subtotal, Comm. Infrastruture, Services and Security** | $ | **26,580,994** |
| 32 | **Court Allotments** | | |
| 33 | Court Staffing Additives/Allotments(OXEEPAA) | $ | 1,662,967 |
| 34 | CM/ECF Court Allotments (OXEECFA) | $ | 8,063,870 |
| 35 | Courts/AO Exchange Program (OXEXCEX) | $ | 890,405 |
| 36 | **Subtotal, Court  Allotments** | $ | **10,617,242** |
| 37 | **Total Program Requirements** | $ | **89,474,807** |
| 38 | ***Congressional Priorities:*** | | |
| 39 | **Victim Notification (Violent Crime Control Act)** | | |
| 40 | Violent Crime Control Act Notification (OXJVCCD) | $ | 480,666 |
| 41 | Violent Crime Control Act Notification (OXJVCCO) | $ | 550,256 |
| 42 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | **1,030,922** |
| 43 | **Web-based Juror Services** | | |
| 44 | Web-based Juror Services (OXEJMSD) | $ | - |
| 45 | Web based Ejuror Services O&M (OXEJMEO) | $ | 744,801 |
| 46 | **Subtotal, Web-based Juror Services** | $ | **744,801** |
| 47 | **Courtroom Technology (OXDCRTO-3000)** | | |
| 48 | Courtroom Technology (OXHCRTO-3000) | $ | 25,122,739 |
| 49 | Courtroom Technology Program  (OXHCTPD) | $ | 3,803,497 |
| 50 | Courtroom Technology OIT (OXDCRTO) | $ | - |
| 51 | Courtroom Technology Program (OXDCTPD) | $ | - |
| 52 | **Subtotal, Courtroom Technology Program** | $ | **28,926,236** |
| 53 | **State of Mississippi (OXEMSPX)** | | |
| 54 | State of Mississippi (OXEMSPX) | $ | - |
| 55 | **Subtotal, Mississippi State Courts** | $ | **-** |
| 56 | **Total Congressional Priorities** | $ | **30,701,959** |
| 57 | **Total Program & Congressional Priorities** | $ | **120,176,766** |
| 58 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | **36,678,793** |

| 59 | PACER FEE (OXEEPAC) Carry Forward | $ | 36,049,102 |
|---|---|---|---|
| 60 | PRINT FEE (OXEEPAP) Carry Forward | $ | 629,691 |
| 61 | **Total EPA Carry Forward** | **$** | **36,678,793** |
| 62 | Total Print Fee Revenue | $ | 785,269 |
| 63 | Disbursed in (OXEEPAA) Allotments | $ | 155,578 |
| 64 | PRINT FEE (OXEEPAP) Carry Forward | $ | 629,691 |

8

| | Court Services - Electronic Public Access Policy & Program | DO NOT EDIT ACTUALS FY 2013 Actuals |
|---|---|---|
| | AVAILABLE RESOURCES: | |
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ 36,049,102 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ 147,469,581 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ 629,691 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ 174,450 |
| 5 | Accounts Receivable 5114VA Current Fiscal Year Revenue | $ 6,887 |
| 6 | Adjustments | $ (1,231,137) |
| 7 | ** FY12 slippage OXHCRTO to OXDCTPD | $ - |
| 8 | **Technical Adj. to return de-obligated funds booked to FY14 | $ - |
| 9 | * FY2012 Understated correction in OXEEPOX not charged by OIS | $ - |
| 10 | *FY2012 Travel correction Zachary Porianda not charged to OXEXCEX | $ - |
| 11 | **Total Available Resources** | $ 183,098,574 |
| 12 | *PROGRAM REQUIREMENTS:* | |
| 13 | **Public Access Services** | |
| 14 | EPA Program (OPCEPAX) | $ 4,652,972 |
| 15 | EPA - Electronic Public Access (SDSD) (OTSEPAX) | |
| 16 | EPA US Courts.gov Web Support OPAF (OXAEPAX) | $ - |
| 17 | EPA Technology Infrastructure & Applications (OTSPTAX) | $ 5,139,947 |
| 18 | EPA Replication (OXEPARX) | $ 10,462,534 |
| 19 | EPA CTHD SDSD (OTHPASX) | $ - |
| 20 | **Subtotal, Public Access Services** | $ 20,255,453 |
| 21 | **Case Management/Electronic Case Files System** | |
| 22 | Testing (OXEECFP) FY14 cross walk to OXDCMSX | $ 4,492,800 |
| 23 | CM/ECF Positions (OPCEPOX) | $ 7,272,337 |
| 24 | CM/ECF Positions (OPTEPOX) | |
| 25 | Operations & Maint. (OPTECFO) | $ 6,091,633 |

| | | | |
|---|---|---|---:|
| 26 | CM/ECF Next Gen. (OPCCMFD) | $ | 13,416,708 |
| 27 | CM/ECF Next Gen. (OPTCMFD) | | |
| 28 | EPA: Next Gen & legacy CM/ECF Training (OTSCMCX) | | |
| 29 | EPA: Enterprise Messaging (OTSCMEX) | | |
| 30 | EPA - CM/ECF SDSD (OTSCMSX) | $ | - |
| 31 | EPA: Testing (OTSCMTX) | | |
| 32 | EPA - CM/ECF (CTHD) (OTHCMSX) | | |
| 33 | EPA - Enterprise Data Warehouse - O&M (OPAEDXO) | | |
| 34 | CSO Combined Forum OPCOPSX | $ | - |
| 35 | District Court Forum (OXEDCAX) | $ | 800,000 |
| 36 | Bank. Court (OXEBCAX) | $ | 52,000 |
| 37 | **Subtotal, Case Management/Electronic Case Files System** | $ | **32,125,478** |
| 38 | **Electronic Bankruptcy Noticing:** | | |
| 39 | Electronic Bankruptcy Noticing (OPCBNCO) | $ | 12,845,156 |
| 40 | **Subtotal, Electronic Bankruptcy Noticing** | $ | **12,845,156** |
| 41 | **Comm. Infrastructure, Services and Security** | | |
| 42 | PACER Net DCN (OTIPANV) | $ | 23,205,057 |
| 43 | Security Services (OTRSECV) | $ | 4,295,654 |
| 44 | **Subtotal, Comm. Infrastruture, Services and Security** | $ | **27,500,711** |
| 45 | **Court Allotments** | | |
| 46 | Court Staffing Additives/Allotments(OPCEPAA) | $ | 2,262,193 |
| 47 | CM/ECF Court Allotments (OPCECFA) | $ | 12,912,897 |
| 48 | Courts/AO Exchange Program (OPCXCEX) | $ | 578,941 |
| 49 | Courts/AO Exchange Program (OPTXCEX) | | |
| 50 | **Subtotal, Court  Allotments** | $ | **15,754,031** |
| 51 | **Total Program Requirements** | $ | **108,480,829** |
| 52 | ***Congressional Priorities:*** | | |
| 53 | **Victim Notification (Violent Crime Control Act)** | | |
| 54 | Violent Crime Control Act Notification (OPTVCCD) | $ | 254,548 |
| 55 | Violent Crime Control Act Notification (OPTVCCO) | $ | 427,124 |

| | | | |
|---|---|---|---|
| 56 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | 681,672 |
| 57 | **Web-based Juror Services** | | |
| 52 | Web-based Juror Services (OXEJMSD) | $ | |
| 58 | Web based Ejuror Ser. O&M (OPCJMEO) | $ | 2,646,708 |
| 59 | **Subtotal, Web-based Juror Services** | $ | 2,646,708 |
| 60 | **Courtroom Technology (OXDCRTO-3000)** | | |
| 56 | Courtroom Technology (OXHCRTO-3000) | $ | |
| 57 | Courtroom Technology Program  (OXHCTPD) | $ | |
| 61 | Courtroom Technology OIT (OTICRTO) | $ | 24,835,203 |
| 62 | Courtroom Technology OIT (OTTCRTO) | | |
| 63 | Courtroom Technology Program (OTICTPD) | $ | 6,695,113 |
| 64 | **Subtotal, Courtroom Technology Program** | $ | 31,530,316 |
| 61 | **State of Mississippi (OXEMSPX)** | | |
| 62 | State of Mississippi (OXEMSPX) | $ | |
| 63 | **Subtotal, Mississippi State Courts** | $ | - |
| 65 | **Total Congressional Priorities** | $ | 34,858,696 |
| 66 | **Total Program & Congressional Priorities** | $ | 143,339,525 |
| 67 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | 39,759,049 |
| 68 | PACER FEE (OPCEPAC) Carry Forward | $ | 39,094,163 |
| 69 | PRINT FEE (OPCEPAP) Carry Forward | $ | 664,886 |
| 70 | **Total EPA Carry Forward** | $ | 39,759,049 |
| 71 | Total Print Fee Revenue | $ | 804,141 |
| 72 | Disbursed in (OPCEPAA) Allotments | $ | 139,255 |
| 73 | PRINT FEE (OPCEPAP) Carry Forward | $ | 664,886 |

11

**Court Services - Electronic Public Access Policy & Program**
**AVAILABLE RESOURCES:**

**DO NOT EDIT**
**ACTUALS**
**FY 2014**
**ACTUALS**

| # | | | |
|---|---|---|---|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ | 39,094,163 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ | 144,612,517 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ | 664,886 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ | 177,647 |
| 5 | Accounts Receivable 5114VA Current Fiscal Year Revenue | $ | 386 |
| 6 | Adjustments | $ | 828,105 |
| 7 | **Total Available Resources** | **$** | **185,377,704** |
| 8 | ***PROGRAM REQUIREMENTS:*** | | |
| 9 | **Public Access Services** | | |
| 10 | EPA Program (OPCEPAX) | $ | 4,262,398 |
| 11 | EPA - Electronic Public Access (SDSD) (OTSEPAX) | $ | 667,341 |
| 12 | EPA US Courts.gov Web Support OPAF (OXAEPAX) | | |
| 13 | EPA Technology Infrastructure & Applications (OTSPTAX) | $ | 6,202,122 |
| 14 | EPA CTHD SDSD (OTHPASX) | $ | 4,367,846 |
| 15 | **Subtotal, Public Access Services** | **$** | **15,499,707** |
| 16 | **Case Management/Electronic Case Files System** | | |
| 17 | CM/ECF Positions (OPTEPOX) | $ | 8,210,918 |
| 18 | CM/ECF Next Gen. (OPCCMFD) | $ | 7,925,183 |
| 19 | CM/ECF Next Gen. (OPTCMFD) | | |
| 20 | EPA: Next Gen & legacy CM/ECF Training (OTSCMCX) | | |
| 21 | EPA: Enterprise Messaging (OTSCMEX) | | |
| 22 | EPA - CM/ECF SDSD (OTSCMSX) | $ | 12,938,052 |
| 23 | EPA: Testing (OTSCMTX) | | |
| 24 | EPA - CM/ECF (CTHD) (OTHCMSX) | $ | 6,640,397 |
| 25 | EPA - Enterprise Data Warehouse - O&M (OPAEDXO) | $ | 3,328,417 |
| 26 | CSO Combined Forum OPCOPSX | $ | 75,000 |
| 27 | **Subtotal, Case Management/Electronic Case Files System** | **$** | **39,246,201** |
| 28 | **Electronic Bankruptcy Noticing:** | | |
| 29 | Electronic Bankruptcy Noticing (OPCBNCO) | $ | 10,005,284 |
| 30 | **Subtotal, Electronic Bankruptcy Noticing** | **$** | **10,005,284** |
| 31 | **Comm. Infrastructure, Services and Security** | | |
| 32 | PACER Net DCN (OTIPANV) | $ | 33,022,253 |
| 33 | Security Services (OTRSECV) | $ | 5,288,226 |
| 34 | **Subtotal, Comm. Infrastruture, Services and Security** | **$** | **38,310,479** |
| 35 | **Court Allotments** | | |
| 36 | Court Staffing Additives/Allotments(OPCEPAA) | $ | 2,688,616 |
| 37 | CM/ECF Court Allotments (OPCECFA) | $ | 7,698,248 |
| 38 | Courts/AO Exchange Program (OPCXCEX) | $ | 367,441 |
| 39 | Courts/AO Exchange Program (OPTXCEX) | | |
| 40 | **Subtotal, Court  Allotments** | **$** | **10,754,305** |
| 41 | **Total Program Requirements** | **$** | **113,815,976** |
| 42 | ***Congressional Priorities:*** | | |
| 43 | **Victim Notification (Violent Crime Control Act)** | | |

| | | | |
|---|---|---|---|
| 44 | Violent Crime Control Act Notification (OPTVCCD) | $ | - |
| 45 | Violent Crime Control Act Notification (OPTVCCO) | $ | 474,673 |
| 46 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | **474,673** |
| 47 | **Web-based Juror Services** | | |
| 48 | Web based Ejuror Ser. O&M (OPCJMEO) | $ | 2,450,096 |
| 49 | **Subtotal, Web-based Juror Services** | $ | **2,450,096** |
| 50 | **Courtroom Technology (OXDCRTO-3000)** | | |
| 51 | Courtroom Technology OIT (OTICRTO) | $ | 24,843,380 |
| 52 | Courtroom Technology OIT (OTTCRTO) | | |
| 53 | Courtroom Technology Program (OTICTPD) | $ | 1,220,959 |
| 54 | **Subtotal, Courtroom Technology Program** | $ | **26,064,339** |
| 55 | **Total Congressional Priorities** | $ | **28,989,108** |
| 56 | **Total Program & Congressional Priorities** | $ | **142,805,084** |
| 57 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | **42,572,620** |
| 58 | PACER FEE (OPCEPAC) Carry Forward | $ | 41,876,991 |
| 59 | PRINT FEE (OPCEPAP) Carry Forward | $ | 695,629 |
| 60 | **Total EPA Carry Forward** | $ | **42,572,620** |
| 61 | Total Print Fee Revenue | $ | 842,533 |
| 62 | Disbursed in (OPCEPAA) Allotments | $ | 146,904 |
| 63 | PRINT FEE (OPCEPAP) Carry Forward | $ | 695,629 |
| 64 | **Total EPA Carry Forward** | $ | **40,972,961** |
| 65 | Total Print Fee Revenue | $ | 869,268 |
| 66 | Disbursed in (OPCEPAA) Allotments | $ | 151,160 |
| 67 | PRINT FEE (OPCEPAP) Carry Forward | $ | 718,108 |

13

Date Printed: 5/10/2017

| Court Services - Electronic Public Access Policy & Program  AVAILABLE RESOURCES: | DO NOT EDIT  ACTUALS  FY 2015  ACTUALS |
|---|---|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ 41,876,991 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ 144,911,779 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ 695,629 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ 173,639 |
| 5 | Accounts Receivable 5114VA Current Fiscal Year Revenue | $ - |
| 6 | Prior Year Recoveries | $ 1,037,667 |
| 7 | Anticipated Lapse of Decentralized EPA Allotments | |
| 8 | EPA Returned/Exchanged Funds | |
| 9 | **Total Available Resources** | **$ 188,695,705** |
| 10 | ***PROGRAM REQUIREMENTS:*** | |
| 11 | **Public Access Services** | |
| 12 | EPA Program (OPCEPAX) | $ 2,575,977 |
| 13 | EPA Product Improvement (OPTEPIX) | |
| 14 | EPA Reimbursables - Salaries (OPCEPAR) | |
| 15 | EPA - Electronic Public Access (SDSD) (OTSEPAX) | $ 642,160 |
| 16 | EPA US Courts.gov Web Support OPAF (OXAEPAX) | $ 1,295,509 |
| 17 | EPA Technology Infrastructure & Applications (OTSPTAX) | $ 3,345,593 |
| 18 | EPA Information Technology Support (OTSTESX) | |
| 19 | EPA CTHD SDSD (OTHPASX) | $ 13,567,318 |
| 20 | **Subtotal, Public Access Services** | **$ 21,426,557** |
| 21 | **Case Management/Electronic Case Files System** | |
| 22 | CM/ECF Positions (OPTEPOR) | $ 6,622,167 |
| 23 | CM/ECF Next Gen. (OPCCMFD) | $ 108,513 |
| 24 | CM/ECF Implementation (OPCCMID) | |
| 25 | CM/ECF Next Gen. (OPTCMFD) | $ 10,169,819 |
| 26 | CM/ECF Technical Assessment (OTTEPAX) | |
| 27 | EPA: Next Gen & legacy CM/ECF Training (OTSCMCX) | $ 1,727,563 |

Date Printed: 5/10/2017

| | | | |
|---|---|---|---:|
| 28 | EPA: Enterprise Messaging (OTSCMEX) | $ | 2,730,585 |
| 29 | EPA - CM/ECF SDSD (OTSCMSX) | $ | 3,336,570 |
| 30 | EPA: Testing (OTSCMTX) | $ | 4,574,158 |
| 31 | EPA - Enterprise Data Warehouse - O&M (OPAEDXO) | $ | 3,244,352 |
| 32 | CSO Combined Forum OPCOPSX | $ | 1,680,128 |
| 33 | **Subtotal, Case Management/Electronic Case Files System** | $ | **34,193,855** |
| 34 | **Electronic Bankruptcy Noticing** | | |
| 35 | Electronic Bankruptcy Noticing (OPCBNCO) | $ | 8,090,628 |
| 36 | **Subtotal, Electronic Bankruptcy Noticing** | $ | **8,090,628** |
| 37 | **Comm. Infrastructure, Services and Security** | | |
| 38 | PACER Net DCN (OTIPANV) | $ | 36,035,687 |
| 39 | Security Services (OTRSECV) | $ | 7,378,502 |
| 40 | **Subtotal, Comm. Infrastruture, Services and Security** | $ | **43,414,189** |
| 41 | **Court Allotments** | | |
| 42 | Court Staffing Additives/Allotments(OPCEPAA) | $ | 1,064,956 |
| 43 | CM/ECF Court Allotments (OPCECFA) | $ | 7,964,723 |
| 44 | Courts/AO Exchange Program (OPTXCEX) | $ | 1,343,999 |
| 45 | **Subtotal, Court Allotments** | $ | **11,059,019** |
| 46 | **Total Program Requirements** | $ | **118,184,248** |
| 47 | ***Congressional Priorities:*** | | |
| 48 | **Victim Notification (Violent Crime Control Act)** | | |
| 49 | Violent Crime Control Act Notification (OPTVCCO) | $ | 508,433 |
| 50 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | **508,433** |
| 51 | **Web-based Juror Services** | | |
| 52 | Web based Ejuror Ser. O&M (OPCJMEO) | $ | 1,646,738 |
| 53 | **Subtotal, Web-based Juror Services** | $ | **1,646,738** |
| 54 | **Courtroom Technology (OXDCRTO-3000)** | | |
| 55 | Courtroom Technology OIT (OTICRTO) | $ | - |
| 56 | Courtroom Technology OIT (OTTCRTO) | $ | 24,799,997 |
| 57 | Courtroom Technology Program (OTICTPD) | $ | 2,583,328 |
| 58 | **Subtotal, Courtroom Technology Program** | $ | **27,383,325** |
| 59 | **Total Congressional Priorities** | $ | **29,538,496** |

| | | | |
|---|---|---|---|
| 60 | **Total Program & Congressional Priorities** | $ | **147,722,744** |
| 61 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | **40,972,961** |
| 62 | PACER FEE (OPCEPAC) Carry Forward | $ | 40,254,853 |
| 63 | PRINT FEE (OPCEPAP) Carry Forward | $ | 718,108 |
| 64 | **Total EPA Carry Forward** | $ | **40,972,961** |
| 65 | Total Print Fee Revenue | $ | 869,268 |
| 66 | Disbursed in (OPCEPAA) Allotments | $ | 151,160 |
| 67 | PRINT FEE (OPCEPAP) Carry Forward | $ | 718,108 |

Date Printed: 5/10/2017

**Court Services - Electronic Public Access Policy & Program**

**AVAILABLE RESOURCES:**

DO NOT EDIT

ACTUALS

FY 2016

ACTUALS

| # | | | |
|---|---|---|---|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ | 40,254,853 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ | 146,421,679 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ | 718,108 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ | 197,077 |
| 5 | Accounts Receivable 5114VA Current Fiscal Year Revenue | $ | - |
| 6 | Prior Year Recoveries | $ | 7,485,659 |
| 7 | Anticipated Lapse of Decentralized EPA Allotments | $ | - |
| 8 | EPA Returned/Exchanged Funds | $ | - |
| 9 | **Total Available Resources** | $ | **195,077,376** |
| 10 | *PROGRAM REQUIREMENTS:* | | |
| 11 | **Public Access Services** | | |
| 12 | EPA Program (OPCEPAX) | $ | 748,495 |
| 13 | EPA Product Improvement (OPTEPIX) | $ | 678,400 |
| 14 | EPA Reimbursables - Salaries (OPCEPAR) | $ | 2,046,473 |
| 15 | EPA - Electronic Public Access (SDSD) (OTSEPAX) | $ | 2,443,614 |
| 16 | EPA US Courts.gov Web Support OPAF (OXAEPAX) | $ | 1,241,031 |
| 17 | EPA Technology Infrastructure & Applications (OTSPTAX) | $ | 6,282,055 |
| 18 | EPA Information Technology Support (OTSTESX) | $ | 67,605 |
| 19 | EPA CTHD SDSD (OTHPASX) | $ | 10,364,682 |
| 20 | **Subtotal, Public Access Services** | $ | **23,872,355** |
| 21 | **Case Management/Electronic Case Files System** | $ | - |
| 22 | CM/ECF Positions (OPTEPOR) | $ | 6,290,854 |
| 23 | CM/ECF Next Gen. (OPCCMFD) | $ | 134,093 |
| 24 | CM/ECF Implementation (OPCCMID) | $ | 635,520 |
| 25 | CM/ECF Next Gen. (OPTCMFD) | $ | 11,415,754 |

Date Printed: 5/10/2017

| # | | |
|---|---|---|
| 26 | CM/ECF Technical Assessment (OTTEPAX) | $ 1,649,068 |
| 27 | EPA: Next Gen & legacy CM/ECF Training (OTSCMCX) | $ 1,786,404 |
| 28 | EPA: Enterprise Messaging (OTSCMEX) | $ 3,785,177 |
| 29 | EPA - CM/ECF SDSD (OTSCMSX) | $ 2,422,404 |
| 30 | EPA: Testing (OTSCMTX) | $ 6,182,547 |
| 31 | EPA - Enterprise Data Warehouse - O&M (OPAEDXO) | $ 3,645,631 |
| 32 | CSO Combined Forum OPCOPSX | $ 1,798,503 |
| 33 | **Subtotal, Case Management/Electronic Case Files System** | **$ 39,745,955** |
| 34 | **Electronic Bankruptcy Noticing** | $ - |
| 35 | Electronic Bankruptcy Noticing (OPCBNCO) | $ 7,069,408 |
| 36 | **Subtotal, Electronic Bankruptcy Noticing** | **$ 7,069,408** |
| 37 | **Comm. Infrastructure, Services and Security** | $ - |
| 38 | PACER Net DCN (OTIPANV) | $ 36,577,995 |
| 39 | Security Services (OTRSECV) | $ 9,344,081 |
| 40 | **Subtotal, Comm. Infrastruture, Services and Security** | **$ 45,922,076** |
| 41 | **Court Allotments** | $ - |
| 42 | Court Staffing Additives/Allotments(OPCEPAA) | $ (346,799) |
| 43 | CM/ECF Court Allotments (OPCECFA) | $ 6,588,999 |
| 44 | Courts/AO Exchange Program (OPTXCEX) | $ 1,069,823 |
| 45 | **Subtotal, Court  Allotments** | **$ 7,312,023** |
| 46 | **Total Program Requirements** | **$ 123,921,817** |
| 47 | ***Congressional Priorities:*** | $ - |
| 48 | **Victim Notification (Violent Crime Control Act)** | |
| 49 | Violent Crime Control Act Notification (OPTVCCO) | $ 113,500 |
| 50 | **Subtotal, Victim Notification (Violent Crime Control Act)** | **$ 113,500** |
| 51 | **Web-based Juror Services** | |
| 52 | Web based Ejuror Ser. O&M (OPCJMEO) | $ 1,955,285 |
| 53 | **Subtotal, Web-based Juror Services** | **$ 1,955,285** |
| 54 | **Courtroom Technology (OXDCRTO-3000)** | |
| 55 | Courtroom Technology OIT (OTICRTO) | $ - |

18

Date Printed: 5/10/2017

| 56 | Courtroom Technology OIT (OTTCRTO) | $ | 18,759,887 |
|----|-----|----|----|
| 57 | Courtroom Technology Program (OTICTPD) | $ | 6,063,645 |
| 58 | **Subtotal, Courtroom Technology Program** | **$** | **24,823,532** |
| 59 | **Total Congressional Priorities** | **$** | **26,892,317** |
| 60 | **Total Program & Congressional Priorities** | **$** | **150,814,134** |
| 61 | **Total EPA Carry Forward (Revenue less Disbursement)** | **$** | **44,263,242** |
| 62 | PACER FEE (OPCEPAC) Carry Forward | $ | 43,499,203 |
| 63 | PRINT FEE (OPCEPAP) Carry Forward | $ | 764,039 |
| 64 | **Total EPA Carry Forward** | **$** | **44,263,242** |
| 65 | Total Print Fee Revenue | $ | 915,185 |
| 66 | Disbursed in (OPCEPAA) Allotments | $ | 151,146 |
| 67 | PRINT FEE (OPCEPAP) Carry Forward | $ | 764,039 |

19