**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 16-745 (ESH) |

**[PROPOSED] ORDER GRANTING MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 17 MEDIA ORGANIZATIONS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

THIS MATTER came before the court on the motion of the Reporters Committee for Freedom of the Press and 17 Media Organizations ("News Media Movants") for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion for summary judgment.

The Court, having considered the motion and any opposition, HEREBY ORDERS that the News Media Movants' motion for leave to file a brief as *amicus curiae* is GRANTED.

DATED this _____ day of _____, 2017.

_____
The Honorable Ellen Segal Huvelle

Presented by:

Reporters Committee for Freedom of the Press
and 17 Media Organizations


/s/ Bruce D. Brown
Bruce D. Brown (D.C. Bar No. 457317)
THE REPORTERS COMMITTEE
   FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: 202.795.9303
Email: bbrown@rcfp.org
*Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, the foregoing document was filed electronically with the Clerk of the Court through the Court's CM/ECF system, which will automatically serve all counsel of record.

Dated: September 5, 2017 　　　　　　　　　　　/s/ *Bruce D. Brown*
　　　　　　　　　　　　　　　　　　　　　　　Bruce D. Brown (D.C. Bar No. 457317)
　　　　　　　　　　　　　　　　　　　　　　　THE REPORTERS COMMITTEE
　　　　　　　　　　　　　　　　　　　　　　　　　FOR FREEDOM OF THE PRESS
　　　　　　　　　　　　　　　　　　　　　　　1156 15th St. NW, Ste. 1250
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 202.795.9303
　　　　　　　　　　　　　　　　　　　　　　　Email: bbrown@rcfp.org
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae*