**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 16-745 (ESH) |

**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for *amici curiae*, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of *amici curiae* which have outstanding securities in the hands of the public.

The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

American Society of News Editors is a private, non-stock corporation that has no parent.

The Associated Press Media Editors has no parent corporation and does not issue any stock.

Association of Alternative Newsmedia has no parent corporation and does not issue any stock.

The Center for Investigative Reporting is a California non-profit public benefit corporation that is tax-exempt under section 501(c)(3) of the Internal Revenue Code. It has no statutory members and no stock.

First Amendment Coalition is a nonprofit organization with no parent company. It issues no stock and does not own any of the parties' or amicus' stock.

First Look Media Works, Inc. is a non-profit non-stock corporation organized under the laws of Delaware. No publicly-held corporation holds an interest of 10% or more in First Look Media Works, Inc.

The International Documentary Association is an not-for-profit organization with no parent corporation and no stock.

The Investigative Reporting Workshop is a privately funded, nonprofit news organization affiliated with the American University School of Communication in Washington. It issues no stock.

The Media Consortium has no parent corporation and no stock.

MPA - The Association of Magazine Media has no parent companies, and no publicly held company owns more than 10% of its stock.

National Press Photographers Association is a 501(c)(6) nonprofit organization with no parent company. It issues no stock and does not own any of the party's or amicus' stock.

Online News Association is a not-for-profit organization. It has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Radio Television Digital News Association is a nonprofit organization that has no parent company and issues no stock.

Reporters Without Borders is a nonprofit association with no parent corporation.

The Seattle Times Company: The McClatchy Company owns 49.5% of the voting common stock and 70.6% of the nonvoting common stock of The Seattle Times Company.

Society of Professional Journalists is a non-stock corporation with no parent company.

The Tully Center for Free Speech is a subsidiary of Syracuse University.

Dated: September 5, 2017    /s/ *Bruce D. Brown*
　　　　　　　　　　　　　　Bruce D. Brown (D.C. Bar No. 457317)
　　　　　　　　　　　　　　*Counsel for Amici Curiae*
　　　　　　　　　　　　　　THE REPORTERS COMMITTEE
　　　　　　　　　　　　　　　　FOR FREEDOM OF THE PRESS
　　　　　　　　　　　　　　1156 15th St. NW, Suite 1250
　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　Telephone: (202) 795-9300
　　　　　　　　　　　　　　Facsimile: (202) 795-9310
　　　　　　　　　　　　　　Email: bbrown@rcfp.org

## CERTIFICATE OF SERVICE

     I hereby certify that on September 5, 2017, I electronically filed the foregoing document with United States Court for the District of Columbia by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF filers and that they will be served through the CM/ECF system to parties.

Dated: September 5, 2017

/s/ Bruce D. Brown
*Counsel for Amici Curiae*