AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   16-745-ESH |
| UNITED STATES OF AMERICA ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed amici curiae the American Assiciation of Law Libraries, et al.

Date:   09/05/2017

*Attorney's signature*

Sasha Samberg-Champion (DC Bar No. 1026113)
*Printed name and bar number*

Relman, Dane & Colfax, PLLC
1225 19th St. N.W., Suite 600
Washington, D.C. 20036

*Address*

ssamberg-champion@relmanlaw.com
*E-mail address*

(202) 728-1888
*Telephone number*

(202) 728-0848
*FAX number*