**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 16-745-ESH |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF AND PROPOSED *AMICI CURIAE* BRIEF OF THE AMERICAN ASSOCIATION OF LAW LIBRARIES, *ET AL.* IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

　　THIS MATTER came before the Court on the motion of the American Association of Law Libraries, *et al.* for leave to file a brief as *amici curiae* in support of Plaintiffs' motion for summary judgment.

　　The Court, having considered the motion and any opposition, HEREBY ORDERS that the motion for leave to file a brief as *amici curiae* is GRANTED.

　　DATED this _____ day of _____, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Ellen Segal Huvelle

Presented by:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sasha Samberg-Champion
　　　　　　　　　　　　　　　　　　　　　　　Sasha Samberg-Champion
　　　　　　　　　　　　　　　　　　　　　　　(DC Bar No. 1026113)
　　　　　　　　　　　　　　　　　　　　　　　Stephen M. Dane

2

(DC Bar No. 982046)
RELMAN, DANE & COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
ssamberg-champion@relmanlaw.com
Counsel for *Amici Curiae*