## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 16-745 (ESH) |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF SENATOR JOSEPH LIEBERMAN AND CONGRESSMAN DARRELL ISSA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

THIS MATTER came before the court on the motion of Senator Joseph Lieberman and Congressman Darrell Issa for leave to file a brief as *amici curiae* in support of Plaintiffs' motion for summary judgment. The Court, having considered the motion and any opposition, HEREBY ORDERS that the motion for leave to file a brief as *amici curiae* is GRANTED.

DATED this _____ day of _____, 2017.

_____
The Honorable Ellen Segal Huvelle