UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR, for themselves and all others similarly situated<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-cv-745 (ESH) |

## ORDER

Before the Court is Petitioner's Verified Motion for Free Access to PACER Until Final Disposition of this Case, ECF No. 64.  Plaintiffs have filed a response, ECF No. 65, indicating that class counsel will provide free access to all filings in this litigation at http://pacerfeesclassaction.com/, under the "Court Documents" tab.  Accordingly, it is hereby

**ORDERED** that class member Don Kozich's motion is **DENIED** as moot.


/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 2, 2017