UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al
    Plaintiffs

v.

UNITED STATES OF AMERICA
    Defendant(s)

CASE NO. 16-745-ESH
J: Ellen Huvelle

-------------------------------

# PETITIONER'S MOTION FOR CLARIFICATION OF SEPTEMBER 13, 2017 MINUTE ORDER GRANTING [DE53, 55, 56] MOVANTS' MOTIONS FOR LEAVE TO FILE BRIEFS AS AMICUS CURIAE

COMES NOW, the Petitioner, Don Kozich (Kozich), who files this Motion for Clarification of September 13, 2017 Minute Order Granting [DE53, 55, 56] Movants' Motions for Leave to File Briefs as Amicus Curiae, and further states:

**1.** First, Kozich extends kudos to Plaintiffs and especially Plaintiffs" attorney, Mr. William Tinkler of Motley Rice LLC, for taking quick action in posting and maintaining the court docket and case docket entries on its class website so as to enable interested persons and the public access to the status of this case which is of great public importance, and until the final disposition of this case.

**2.** On July 17, 2017 Kozich, as a Limited Class Member and Amicus (Friend of Court), filed his Motion for Leave to File Amicus Curiae Qualifying Complaint and Settlement and to Appear Telephonically at the Next Relevant Hearing [DE49] which apparently is still pending before this court.


RECEIVED
OCT 10 2017

**3.** Kozich says "apparently pending" because on September 13, 2017 the court entered a MINUTE ORDER granting [DE53, 55, 56] Movants' Motions for Leave to File Briefs as Amicus Curiae a copy of which the Clerk had mailed to Kozich. However in a subsequent phone conversation the Clerk confirmed that Kozich's Motion [DE49] was not included in the Court's September 13, 2017 Minute Order and is still pending before the court.

4. As the Court's September 13, 2017 MINUTE Order did not specifically address Kozich's Motion [DE49], Kozich's requests an omnibus order also granting Kozich leave to file a brief as amicus curiae.

5. Kozich also requests leave to serve his amicus curiae brief 10 days after the Plaintiffs' file their Reply to Defendant's Response to Plaintiffs' Motion for Summary Judgment as to Liability [DE52]. <u>See reference,</u> September 14, 2017 MINUTE ORDER.

**WHEREFORE**, Kozich respectfully requests an order of court,

1. Granting this Motion for Clarification of September 13, 2017 Minute Order Granting [DE53, 55, 56] Movants' Motions for Leave to File Briefs as Amicus Curiae.

2. Granting Kozich leave to file a brief as amicus curiae.

3. Granting Kozich leave to serve his amicus curiae brief 10 days after the Plaintiffs' file their Reply to Defendant's Response to Plaintiffs' Motion for Summary Judgment as to Liability [DE52].

4. Or such further and other relief the court deems just and equitable.

I HEREBY CERTIFY that the foregoing was filed with the court on October 5, 2017.

| | |
|---|---|
| Jackie Francis Case Administrator | Don Kozich, Class Member and Amicus |
| 202.354.3174 | PO Box 2032 |
| 202.354.3190 | Fort Lauderdale, FL 33303-2032 |
| | 954.709.0537 |
| | dtkctr@gmail.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel or parties of record in accordance with the Service List attached.

Don Kozich, Class Member and Amicus

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al
    Plaintiffs
v.
UNITED STATES OF AMERICA
    Defendant(s)

CASE NO. 16-745-ESH
J: Ellen Huvelle

-------------------------------

SERVICE LIST: EFF: 170922         CERTIFICATE OF SERVICE

deepak@guptawessler.com; jon@guptawessler.com; michael.kirkpatrick@law.georgetown.edu; bnarwold@motleyrice.com; mark.nebeker@usdoj.gov; matt@guptawessler.com; nabila@guptawessler.com; rachel@guptawessler.com; spurlock@guptawessler.com; esmith@motleyrice.com; ajanelle@motleyrice.com; moliver@motleyrice.com; vlepine@motleyrice.com; wtinkler@motleyrice.com; caseview.ecf@usdoj.gov; reginald.rowan@usdoj.gov; brian.field@usdoj.gov; joseph.finnigan@usdoj.gov; mbailen@bakerlaw.com; atolbert@bakerlaw.com; bbrown@rcfp.org; ecf@rcfp.org; ssamberg-champion@relmanlaw.com; rosie.howl@gmail.com;


Deepak Gupta
Jonathan E. Taylor
Gupta Wessler PLLC
1735 20th Street NW
Washington DC 2009
Ph 202.88.1741
Fax 202.888.7792
deepak@guptawessler.com
jon@guptawessler.com
matt@guptawessler.com
nabila@guptawessler.com
rachel@guptawessler.com
spurlock@guptawessler.com

Michael T. Kirkpatrick
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, Suite 312
Washington DC 20001
Ph 202.662.9535
Fax 202.662.9634
michael.kirkpatrick@law.georgetown.edu

William Narwold
Motley Rice LLC
3333 K Street NW, Suite 450
Washington DC 2007

SL-1

Ph 202.232.5504
Fax 202.232.5513
bnarwold@motleyrice.com
esmith@motleyrice.com
ajanelle@motleyrice.com
moliver@motleyrice.com
vlepine@motleyrice.com
wtinkler@motleyrice.com

W. Mark Nebeker
Assistant US Attorney
555 4th Street NW
Washington DC 20530
Ph 202.252.2536
mark.nebeker@usdoj.gov
caseview.ecf@usdoj.gov
reginald.rowan@usdoj.gov
brian.field@usdoj.gov
joseph.finnigan@usdoj.gov

Mark I. Bailen
Baker Law
mbailen@bakerlaw.com
atolbert@bakerlaw.com

Bruce D. Brown
bbrown@rcfp.org
ecf@rcfp.org

Sasha Samberg-Champion
Relman Law
ssamberg-champion@relmanlaw.com

Rosemarie Howell
9504 NE 5 Street
Vancouver, WA 98664
3609530798
rosie.howl@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al
    Plaintiffs
v.
UNITED STATES OF AMERICA
    Defendant(s)

CASE NO. 16-745-ESH
J: Ellen Huvelle

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

EFF. 170922

Alliance for Justice

Attorney General of the United States

Georgetown University Law Center

Gupta Deepak

Gupta Wessler PLLC

Institute for Public Representation

Kirkpatrick Michael T.

Motley Rice LLC

Narwold William

National Consumer Law Center

National Veterans Legal Services Program

Nebeker W. Mark

Taylor Jonathan E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, et al
    Plaintiffs
v.
UNITED STATES OF AMERICA
    Defendant(s)

CASE NO. 16-745-ESH
J: Ellen Huvelle

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

United States Attorney

    I HEREBY CERTIFY that the foregoing was filed with the court and a copy served to all Parties on _10/5/__, 2017.

                                         Don Kozich, Petitioner/Amicus
                                         PO Box 2032
                                         Fort Lauderdale, FL 33303-2032
                                         954.709.0537
                                         dtkctr@gmail.com