UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL<br>  SERVICES PROGRAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-745 ESH<br>)<br>)<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Motion For Summary Judgment As To Liability up to and including November 17, 2017.  Counsel for Plaintiffs, Deepak Gupta, Esq., has indicated that Plaintiffs do not oppose this enlargement of time, but asks that, to avoid the need to expend time on the reply over the Thanksgiving Holiday, Plaintiffs' date to respond to Defendant's filing be enlarged as well.  Defendant joins in this request.

Good cause exists for this enlargement of time.  Assistant United States Attorney ("AUSA") Brian Field was out of the office unexpectedly for the majority this past week due to an extended medical emergency that required his hospitalization.  He has returned to the office, but on a limited schedule for this week.  Before this absence, he and AUSA W. Mark Nebeker were working with agency counsel to complete the summary judgment related filings. However, for several reasons, AUSA Nebeker been unable to handle the entirety of this matter during AUSA Field's absence.  For instance a motion for preliminary injunction was filed last

week in another of AUSA Nebeker's cases which must also be opposed on November 2, 2017; Mr. Nebeker must take a deposition in yet another case on November 1, 2017, and he currently has an appellate brief due in early November.  Finally, he has personal obligations to a close family member suffering from a serious medical condition.  In order to allow Defendant to complete the process of drafting its summary judgment filings, Defendant requests that the Court extend its deadline to November 17, 2017, and also allow an added week for Plaintiffs to file their reply beyond the eleven days earlier allowed, making their response to Defendant's filing due on December 5, 2017.

      For the foregoing reasons, the Defendant requests that the Court enter the relief requested in this Motion.  A proposed order accompanies this motion.

                      Respectfully submitted,

                      JESSIE K. LIU, DC Bar #472845
                      United States Attorney

                      DANIEL F. VAN HORN, DC Bar #924092
                      Chief, Civil Division

By: _____/s/_____
                      W. MARK NEBEKER, DC Bar #396739
                      Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on this 30th day of October, 2017.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC   20530
(202) 252-2536
mark.nebeker@usdoj.gov