UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL<br>   SERVICES PROGRAM, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-745 ESH<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon Consideration of the Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof in response thereto, and for the reasons set forth in support thereof, it is this _____ day of _____, 2017,

ORDERED that the motion should be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant file its opposition to Plaintiff's Motion For Summary Judgment As To Liability (ECF No. 52) on or before November 17, 2017; and it is

FURTHER ORDERED that Plaintiffs may respond to Defendant's filing on or before December 5, 2017.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

DEEPAK GUPTA, ESQ.
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

WILLIAM H. NARWOLD, ESQ.
1021 N Garfield St.
Apt. 216
Arlington, VA 22201
860-882-1676
860-882-1682 (fax)
bnarwold@motleyrice.com

ELIZABETH S. SMITH, ESQ.
MOTLEY RICE, LLC
3333 K Street, NW
Suite 450
Washington, DC 20007
(202) 386-9627
(843) 216-9350 (fax)
esmith@motleyrice.com