

# INVOICE

Invoice Date: 07/07/2015
Usage From: 04/01/2015   to: 06/30/2015

**Account Summary**

| | |
|---|---:|
| **Pages:** | 1,743 |
| Rate: | $0.10 |
| Subtotal: | $174.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $174.30 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$174.30** |

**Total Amount Due:**  $174.30

| Account #: | 2792766 |
|---|---:|
| **Invoice #:** | 2792766-Q22015 |
| **Due Date:** | 08/07/2015 |
| **Amount Due:** | $174.30 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at

**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **www.pacer.gov/billing**

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

---

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| 2792766 | 08/07/2015 | $174.30 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

Visit http://www.pacer.gov for address changes.

Don Kozich
Don Kozich
619 No. Andrews Avenue, #408
Ft. Lauderdale, FL 33311

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Ex A

- Manage My Account
- | Manage My Appellate Filer Account
- | Case Search Sign In

# PACER

- HOME
- REGISTER
- FIND A CASE
- E-FILE
- QUICK LINKS
- HELP
- CONTACT US

- Login
- RSS

- PACER Links
- Court Links
- Search PACER Case Locator
- Announcements
- Frequently Asked Questions
- Resources
- Manage My Account

# Frequently Asked Questions

PACER   CM/ECF

General PACER | Case Related | Access Related | PACER Case Locator | PAA | PDFs | NextGen CM/ECF

How do I register for PACER?
How often am I billed and how can I pay?
What should I put in the Client Code field?
Can I use one account but track charges separately for different clients/users?
What is the PACER Service Center's tax identification number?
Where do I go to view my transactions?
What are some examples of per page charges?
Why does PACER charge a fee?
Can PACER perform the search for me?
Are all government agencies exempt from charges?
How do I request credit to my PACER account?
How do I get a refund for an overpayment?
How do I sort my statement by client code?

B 1/2

https://www.pacer.gov/psc/faq.html

7/11/2015

Case 1:15-cv-17430-JKO  Doc 115  Filed 07/13/15  Page 7 of 10
Case 1:16-cv-00745-PLF  Document 70-1  Filed 10/31/17  Page 3 of 9
Page 2 of 2

I was granted in forma paupens status in my case. Will I receive free PACER access?

*In forma pauperis* status does not automatically entitle you to free access to PACER. Users must petition the court separately to request free access to PACER.

How do I access the details of my statement?
What about the bankruptcy rules requiring Social Security numbers on court documents?
Do the courts redact information in case files?
Why is a tax ID required to register for PACER?
How is the attorney billed for PACER usage?
Can I receive case information via phone?
What are the PACER policies and procedures?
Are there any limits to PACER usage?
Do I have to be an attorney to use PACER?

Contact Us | Privacy | Policies and Procedures | About Us

This site is maintained by the Administrative Office of the U.S. Courts, PACER Service Center. The purpose of this site is to provide information about locating and filing cases in U.S. federal courts.

https://www.pacer.gov/psc/faq.html

B 2/2

7/11/2015

# PACER Service Center
P.O. Box 71364 Philadelphia, PA 19176-1364

11/19/2015

## DELINQUENCY NOTICE

***3-DIGIT 333-DLQ T:49 F:27701 R:13359
DON KOZICH
DON KOZICH
619 No. Andrews Avenue, #408
FT LAUDERDALE, FL 33311-7447

Account Number: 2792766

Amount Past Due: $354.60

As of today, we have not received payment for an outstanding balance. If the payment has been remitted, please disregard this notice.

To make a payment by credit card, visit the PACER Service Center website at pacer.gov. The PACER Service Center accepts Visa, MasterCard, Discover, and American Express. You can also pay by check or money order. Write your account number on your check or money order and mail it to:

> PACER Service Center
> P.O. Box 71364
> Philadelphia, PA 19176-1364

To check your account balance, review transaction details, or download a copy of your statement, go to pacer.gov. From the home page, select Manage My Account; then enter your username and password.

PACER is a service of the United States Judiciary. The PACER Service Center is managed by the Administrative Office of the United States Courts. Your outstanding debt is owed to the federal government and is subject to federal debt collection measures. These measures include, but are not limited to, referral to a private collection agency or the Department of the Treasury.

Please call the PACER Service Center at 800-676-6856 if you have questions regarding your account. Payment in full must be received by 12/07/2015 or further access to PACER will be denied.

This will be your only reminder.

Anna Marie Garcia
Chief, PACER Support Branch



**Public Access to Court Electronic Records**



# Gmail

don kozich <dtkctr@gmail.com>

---

## ACCOUNT NO. 2792766

pacermail@psc.uscourts.gov <pacermail@psc.uscourts.gov>     Thu, Jul 13, 2017 at 11:59 AM
To: don kozich <dtkctr@gmail.com>

The total due with collection fees is $448.86.

Thank you,
Judi

PACER Service Center
Phone: 210-301-6440
Toll Free: 800-676-6856
For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl

From:    don kozich <dtkctr@gmail.com>
To:    pacermail@psc.uscourts.gov
Date:    07/13/2017 10:04 AM
Subject:    Re: ACCOUNT NO. 2792766

[Quoted text hidden]



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL  
SERVICES PROGRAM , et al  
    Plaintiffs  
v.  
UNITED STATES OF AMERICA  
    Defendant(s)

CASE NO. 16-745-ESH  
J: Ellen Huvelle

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

EFF: 170922

Alliance for Justice

Attorney General of the United States

Georgetown University Law Center

Gupta Deepak

Gupta Wessler PLLC

Institute for Public Representation

Kirkpatrick Michael T.

Motley Rice LLC

Narwold William

National Consumer Law Center

National Veterans Legal Services Program

Nebeker W. Mark

Taylor Jonathan E.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL       CASE NO. 16-745-ESH
SERVICES PROGRAM , et al      J: Ellen Huvelle
    Plaintiffs
v.
UNITED STATES OF AMERICA
    Defendant(s)

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

United States Attorney

    I HEREBY CERTIFY that the foregoing was filed with the court and a copy served to all Parties on \_10/27\_, 2017.

Don Kozich, Petitioner/Amicus
PO Box 2032
Fort Lauderdale, FL 33303-2032
954.709.0537
dtkctr@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL  
SERVICES PROGRAM, et al  
    Plaintiffs  
  v.  
UNITED STATES OF AMERICA  
    Defendant(s)

CASE NO. 16-745-ESH  
J: Ellen Huvelle

---

SERVICE LIST: EFF: 170922      CERTIFICATE OF SERVICE

deepak@guptawessler.com; jon@guptawessler.com; michael.kirkpatrick@law.georgetown.edu; bnarwold@motleyrice.com; mark.nebeker@usdoj.gov; matt@guptawessler.com; nabila@guptawessler.com; rachel@guptawessler.com; spurlock@guptawessler.com; esmith@motleyrice.com; ajanelle@motleyrice.com; moliver@motleyrice.com; vlepine@motleyrice.com; wtinkler@motleyrice.com; caseview.ecf@usdoj.gov; reginald.rowan@usdoj.gov; brian.field@usdoj.gov; joseph.finnigan@usdoj.gov; mbailen@bakerlaw.com; atolbert@bakerlaw.com; bbrown@rcfp.org; ecf@rcfp.org; ssamberg-champion@relmanlaw.com; rosie.howl@gmail.com;

Deepak Gupta  
Jonathan E. Taylor  
Gupta Wessler PLLC  
1735 20th Street NW  
Washington DC 2009  
Ph 202.88.1741  
Fax 202.888.7792  
deepak@guptawessler.com  
jon@guptawessler.com  
matt@guptawessler.com  
nabila@guptawessler.com  
rachel@guptawessler.com  
spurlock@guptawessler.com  

Michael T. Kirkpatrick  
Institute for Public Representation  
Georgetown University Law Center  
600 New Jersey Avenue, Suite 312  
Washington DC 20001  
Ph 202.662.9535  
Fax 202.662.9634  
michael.kirkpatrick@law.georgetown.edu  

William Narwold  
Motley Rice LLC  
3333 K Street NW, Suite 450  
Washington DC 2007

SL-1

Ph 202.232.5504
Fax 202.232.5513
bnarwold@motleyrice.com
esmith@motleyrice.com
ajanelle@motleyrice.com
moliver@motleyrice.com
vlepine@motleyrice.com
wtinkler@motleyrice.com

W. Mark Nebeker
Assistant US Attorney
555 4th Street NW
Washington DC 20530
Ph 202.252.2536
mark.nebeker@usdoj.gov
caseview.ecf@usdoj.gov
reginald.rowan@usdoj.gov
brian.field@usdoj.gov
joseph.finnigan@usdoj.gov

Mark I. Bailen
Baker Law
mbailen@bakerlaw.com
atolbert@bakerlaw.com

Bruce D. Brown
bbrown@rcfp.org
ecf@rcfp.org

Sasha Samberg-Champion
Relman Law
ssamberg-champion@relmanlaw.com

Rosemarie Howell
9504 NE 5 Street
Vancouver, WA 98664
3609530798
rosie.howl@gmail.com