# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL VETERANS LEGAL <br> SERVICES PROGRAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 16-00745 (ESH) |

## ORDER

Upon consideration of class member Don Kozich's Motion for Reconsideration of October 17, 2017 Order Denying Petitioner's Motion for Clarification of September 13, 2017 Order and Denying Petitioner's Motion to File Amicus Curiae, ECF No. 70, it is hereby

**ORDERED** that movant's email address will be added to the ECF system such that he will receive prompt access to documents filed in the above-captioned case, including specifically a link that permits the movant one free view of filed documents; and it is further

**ORDERED** that movant's Motion for Reconsideration is otherwise **DENIED**.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 6, 2017