**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES, et al., *Plaintiffs*, v. UNITED STATES OF AMERICA *Defendant*. | Civil Action No. 16-745 (ESH) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, and the entire record herein, it is hereby:

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment is **GRANTED**.

_____                                    _____
Date                                                                    United States District Judge