**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>*Defendant*. | Civil Action No. 16-745 (ESH) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, and the entire record herein, it is hereby:

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment is **GRANTED**.

_____                              _____
Date                                                                United States District Judge