## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

     **v.**                   :        **21-MJ-05**

SHAUN MARVIN                      :

### JOINT MOTION TO CONTINUE STATUS

Shaun Marvin, through counsel, respectfully moves to continue the status hearing in this matter from October 12, 2021 at 3:00 p.m. to a date the week of November 8-12, 2021. The parties are engaged in plea discussions. A continuance of the status hearing and allowing the government additional time by which an information or indictment need be filed is in interests of justice. The government joins this motion. The parties further agree that the time from October 12, 2021 to the date of the continued status hearing is excludable for speedy trial purposes.

WHEREFORE, Mr. Marvin respectfully moves the Court to continue the status hearing in this matter from October 12, 2021 to a date the week of November 8, 2021.

/s/ EDWARD J. UNGVARSKY
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: (571) 207-9710
Cell: (202) 409-2084
Fax: (571) 777-9933
ed@ungvarskylaw.com

Counsel for Shaun Marvin
