# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 21-MJ-05 |
| **SHAUN MARVIN** | : | |

## ORDER

Having considered the joint motion to continue the status hearing, the Court hereby GRANTS the motion to continue; VACATES the October 12, 2021 status hearing; CONTINUES the status hearing to November \_\_, 2021 at \_\_\_\_ a.m./p.m.; and FURTHER ORDERS that the time from October 12, 2021 until November \_\_, 2021 is excluded for purposes of speedy trial calculation.

SO ORDERED.

_____
U.S. Magistrate Judge