UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE,
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 1:16-cv-00745 (ESH)

CLASS ACTION

## MOTION FOR ADMISSION *PRO HAC VICE* OF MEGHAN S. B. OLIVER

Pursuant to Local Civil Rule 83.2(d), and upon the annexed declaration of Meghan S. B.

Oliver, Elizabeth S. Smith, counsel for Plaintiffs National Veterans Legal Services Program,

National Consumer Law Center, and Alliance For Justice and an attorney licensed to practice in

the United States District Court for the District of Columbia, hereby moves this Court to admit

Meghan S. B. Oliver, a member of good standing of the bars of the District of Columbia, the

Commonwealth of Virginia, and the State of South Carolina, to appear and participate *pro hac*

*vice* before this Court in the above-captioned proceeding.  Pursuant to Local Civil Rule 7(m), on

March 19, 2018, Ms. Smith conferred with opposing counsel regarding the instant non-

dispositive motion. The motion is unopposed.

Dated:  March 20, 2018
Washington, D.C.

By:  /s/ Elizabeth S. Smith
Elizabeth S. Smith (994263)
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
Tel.: (202) 386-9627, ext. 5627
Fax: (202) 232-5513
Email:  esmith@motleyrice.com

I hereby certify that on March 20, 2018, I caused a true copy of the foregoing to be filed through the Court's electronic case filing system and served through the Court's electronic filing system on all counsel of record.

Dated:  March 20, 2018
Washington, D.C.

By:  _/s/ Elizabeth S. Smith_____
Elizabeth S. Smith (994263)
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
Tel.: (202) 386-9627, ext. 5627
Fax: (202) 232-5513
Email: esmith@motleyrice.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE,
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 1:16-cv-00745 (ESH)

CLASS ACTION

## DECLARATION OF MEGHAN S. B. OLIVER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

MEGHAN S. B. OLIVER, declares as follows:

    1.    My full name is Meghan Shea Blaszak Oliver, and I am an attorney at the law firm Motley Rice LLC. I make this Declaration in support of my motion to appear *pro hac vice* in the above-captioned matter as counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance For Justice.

    2.    My office address is: Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464; my telephone number is 843-216-9492.

    3.    I am a member of the bars of the District of Columbia, the Commonwealth of Virginia, and the State of South Carolina. I am admitted to practice in the United States District Court for the District of South Carolina.

    4.    I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5.    I am currently admitted *pro hac vice* in this Court in another case: *Adam Steele, et al v. United States of America,* Case No. 14-cv-01523 (RCL)

6.    I am a member of the bar of the District of Columbia but do not engage in the practice of law from an office located in the District of Columbia.

7.    I am familiar with the Local Rules of this Court.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on:  March 20, 2018

Meghan S. B. Oliver

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE,
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 1:16-cv-00745 (ESH)

CLASS ACTION

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF MEGHAN S. B. OLIVER**

IT IS ORDERED that Meghan S. B. Oliver is admitted to practice *pro hac vice* in the

United States District Court for the District of Columbia in the above-captioned matter.

Dated: _____

                                       _____
                                       Ellen S. Huvelle
                                       United States District Judge