UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:16-cv-00745 (ESH)<br><br>CLASS ACTION |

### DECLARATION OF MEGHAN S. B. OLIVER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

MEGHAN S. B. OLIVER, declares as follows:

1. My full name is Meghan Shea Blaszak Oliver, and I am an attorney at the law firm Motley Rice LLC. I make this Declaration in support of my motion to appear *pro hac vice* in the above-captioned matter as counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance For Justice.

2. My office address is: Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464; my telephone number is 843-216-9492.

3. I am a member of the bars of the District of Columbia, the Commonwealth of Virginia, and the State of South Carolina. I am admitted to practice in the United States District Court for the District of South Carolina.

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I am currently admitted *pro hac vice* in this Court in another case: *Adam Steele, et al v. United States of America,* Case No. 14-cv-01523 (RCL)

6. I am a member of the bar of the District of Columbia but do not engage in the practice of law from an office located in the District of Columbia.

7. I am familiar with the Local Rules of this Court.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on: March 20, 2018

Meghan S. B. Oliver