UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:16-cv-00745 (ESH)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF MEGHAN S. B. OLIVER**

IT IS ORDERED that Meghan S. B. Oliver is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia in the above-captioned matter.

Dated: _____

_____
Ellen S. Huvelle
United States District Judge