**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE, for themselves
and all others similarly situated,
          *Plaintiffs*,

v.

UNITED STATES OF AMERICA,
          *Defendant*.

Case No. 16-745-ESH

**MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN E. TAYLOR**

    Deepak Gupta (counsel for the plaintiffs in this case and an attorney licensed to practice in this Court) hereby moves this Court under Local Civil Rule 83.2(d) to admit Jonathan E. Taylor, a member of good standing of the bars of the District of Columbia and the State of New York, to appear and participate *pro hac vice* before this Court in this case. This motion is based on the attached declaration of Jonathan E. Taylor. As required by Local Civil Rule 7(m), we conferred with opposing counsel regarding this non-dispositive motion on March 21, 2018. The motion is unopposed.

                                                  *s/Deepak Gupta*
                                                  Deepak Gupta
                                                  GUPTA WESSLER PLLC
                                                  1900 L Street, NW, Suite 312
                                                  Washington, DC 20036
                                                  (202) 888-1741
                                                  *deepak@guptawessler.com*

March 21, 2018                                  *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2018, I electronically filed the foregoing motion through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant*. | Case No. 16-745-ESH |

## DECLARATION OF JONATHAN E. TAYLOR
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jonathan E. Taylor, declare as follows:

1. My full name is Jonathan Ellis Taylor, and I am an attorney at the law firm Gupta Wessler PLLC. I make this declaration in support of my motion to appear *pro hac vice* in the above-captioned matter as counsel for the plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance for Justice.

2. My office address is Gupta Wessler PLLC, 1900 L Street, NW, Suite 312, Washington, D.C. 20036. My telephone number is 202-888-1741.

3. I am a member of the bars of the District of Columbia and the State of New York. I am also admitted to practice in the Southern District of New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Eleventh Circuit.

      4.      I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

      5.      I have not been admitted *pro hac vice* in another matter before this Court within the last two years.

      6.      I am familiar with the Local Rules of this Court.

I declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Executed: March 21, 2018

_____
Jonathan E. Taylor

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | Case No. 16-745-ESH |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF JONATHAN E. TAYLOR**

  IT IS ORDERED that Jonathan E. Taylor is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia in the above-captioned matter.

Dated: _____        _____
                       Ellen S. Huvelle
                       United States District Judge