**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant*. | Case No. 16-745-ESH |

**DECLARATION OF JONATHAN E. TAYLOR**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jonathan E. Taylor, declare as follows:

1. My full name is Jonathan Ellis Taylor, and I am an attorney at the law firm Gupta Wessler PLLC. I make this declaration in support of my motion to appear *pro hac vice* in the above-captioned matter as counsel for the plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance for Justice.

2. My office address is Gupta Wessler PLLC, 1900 L Street, NW, Suite 312, Washington, D.C. 20036. My telephone number is 202-888-1741.

3. I am a member of the bars of the District of Columbia and the State of New York. I am also admitted to practice in the Southern District of New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Eleventh Circuit.

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in another matter before this Court within the last two years.

6. I am familiar with the Local Rules of this Court.

I declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Executed: March 21, 2018

Jonathan E. Taylor