# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>            *Plaintiffs*,<br><br>                           v.<br><br>UNITED STATES OF AMERICA,<br>            *Defendant*. | Case No. 16-745-ESH |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN E. TAYLOR

IT IS ORDERED that Jonathan E. Taylor is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia in the above-captioned matter.

Dated: _____

_____
Ellen S. Huvelle
United States District Judge