# **<u>EXHIBIT A</u>**

| 115TH CONGRESS 1st Session | HOUSE OF REPRESENTATIVES | REPORT 115–234 |
|---|---|---|

# FINANCIAL SERVICES AND GENERAL GOVERNMENT APPROPRIATIONS BILL, 2018

### R E P O R T

OF THE

## COMMITTEE ON APPROPRIATIONS HOUSE OF REPRESENTATIVES

together with

ADDITIONAL VIEWS
AND
DISSENTING VIEWS



JULY 17, 2017.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

———

U.S. GOVERNMENT PUBLISHING OFFICE
26–263                           WASHINGTON : 2017

36

The Committee notes that a fair and efficient judicial system depends on ensuring citizens have reasonable access to the federal courts. The Committee encourages the Judiciary and the General Services Administration to collaborate with local stakeholders to facilitate continued community access to court services. The Committee further encourages the Judiciary, when developing its space requirements for a particular location, to continue to consider factors including the number of available judges, local facility conditions, security, rental and operating costs, the number and type of proceedings handled in that location, the location's distance to the next closest federal court facility, and the population served in that location.

The Committee urges the Judiciary in coordination with GSA to consider practical and cost effective approaches to providing judicial services, as appropriate, in areas that lack a federal facility in which civil and criminal proceedings are held.

The Judiciary shall provide to the House and Senate Committees on Appropriations a report addressing (1) trends in Public Access to Court Electronic Records (PACER) revenues since passage of the E-Government Act of 2002; (2) sources of PACER revenues broken out by general types of users, such as federal government, corporations, and individuals, over a five fiscal year period; (3) an itemization of how PACER revenues are spent (including the annual cost of operating the PACER Service Center, which performs functions such as billing and customer support) over the same five fiscal year period; and (4) initiatives planned or underway by the Judiciary to improve PACER technology, operations, or management for the purpose of providing greater functionality, an improved user experience, or greater efficiency. This report shall be provided no later than 120 days after the enactment of this Act.

SUPREME COURT OF THE UNITED STATES

SALARIES AND EXPENSES

| | |
|---|---:|
| Appropriation, fiscal year 2017 | $76,668,000 |
| Budget request, fiscal year 2018 | 78,538,000 |
| Recommended in the bill | 78,538,000 |
| Bill compared with: | |
|     Appropriation, fiscal year 2017 | +1,870,000 |
|     Budget request, fiscal year 2018 | – – – |

COMMITTEE RECOMMENDATION

The Committee recommends an appropriation of $78,538,000 for fiscal year 2018 for the salaries and expenses of personnel and the cost of operating the Supreme Court, excluding the care of the building and grounds. The Committee includes bill language making $1,500,000 available until expended for the purpose of making information technology investments. The Committee directs the Court to include an annual report with its budget justification materials, showing information technology carryover balances and describing expenditures made in the previous fiscal year and planned expenditures in the budget year.