# **EXHIBIT E**

| 114TH CONGRESS | | REPORT |
|---|---|---|
| 1st Session | HOUSE OF REPRESENTATIVES | 114–205 |

# AGRICULTURE, RURAL DEVELOPMENT, FOOD AND DRUG ADMINISTRATION, AND RELATED AGENCIES APPROPRIATIONS BILL, 2016

---

JULY 14, 2015.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

---

Mr. ADERHOLT, from the Committee on Appropriations, submitted the following

# R E P O R T

together with

# MINORITY VIEWS

[To accompany H.R. 3049]

The Committee on Appropriations submits the following report in explanation of the accompanying bill making appropriations for Agriculture, Rural Development, Food and Drug Administration, and Related Agencies for fiscal year 2016.

## CONTENTS

| | Page |
|---|---|
| Title I—Agricultural Programs | 4 |
| Title II—Conservation Programs | 42 |
| Title III—Rural Development Programs | 44 |
| Title IV—Domestic Food Programs | 53 |
| Title V—Foreign Assistance and Related Programs | 61 |
| Title VI—Related Agencies and Food and Drug Administration | 63 |
| Title VII—General Provisions | 78 |

## OVERVIEW

The Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Subcommittee has jurisdiction over the U.S. Department of Agriculture (USDA), except for the Forest Service, the Food and Drug Administration (FDA), the Commodity Futures Trading Commission (CFTC), and the Farm Credit Administration (FCA). The Subcommittee's responsibility covers a vast and diverse group of agencies responsible for such things as promoting

95–459

27

The following table reflects the amounts provided by the Committee:

[Dollars in Thousands]

| | Committee provision |
|---|---|
| Animal Health Technical Services | $35,000 |
| Aquatic Animal Health | 2,253 |
| Avian Health | 55,340 |
| Cattle Health | 90,000 |
| Equine, Cervid, and Small Ruminant Health | 19,500 |
| National Veterinary Stockpile | 3,973 |
| Swine Health | 24,800 |
| Veterinary Biologics | 16,417 |
| Veterinary Diagnostics | 36,540 |
| Zoonotic Disease Management | 9,523 |
| *Subtotal, Animal Health* | *293,346* |
| Agricultural Quarantine Inspection (Appropriated) | 26,900 |
| Cotton Pests | 11,520 |
| Field Crop & Rangeland Ecosystem Pests | 8,826 |
| Pest Detection | 27,446 |
| Plant Protection Methods Development | 20,686 |
| Specialty Crop Pests | 158,000 |
| Tree & Wood Pests | 45,519 |
| *Subtotal, Plant Health* | *298,897* |
| Wildlife Damage Management | 90,027 |
| Wildlife Services Methods Development | 18,856 |
| *Subtotal, Wildlife Services* | *108,883* |
| Animal & Plant Health Regulatory Enforcement | 16,224 |
| Biotechnology Regulatory Services | 18,875 |
| *Subtotal, Regulatory Services* | *35,099* |
| Contingency Fund | 470 |
| Emergency Preparedness & Response | 16,966 |
| *Subtotal, Safeguarding and Emergency Preparedness* | *17,436* |
| Agriculture Import/Export | 14,099 |
| Overseas Technical and Trade Operations | 22,114 |
| *Subtotal, Safe Trade & International Technical Assistance* | *36,213* |
| Animal Welfare | 28,410 |
| Horse Protection | 697 |
| *Subtotal, Animal Welfare* | *29,107* |
| APHIS Information Technology Infrastructure | 4,251 |
| Physical/Operational Security | 5,146 |
| GSA Rental and DHS Security Payments | 42,567 |
| *Subtotal, Agency Management* | *51,964* |
| Total, Salaries & Expenses | $870,945 |

*Agricultural Quarantine and Inspection (AQI).*—The Committee continues to have concerns about the proposed rules regarding adjustment to fees for AQI services and overtime reimbursement rates. The proposed rule related to AQI services includes the increase of some existing fees and the establishment of several new fees that will affect a wide variety of industries, including pest treatment providers, cargo and passenger vessels, international and domestic shippers, importers, and the ports. The proposed changes are significant, and it is expected that comments received during the initial rulemaking process and comments received from the AQI Webinar in January 2015 will be considered in drafting

the final rule. The agency should exercise due diligence in determining the comprehensive impacts of these new fees on the related industries, especially given the coupling effect of the increased overtime reimbursement rates. The Committee encourages the agency to fully analyze these impacts and engage with additional stakeholders as necessary to determine if any additional time is necessary for those impacted by the fees to provide input as well as those industries requiring additional time to modify their business practices in order to accommodate higher costs.

*Animal Welfare*.—The bill funds the Animal Welfare program at $28,410,000 in order to ensure that minimum standards of care and treatment are provided for certain animals bred for commercial sale, used in research, transported commercially, or exhibited to the public. The Committee provides an additional $400,000 to support a Memorandum of Understanding (MOU) between APHIS and ARS. The MOU is necessary for ARS to utilize the skills and expertise of APHIS' animal care staff and to help ARS address some of their recent failures to maintain high standards of care for animals used in ARS funded research. At a minimum, the MOU should ensure that ARS is adhering to its own standards and guidelines for research practices as required by the Humane Animal Care and Use policy, a policy that is closely aligned with the Animal Welfare Act; ensure that every ARS location engaging in research and testing on vertebrate animals has a fully functioning IACUC in place; and, ensure that each IACUC produces a semi-annual report with a description of and the reasons for any major deviations from the requirements outlined in ARS policy.

*Aquatic Animal Health*.—Nearly half of the seafood consumed across the world is the product of aquaculture. In addition, the aquaculture industry is a critical and growing part of the U.S. economy. Unfortunately, the monitoring of aquatic animal health issues is not adequate to meet the needs of a growing industry. For example, the shrimp and catfish aquaculture industries are losing revenue due to the lack of tracking and monitoring of aquatic animal pathogens. These losses could have been prevented if the pathogens had been promptly identified and effective treatments or prevention procedures were developed and available. The Committee encourages the agency to support and protect this important industry. Collaborative efforts among the agency, industry, and other Federal and state partners are essential to improving preparedness, surveillance, and response capabilities, as well as reducing the likelihood of disease spread.

*Biotechnology Regulatory Services*.—The Committee continues to be concerned about the time it takes the agency to review biotechnology product petitions for regulatory determination. The Committee encourages the agency to continue to find ways to improve the permit review process and to reduce the number of petitions awaiting determination. The Committee provides the requested funding necessary to ensure regulatory decisions can be made in a more timely and predictable manner. The Committee directs APHIS to provide the Committees on Appropriations of the House and Senate with quarterly reports on the agency's progress in meeting the targets the agency set for itself in 2011 starting on November 1, 2015.