**EXHIBIT F**

| 114TH CONGRESS 1st Session | HOUSE OF REPRESENTATIVES | REPORT 114–170 |
|---|---|---|

# DEPARTMENT OF THE INTERIOR, ENVIRONMENT, AND RELATED AGENCIES APPROPRIATIONS BILL, 2016

JUNE 18, 2015.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

Mr. CALVERT, from the Committee on Appropriations, submitted the following

# R E P O R T

together with

# MINORITY VIEWS

[To accompany H.R. 2822]

The Committee on Appropriations submits the following report in explanation of the accompanying bill making appropriations for the Department of the Interior, the Environmental Protection Agency, and Related Agencies for the fiscal year ending September 30, 2016. The bill provides regular annual appropriations for the Department of the Interior (except the Bureau of Reclamation and the Central Utah Project), the Environmental Protection Agency, and for other related agencies, including the Forest Service, the Indian Health Service, the Smithsonian Institution, and the National Foundation on the Arts and the Humanities.

INDEX TO BILL AND REPORT

|  | Page number | |
|---|---|---|
|  | Bill | Report |
| Title I—Department of the Interior: | | |
| Bureau of Land Management | 2 | 8 |
| United States Fish and Wildlife Service | 8 | 12 |
| National Park Service | 14 | 23 |
| United States Geological Survey | 18 | 32 |
| Bureau of Ocean Energy Management | 20 | 33 |
| Bureau of Safety and Environmental Enforcement | 21 | 34 |
| Office of Surface Mining Reclamation and Enforcement | 24 | 35 |
| Bureau of Indian Affairs and Bureau of Indian Education | 26 | 36 |

95–083

tary thresholds established above, shall be reported to the Committees within 60 days of the end of each quarter and shall include cumulative totals for each budget activity, budget line item, or construction, land acquisition, or forest legacy project.

*Land Acquisitions, Easements, and Forest Legacy.*—Lands shall not be acquired for more than the approved appraised value (as addressed in section 301(3) of Public Law 91–646), unless such acquisitions are submitted to the Committees on Appropriations for approval in compliance with these procedures.

*Land Exchanges.*—Land exchanges, wherein the estimated value of the Federal lands to be exchanged is greater than $1,000,000, shall not be consummated until the Committees have had a 30-day period in which to examine the proposed exchange. In addition, the Committees shall be provided advance notification of exchanges valued between $500,000 and $1,000,000.

*Budget Structure.*—The budget activity or line item structure for any agency appropriation account shall not be altered without advance approval of the House and Senate Committees on Appropriations.

## TITLE I—DEPARTMENT OF THE INTERIOR

### BUREAU OF LAND MANAGEMENT

#### MANAGEMENT OF LANDS AND RESOURCES

| | |
|---|---|
| Appropriation enacted, 2015 | $970,016,000 |
| Budget estimate, 2016 | 1,067,466,000 |
| Recommended, 2016 | 1,015,046,000 |
| Comparison: | |
| Appropriation, 2015 | +45,030,000 |
| Budget estimate, 2016 | −52,420,000 |

The Committee recommends $1,015,046,000 for Management of Lands and Resources, $45,030,000 above the fiscal year 2015 enacted level and $52,420,000 below the budget request. A detailed table of funding recommendations below the account level is provided at the end of this report. The Committee recommendation includes further details below. The Committee does not accept the proposal to transfer funds from various accounts to National Conservation Lands.

*Soil, Water, and Air Management.*—The Committee recommends $43,239,000 for soil, water, and air management, equal to the fiscal year 2015 enacted level and $3,516,000 below the budget request. The Colorado River Basin Salinity Program is funded at $1,500,000. The Committee urges the Bureau to provide additional information, such as a table, in its fiscal year 2017 budget request for this program.

*Rangeland Management.*—The Committee recommends $79,000,000 for rangeland management, equal to the fiscal year 2015 enacted level and $2,556,000 above the budget request. The Committee directs the Bureau to focus on reducing the grazing permit backlog and carrying out a systematic program of range monitoring, land health assessments, development and implementation of allotment management plans, and adaptive management. The Committee rejects the Bureau's proposal to impose new grazing fees.

funds to close areas open to recreational hunting and shooting as of January 1, 2013.

The Committee is concerned about the BLM's potential development or expansion of new public lands along a portion of the Red River between Texas and Oklahoma that are the subject of a long-standing boundary dispute. The Committee directs the Secretary to consult with the States and Congress before taking any further action.

*Energy and Minerals.*—The Committee recommends $143,551,000 for energy and minerals, equal to the fiscal year 2015 enacted level and $24,652,000 above the budget request. The Committee does not accept the proposal to increase onshore inspection fees.

The Committee is aware that Applications for Permits to Drill (APD) fee collections will transition from discretionary funding to mandatory funding. In prior years, APD fees were appropriated and available for expenditure in advance of collections. However, beginning in fiscal year 2016, BLM can access the fees only as they are collected. The reliance on realized collections may result in a shortfall in funding early in the fiscal year, particularly in the first year of the transition. The Committee believes this transition can be appropriately accommodated given the flexibility to use base appropriated funding in the Oil and Gas Management program for APD permitting program operations. The Committee does not support the proposal to establish a new budget line for these activities and instead provides sufficient funding within Oil and Gas Management to maintain the current level of APD program support. The Committee believes continuation of the current budget structure, sufficient appropriated funding for processing activities, and the ability to reprogram funds as needed, will enable the BLM to cover operating costs in early fiscal year 2016.

*Resource Protection and Maintenance.*—The Committee recommends $104,049,000 for resource protection and maintenance, $8,000,000 above the fiscal year 2015 enacted level and $16,519,000 below the budget request.

*Resource Management Planning.*—The Committee recommends $46,125,000 for resource management planning, $8,000,000 above the fiscal year 2015 enacted level and $13,216,000 below the budget request. Included is $8,000,000 for monitoring in support of the greater sage-grouse conservation initiative. The Committee reminds the Bureau not to duplicate existing efforts at the U.S. Geological Survey and in the private sector.

*Law Enforcement.*—The Committee recommends $25,325,000 for law enforcement, equal to the fiscal year 2015 enacted level and $170,000 below the budget request. The Bureau is directed to focus on visitor safety and archaeological resource protection, and to defer to the Department of Justice and the Department of Homeland Security for investigative and other non-emergency matters of Federal law not unique to Bureau lands or property.

*Challenge Cost Share.*—The Committee recommends $2,400,000 for the challenge cost share program, $13,000 below the fiscal year 2015 enacted level and $10,016,000 below the budget request. Of the funds provided, $300,000 is for long-standing outdoor ethics education and stewardship programs designed to help keep America's public lands healthy, open and accessible for opportunities to