# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL VETERANS LEGAL SERVICES PROGRAM,** *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Defendant. | Civil Action No. 16-745 (ESH) |

## ORDER

For the reasons stated in an accompanying Memorandum Opinion, ECF No. 89, it is hereby

**ORDERED** that plaintiffs' motion for summary judgment as to liability, ECF No. 52, is **DENIED**; and it is further

**ORDERED** that defendant's cross-motion for summary judgment as to liability, ECF No. 73, is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that the parties shall confer and file a Joint Status Report with a proposed schedule for further proceedings by **April 16, 2018**; and it is further

**ORDERED** that a Status Conference is scheduled for **April 18, 2018, at 3:00 p.m.** in Courtroom 23A.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 31, 2018