Public Access and Records Management Division

AVAILABLE RESOURCES:

Summary of Resources QTRLY Rprt

FY 2010 Actuals YB

|  |  |  |
|---|---|---|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ 34,381,874 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ 102,511,199 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ 516,534 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ 187,118 |
| 5 | **Total Available Resources** | **$ 137,596,725** |
| 6 | **PROGRAM REQUIREMENTS:** |  |
| 7 | **Public Access Services and Applications** |  |
| 8 | EPA Program (OXEEPAX) | $ 18,768,552 |
| 9 | EPA Technology Infrastructure & Applications (OXEPTAX) | $ - |
| 10 | EPA Replication (OXEPARX) | $ - |
| 11 | **Public Access Services and Applications** | **$ 18,768,552** |
| 12 | **Case Management/Electronic Case Files System** |  |
| 13 | Development and Implementation (OXEECFP) | $ 3,695,078 |
| 14 | Operations and Maintenance (OXEECFO) | $ 15,536,212 |
| 15 | CM/ECF Futures (OXECMFD) | $ 3,211,403 |
| 16 | Appellete Operational Forum (OXEAOPX) changed from OXEACAX | $ 144,749 |
| 17 | District Operational Forum (OXEDCAX) | $ 674,729 |
| 18 | Bankruptcy Operational Forum (OXEBCAX) | $ 492,912 |
| 19 | **Subtotal, Case Management/Electronic Case Files System** | **$ 23,755,083** |
| 20 | **Electronic Bankruptcy Noticing:** |  |
| 21 | Electronic Bankruptcy Noticing (OXEBNCO) | $ 9,662,400 |
| 22 | **Subtotal, Electronic Bankruptcy Noticing** | **$ 9,662,400** |
| 23 | **Telecommunications (PACER-Net & DCN)** |  |
| 24 | PACER-Net (OXENETV) | $ 10,337,076 |
| 25 | DCN and Security Services (OXENETV) | $ 13,847,748 |
| 26 | PACER-Net & DCN (OXDPANV) | $ - |

1

| # | Item | | Amount |
|---|---|---|---|
| 27 | Security Services (OXDSECV) | $ | - |
| 28 | **Subtotal, Telecommunications (PACER-Net & DCN)** | $ | **24,184,824** |
| 29 | **Court Allotments** | | |
| 30 | Court Staffing Additives (OXEEPAA) | $ | 228,373 |
| 31 | Court Allotments (OXEEPAA) [incl. in program areas prior to FY 09] | $ | 1,291,335 |
| 32 | CM/ECF Court Allotments (OXEECFA) | $ | 7,605,585 |
| 33 | Courts/AO Exchange Program (OXEXCEX) | $ | 303,527 |
| 34 | **Subtotal, Court Allotments** | $ | **9,428,820** |
| 35 | **Total Program Requirements** | $ | **85,799,679** |
| 36 | *Congressional Priorities:* | | |
| 37 | **Victim Notification (Violent Crime Control Act)** | | |
| 38 | Violent Crime Control Act Notification (OXJVCCD & OXJVCCO) | $ | 332,876 |
| 39 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | **332,876** |
| 40 | **Web-based Juror Services** | | |
| 41 | Web Based E-Juror Services O&M (OXEJMEO) | $ | - |
| 42 | **Subtotal, Web-based Juror Services** | $ | - |
| 43 | **Courtroom Technology (OXHCRTO-3000)** | | |
| 44 | Courtroom Technology (OXHCRTO-3000) | $ | 24,731,665 |
| 45 | **Subtotal, Courtroom Technology Program** | $ | **24,731,665** |
| 46 | **State of Mississippi (OXEMSPX)** | | |
| 47 | State of Mississippi (OXEMSPX) | $ | 120,988 |
| 48 | **Subtotal, Mississippi State Courts** | $ | **120,988** |
| 49 | **Total Congressional Priorities** | $ | **25,185,529** |
| 50 | **Total Program & Congressional Priorities** | $ | **110,985,208** |
| 51 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | **26,611,517** |
| 52 | PACER FEE (OXEEPAC) Carry Forward | $ | 26,051,473 |
| 53 | PRINT FEE (OXEEPAP) Carry Forward | $ | - |
| 54 | **Total EPA Carry Forward** | $ | **26,051,473** |
| 55 | Total Print Fee Revenue | $ | 703,652 |
| 56 | Disbursed in (OXEEPAA) Allotments | $ | 143,608 |
| 57 | PRINT FEE (OXEEPAP) Carry Forward | $ | 560,044 |