UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 16-745 (ESH)

## ORDER

As stated today in open court, it is hereby

**ORDERED** that a Status Conference is set for **Friday, May 18, 2018, at 1:30 p.m.** in Courtroom 23A; it is further

**ORDERED** that the parties shall file a Status Report on or before **May 11, 2018**, to advise the Court of their positions as to further proceedings, including specifically:

(1) whether they have been able to reach agreement on what Courtroom Technology expenses were permissible uses of PACER fees;

(2) whether they are willing to file an application for appeal on the issue of liability pursuant to 28 U.S.C. 1292(b); and

(3) whether they wish to pursue mediation and, if so, whether they have identified potential mediators.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  April 18, 2018