## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    *Defendant*. | Civil Action No. 16-745 (ESH) |

### [**PROPOSED**] ORDER

Upon consideration of Defendant's Motion for Extension of Time, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion for Extension of Time be and is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall file the Status Report by July 10, 2018; and it is

**FURTHER ORDERED** that the May 18, 2018 status conference is vacated.

_____             _____
Date                           United States District Judge