UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 16-745 (ESH) |

**ORDER**

As stated today in open court, it is hereby **ORDERED** that:

(1) By **June 22, 2018**, defendant shall respond to plaintiffs' request for the contemporaneous budget documents that support the figures defendant previously provided to plaintiffs concerning the portion of courtroom technology expenditures related to digital audio equipment for FY 2010-2016. (*See* Joint Status Report at 1-2 (May 11, 2018), ECF No. 94.)

(2) By **July 13, 2018**, the parties shall file a Joint Status Report, advising the Court of defendant's position on filing an application for appeal on the issue of liability pursuant to 28 U.S.C. 1292(b), addressing any other discovery issues, and setting forth their positions on settlement and further proceedings.

(3) The next Status Conference is set for **July 18, 2018, at 12:00 p.m.** in Courtroom 23A.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 17, 2018