UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL SERVICES, et al.,

*Plaintiffs*,

v.

UNITED STATES OF AMERICA

*Defendant*.

Civil Action No. 16-0745 (ESH)

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Certify for Interlocutory Appeal and to Stay Proceedings Pending Appeal, and the entire record herein, it is hereby

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that this Court's Orders of December 5, 2016, and March 31, 2018, are certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) as they involve controlling issues of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Orders may materially advance the ultimate termination of the litigation; and it is

**FURTHER ORDERED** that the proceedings in this Court are stayed pending further order from this Court.

**SO ORDERED**.

_____                                              _____
Date                                                                                                United States District Judge