**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL VETERANS LEGAL
SERVICES, et al.,

*Plaintiffs*,

v.

UNITED STATES OF AMERICA

*Defendant*.

Civil Action No. 16-745 (ESH)

## NOTICE

In the Parties' July 13, 2018 Joint Status Report, Defendant stated that it had provided Plaintiffs with "contemporaneous budget documents from FY10 – FY16 reflecting all expenditures made on digital audio equipment, including software, within the Judicial Conference's Courtroom Technology expenditures." ECF No. 98.  During the July 18, 2018 Status Conference, the Court requested that Defendant itemize these figures by fiscal year.  Accordingly, Defendant provides this Notice, which details by fiscal year the annual expenditures made on digital audio equipment, including software, within the Judicial Conference's Courtroom Technology expenditures:

- FY 2010: $1,453,436.38
- FY 2011: $906,132.31
- FY 2012: $1,079,777.11
- FY 2013: $677,127.71
- FY 2014: $1,050,792.92
- FY 2015: $669,486.46
- FY 2016: $215,894.34
- Total for FY 2010 – FY 2016:  $6,052,647.23

July 20, 2018                                    Respectfully submitted,

                                                  JESSIE K. LIU
                                                  D.C. Bar #472845
                                                  United States Attorney

                                                  DANIEL F. VAN HORN
                                                  D.C. Bar #924092
                                                  Chief, Civil Division

By:    */s/ Brian J. Field*
          BRIAN J. FIELD (D.C. Bar #985577)
          W. MARK NEBEKER (D.C. Bar #396739)
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          Tel: (202) 252-2551
          Brian.Field@usdoj.gov;
          mark.nebeker@usdoj.gov

          *Counsel for Defendant*