Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, ET AL

    Plaintiff

    vs.

UNITED STATES OF AMERICA

    Defendant

Civil No.    16-745    (CRC)

Category  E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  9/10/2020  from  Judge Ellen Segal Huvelle  to  Judge Christopher R. Cooper  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:  Judge Ellen Segal Huvelle   & Courtroom Deputy
     Judge Christopher R. Cooper   & Courtroom Deputy
     Liaison, Calendar and Case Management Committee