Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, ET AL

    Plaintiff

    vs.                                                                Civil No.            16-745        (PLF)

UNITED STATES OF AMERICA                          Category    E

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __9/10/2020__ from __Judge Ellen Segal Huvelle__

to __Judge Paul L. Friedman__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    Judge Ellen Segal Huvelle    & Courtroom Deputy
       Judge Paul L. Friedman    & Courtroom Deputy
       Liaison, Calendar and Case Management Committee