UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al., )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case No. 16-745 (PLF) |

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please take notice of the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for Defendant in this matter who is substituting as counsel for attorney Brian J. Field.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant