IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>          *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>          *Defendant*. | Case No. 1:16-cv-00745-PLF |

## JOINT STATUS REPORT

As ordered by this Court on December 29, 2020, the parties file this joint status report to update the Court on the status of mediation. The parties have conferred, and they propose an additional ninety-day stay of the proceedings in order to continue mediation discussions.

On December 29, 2020, this Court granted the parties' request to stay all proceedings through June 25, 2021 while the parties engaged in mediation. On May 3, 2021 the parties participated in an all-day mediation session with Professor Eric Green of Resolutions, LLC. The matter was not resolved during this session, but the parties agreed that additional discussions might be productive. Since then, the parties have had additional discussions, both directly and through Professor Green, the most recent being a facilitated Zoom session with Professor Green on June 11, 2021. Based on this most recent session, the parties have agreed to continue discussing possible resolution. As a result, the parties request an additional ninety-day stay of the proceedings until September 23, 2021. This will allow the parties to continue their discussions regarding a potential settlement.

1

The parties propose that they submit a status report on or before September 16, 2021 updating the Court on the progress of their discussions.

Counsel for the parties are available by telephone or videoconference should the Court have any questions.

Dated: June 16, 2021

Respectfully submitted,

| | |
|---|---|
| CHANNING D. PHILLIPS<br>D.C. BAR # 415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ Jeremy S. Simon<br>JEREMY S. SIMON<br>D.C. BAR #447956<br>ROBERT A. CAPLEN<br>D.C. Bar #501480<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2528<br>Jeremy.Simon@usdoj.gov<br>202) 252-2523<br>robert.caplen@usdoj.gov<br><br><br>*Counsel for the United States* | /s/ William H. Narwold<br>William H. Narwold<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-882-1681<br>bnarwold@motleyrice.com<br><br>Meghan S. B. Oliver<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>843-216-9492<br>moliver@motleyrice.com<br><br>Elizabeth Smith<br>MOTLEY RICE LLC<br>401 9th St. NW, Suite 1001<br>Washington, DC 20004<br>202-232-5504<br>esmith@motleyrice.com<br><br>Deepak Gupta<br>Jonathan E. Taylor<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>(202) 888-1741<br>deepak@guptawessler.com<br>jon@guptawssler.com |

*Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the foregoing Joint Status Report through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ William H. Narwold*
William H. Narwold
