UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al.,**  Plaintiffs,  v.  **UNITED STATES OF AMERICA,**  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 16-745 (PLF)** |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to Motion for Intervention, to Modify Class Certification Order and for Sanctions ("Motion to Intervene"), any opposition thereto, and the entire record herein, it is this _____ day of September, 2021,

**ORDERED** that the motion for extension is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have to, and including, October 1, 2021, to file its response to the Motion to Intervene.

**SO ORDERED.**

_____
United States District Judge