Michael T. Pines
619-771-5302
magicalmichael100@gmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et. al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | Case No. 1:16-cv-00745-PLF |

## INTRODUCTION

When Michael T. Pines is a party or involved in a case in any way, courts violate the Code of Conduct. The violations are clear, blatant, and repetitive. This started when Pines filed bankruptcy in 2010. The details concerning this are set forth in a draft complaint to possibly be filed in a bankruptcy court, a copy of which was filed initially and it has been updated. This court sealed it.

The reason for this is not hard to discern. Pines was credited with being one of the first to expose the criminal conduct of the "Too Big To Fail and Too Big To Jail Banks". First probably in the San Diego Free Press and then all over the world.

As the well known nickname implies, the large financial institutions are too big to allow

1

them to fail and no high ranking bank executive has ever been charged with a crime. In fact, nothing is allowed to happen to the Banks that is a serious detriment. This is because if the banks are put in danger, the entire system of the United States is put in jeopardy. The federal and state governments support the Banks in committing their crimes. Millions of articles, books and movies were made about this because of the 2008 financial crisis. The famous Occupy Movement was based on this.

An excellent documentary explaining all this is The Con (www.thecon.tv) which is incorporated herein by reference.

Judges are a part of the system and don't want it to fail. Hence, it is rare to find a judge who will do the right thing, but it does happen. As for home loans, theoretically, everyone is entitled to a "free house".  Washington state attorney Scott Safne has documented the fact that most judge's retirement funds are invested in Asset Backed Securities , and usually Mortgage Backed Securities so have at least the appearnace of impropriety and potential conflicts of interest.

This persists even at the Couts Of Appeal.

So, Pines only asks for the court to be honest and if the judge can't afford Pines due process to so whatever he deems appropriate.

Pines will trust whatever the judge says and if he says he can be impartial, Pines will accept it.

### UNUSUAL THINGS HAVE HAPPENED IN THIS CASE ALREADY

When Pines tried to file his original Motion to Intervene and related pleadings the clerk did not file it.  This was improper. Since filings are often time sensitive, the clerk is required by law to file anything he or she is given if it is in a form that it can be filed. If there are problems with

2

the filing the party is notified.

Pines submitted a motion to be allowed to file electronically in this court on July 27, 2021 and has not received a response.

Instead of the clerk filing the papers, they were submitted by the clerk to the judge seeking permission from the court to file. Pines has never seen or heard of this before. It took some time, but the court allowed the filing. But the court sealed many of the filings and heavily redacted what was published with no explanation. It is unlikely the court will be able to hide these things forever. The court ordered the parties to file a response to the intervention motion filed by Pines by September 10, 2021.

On September 8, 2021, the United States moved for an extension of time. In the motion, counsel disclosed that Pines already said he would be opposed to any extensions. Pines has not been allowed to receive service by ECF (something else that is unusual) but the U.S. Attorney emailed Pines the motion and Pines tried to file Opposition on September 9, 2021 but it has not yet been filed to Pines' knowledge.

Before Pines could respond and in denying him due process, the court granted the requested extension on September 9, 2021. This was in flagrant violation of the rules that parties have a chance to respond to a motion before the court rules. (See, e.g. LCvR 16.1).

There has been gross misconduct by all the attorneys in this case as set forth in the Opposition to the Motion for Extension of Time which Pines has been trying to file. Counsel has wasted 5 years of this court's time and that of the court of appeal as set forth in that motion.

### **PINES' REQUEST**

Pines is aware the federal judges in D.C. have a retirement plan that is probably invested in securitized cash flows. As described in the draft complaint for bankruptcy court, that is illegal.

Pines does not care about that. It is likely there is no judge in the United States that does not have investments in securities of some sort and if that were a basis for disqualification no court could hear Pines' matters.

Pines only requests the court disclose any potential conflicts or things that might give the appearance of impropriety in addition to what has been described above and state honestly if he can hear this case. Pines will accept whatever the court says. If the court doesn't believe it can be impartial and afford Pines due process, perhaps another judge can and the case can be transferred but it may be hard to find a judge.

### **AN EXAMPLE OF WHAT OTHER UNETHICAL COURTS HAVE DONE**

Besides the clearly corrupt judge in Pines' bankruptcy, there is another more recent example.

Pines was the victim of a serious crime including threats made on his life while living in Sequim, Washington. The facts have never been disputed by anyone. Pines was the victim of an illegal eviction and crimes. The City Attorney and County Prosecutor refused to do anything. So far, the F.B.I. has done nothing.

 Pines removed the case to federal court which was proper since Pines had claims based on federal statutes. The federal court complaint sets forth many of the facts. It was filed in the UNITED STATES DISTRICT COURT , WESTERN DISTRICT OF WASHINGTON, Case No. 3:21-cv-05233-BHS. It is requested the court read the file.

The federal court remanded the case to state court on its own initiative without explanation. Pines filed an appeal in the state court eviction case. COURT OF APPEALS, DIVISION II OF THE STATE OF WASHINGTON, APPELLATE CASE #: 55532-8-II, Superior Court Case No. 21-2-00173-05. That court made rulings that make no sense at all

4

already.

Pines filed a motion to disqualify the judge in federal court which was never heard since the court simply refused to hear anything Pines had to say, denying him access to the federal court.

Pines filed an emergency writ with the Ninth Circuit Court of Appeal which refused to get involved. (Appeal No. 21-71023).

Pines filed an emergency Writ with the Washington Supreme Court which was summarily denied.

To be sure Pines would not be evicted he filed a bankruptcy in the Washington Bankruptcy Court. The parties adverse to Pines clearly violated the stay.

As soon as the bankruptcy court read the file it dismissed the case on its own and refused to hear Pines actions for violation of the stay.

When Pines questioned this, the court wrote a letter saying it really didn't completely terminate the case. But when Pines asked it to then proceed on his actions for violation of the stay, the court refused.

Pines didn't even waste his time complaining about the ethical violations of the federal judges to the Ninth Circuit where such complaints are filed since the Ninth Circuit was already aware of the situation and itself acted unethically in denying Pines any relief.

Pines reported the state court judges to the Washington Judicial Commission and this achieved nothing. Pines reported all counsel to the Washington state bar and this achieved nothing.

Pines wasted a great deal of money on filing fees in these courts.

Reuters recently published a report about how much corruption there is in the judiciary.

(htttps://www.reuters.com/investigates/special-report/usa-judges-misconduct/).

This is incredibly frightening to Pines and others. If people have no place to go to try to obtain justice peaceably, they may have no choice but to resort to violence.

It has been widely reported that the justice system in the United States is badly broken. The idea of packing the U.S. Supreme Court has been much in the news lately.

When a society has no such system it seems doomed to fail. Many think the United States is on the brink.

Pines was put in jail, prison, and mental hospitals for speaking the truth. Now, if Pines can't find a judge to hear his claims fairly, a further grave injustice will have been done to him.

**MOTION FOR RECONSIDERATION**

Pines requests the court reconsider the granting of an extension of time to respond to Pines' motion to intervene, for class decertification, and for sanctions, and consider the Opposition/Declaration Pines. Today, (September 9, 2021) Pines requested the clerk file it by sending it to the only emails he has. Hopefully it will get filed. So far, Pines has not been allowed to file electronically and if the court wants to continue to have a special procedure for Pines to file pleadings, Pines will comply so long as things get filed and he is heard.

Pines alerted the judicial assistant Marissa V. Ahari by phone to what was going on and she said she would alert the judge and to contact the clerk about getting things filed.

Pines won't even bother to brief the fact that reconsideration is warranted even though technically, there is no such thing named such under federal law. Such motions are usually based on F.R.C.P. Rule 59 or 60. If nothing else, Rule 60 provides that decisions or orders can be set aside "for any other reason that justifies relief.

This court is undoubtedly familiar with such motions and applicable law, as they are filed

all the time so unless the court requests briefing Pines won't take the time.

As a practical matter, since the court did not have, or consider the evidence or arguments of Pines, the Opposition/Declaration are new matters the court did not consider.

Respectfully Submitted,

Dated:  September 9, 2021                    /s/ Michael T. Pines