IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL SERVICES
PROGRAM, NATIONAL CONSUMER
LAW CENTER, and ALLIANCE FOR
JUSTICE, for themselves and all others
similarly situated,

            *Plaintiffs*,

   v.

UNITED STATES OF AMERICA,
            *Defendant.*

Case No. 1:16-cv-00745-PLF

## JOINT STATUS REPORT

As ordered by this Court on June 16, 2021, the parties file this joint status report to update the Court on the progress of their settlement discussions. On June 16, 2021, the parties submitted a joint status report informing the Court they had participated in an all-day mediation session with Professor Eric Green of Resolutions, LLC and were engaged in discussions regarding a potential settlement. Since the last report, the parties have worked diligently towards a resolution, and have continued to meet and exchange proposals. The parties have made progress in their discussions, but some issues require further discussion and the parties need more time to attempt to address them. As a result, the parties request an additional sixty-day extension of the stay of proceedings until November 22, 2021 in order to continue their discussions.

The parties propose that they submit a status report on or before November 15, 2021 updating the Court on the progress of their discussions.

Counsel for the parties are available by telephone or videoconference should the Court have any questions.

1

Dated: September 15, 2021

                                                Respectfully submitted,

| | |
|---|---|
| CHANNING D. PHILLIPS<br>D.C. BAR # 415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: */s/ Jeremy S. Simon*<br>JEREMY S. SIMON<br>D.C. BAR #447956<br>ROBERT A. CAPLEN<br>D.C. Bar #501480<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2528<br>Jeremy.Simon@usdoj.gov<br>(202) 252-2523<br>robert.caplen@usdoj.gov<br><br>*Counsel for the United States* | */s/ William H. Narwold*<br>William H. Narwold<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-882-1681<br>bnarwold@motleyrice.com<br><br>Meghan S. B. Oliver<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>843-216-9492<br>moliver@motleyrice.com<br><br>Elizabeth Smith<br>MOTLEY RICE LLC<br>401 9th St. NW, Suite 1001<br>Washington, DC 20004<br>202-232-5504<br>esmith@motleyrice.com<br><br>Deepak Gupta<br>Jonathan E. Taylor<br>GUPTA WESSLER PLLC<br>2001 K Street, NW, Suite 850 N<br>Washington, DC 20006<br>(202) 888-1741<br>deepak@guptawessler.com<br>jon@guptawessler.com<br><br>*Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically filed the foregoing Joint Status Report through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *William H. Narwold*
William H. Narwold