IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | Case No. 1:16-cv-00745-PLF |

## JOINT STATUS REPORT

As ordered by this Court on September 17, 2021, the parties file this joint status report to update the Court on their settlement discussions. On September 15, 2021, the parties submitted a joint status report informing the Court that they had made progress in their settlement discussions, but needed additional time to attempt to address a number of outstanding issues. Since then, the parties have continued to work diligently and have reached an agreement in principle on proposed terms to resolve the matter, subject to Defendant obtaining approval of the proposed terms of settlement from the United States Department of Justice. The parties also require time to memorialize the proposed terms in a written settlement document in connection with that approval process. At this time, the parties are not able to anticipate how long the approval process might take and, accordingly, respectfully propose that they provide a further status report to the Court on or before January 20, 2022.

Counsel for the parties are available by telephone or videoconference should the Court have any questions.

1

Dated: November 15, 2021

                Respectfully submitted,

MATTHEW M. GRAVES  
D.C. BAR # 481052  
United States Attorney

BRIAN P. HUDAK  
Acting Chief, Civil Division

By: */s/ Jeremy S. Simon*  
JEREMY S. SIMON  
D.C. BAR #447956  
ROBERT A. CAPLEN  
D.C. Bar #501480  
Assistant United States Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 252-2528  
Jeremy.Simon@usdoj.gov  
(202) 252-2523  
robert.caplen@usdoj.gov

*Counsel for the United States*

*/s/ William H. Narwold*  
William H. Narwold  
MOTLEY RICE LLC  
One Corporate Center  
20 Church Street, 17th Floor  
Hartford, CT 06103  
860-882-1681  
bnarwold@motleyrice.com

Meghan S. B. Oliver  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mt. Pleasant, SC 29464  
843-216-9492  
moliver@motleyrice.com

Elizabeth Smith  
MOTLEY RICE LLC  
401 9th St. NW, Suite 1001  
Washington, DC 20004  
202-232-5504  
esmith@motleyrice.com

Deepak Gupta  
Jonathan E. Taylor  
GUPTA WESSLER PLLC  
2001 K Street, NW, Suite 850 N  
Washington, DC 20006  
(202) 888-1741  
deepak@guptawessler.com  
jon@guptawessler.com

*Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing Joint Status Report through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ William H. Narwold*
William H. Narwold
