Michael T. Pines
12303 Harbour Pointe Blvd.
#N-203
Mukilteo, WA  98275
619-771-5302
magicalmichael100@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et. al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | Case No.  1:16-cv-00745-PLF<br><br><br><br>**NOTICE OF APPEAL** |
|---|---|

    Michael T. Pines appeals to the United States Court of Appeals for the District of Columbia from the order denying the Motions to Intervene and For Leave To File A Complaint In Intervention, Motion to Modify Class Certification Order, and for Sanctions entered on November 16, 2021.

Dated:  December 16, 2021                /s/ Michael T. Pines

1