IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE, for themselves
and all others similarly situated,
          *Plaintiffs*,

     v.

UNITED STATES OF AMERICA,
          *Defendant*.

Case No. 1:16-cv-00745-PLF

**JOINT STATUS REPORT**

As ordered by this Court on January 21, 2022, the parties file this joint status report to update the Court on the progress of their settlement discussions. On November 15, 2021, the parties submitted a joint status report informing the Court that they had reached an agreement in principle on proposed terms to resolve the matter, subject to the defendant obtaining approval of the proposed terms of settlement from the United States Department of Justice. The parties further informed the Court that they required time to memorialize the proposed terms in a written settlement document in connection with that approval process. In the last status report, the parties reported that plaintiffs had submitted a draft of the proposed written settlement document to counsel for the defendant, and that counsel for the defendant required time to review the draft and propose any edits.

The parties now report that counsel for the parties have finalized a draft settlement document, and that counsel for defendant has now begun the process of obtaining formal approval of the proposed settlement from the Department of Justice. At this time, the parties are not able to anticipate how long the approval process might take and, accordingly, respectfully propose that

they provide a further status report to the Court on or before May 17, 2022, and that the stay of proceedings be extended to May 25, 2022.

Counsel for the parties are available by telephone or videoconference should the Court have any questions.

Dated: April 1, 2022

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>D.C. BAR # 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: */s/ Jeremy S. Simon*<br>JEREMY S. SIMON<br>D.C. BAR #447956<br>ROBERT A. CAPLEN<br>D.C. Bar #501480<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2528<br>Jeremy.Simon@usdoj.gov<br>(202) 252-2523<br>robert.caplen@usdoj.gov<br><br><br>*Counsel for the United States* | */s/ Deepak Gupta*<br>Deepak Gupta<br>Jonathan E. Taylor<br>GUPTA WESSLER PLLC<br>2001 K Street, NW, Suite 850 N<br>Washington, DC 20006<br>(202) 888-1741<br>deepak@guptawessler.com<br>jon@guptawessler.com<br><br>William H. Narwold<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-882-1681<br>bnarwold@motleyrice.com<br><br>Meghan S. B. Oliver<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>843-216-9492<br>moliver@motleyrice.com<br><br>Elizabeth Smith<br>MOTLEY RICE LLC<br>401 9th St. NW, Suite 1001<br>Washington, DC 20004<br>202-232-5504<br>esmith@motleyrice.com<br><br>*Counsel for Plaintiffs National Veterans Legal Services*<br>*Program, National Consumer Law Center, Alliance*<br>*for Justice, and the Class* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I electronically filed the foregoing Joint Status Report through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta
