IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE, for themselves
and all others similarly situated,
                    *Plaintiffs*,


           v.


UNITED STATES OF AMERICA,
                    *Defendant*.

Case No. 1:16-cv-00745-PLF

## JOINT STATUS REPORT

On August 12, 2022, the parties informed this Court that they had executed a class-action settlement agreement, under which the plaintiffs had agreed to file a motion for an Order Approving Settlement Notice to the Class under Federal Rule of Civil Procedure 23(e)(1), and any necessary supporting papers, including a copy of the settlement agreement, by September 26, 2022.

Later that day, this Court entered a minute order setting September 26 as the deadline for the plaintiffs to file this motion and extending the stay of proceedings through that date.

The parties now file this joint status report to inform the Court that they are in the process of making certain technical modifications to the agreement, one of which would move the deadline to file the plaintiffs' motion for an Order Approving Settlement Notice to the Class to October 11, 2022. They expect to execute these modifications in an amendment later this week or early next week.

The parties therefore request that this Court reset the deadline for the plaintiffs to file their motion for an Order Approving Settlement Notice to the Class to October 11, 2022 and extend the stay of proceedings to that same date or the filing of the plaintiffs' motion, whichever is earlier.

Dated: September 22, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. BAR # 481052
United States Attorney

_/s/  Deepak Gupta_
Deepak Gupta
Jonathan E. Taylor
GUPTA WESSLER PLLC
2001 K Street, NW, Suite 850 N
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com
jon@guptawessler.com

BRIAN P. HUDAK
Chief, Civil Division

By:_ /s/  Jeremy S. Simon_
JEREMY S. SIMON
D.C. BAR #447956
ROBERT A. CAPLEN
D.C. Bar #501480
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov
(202) 252-2523
robert.caplen@usdoj.gov

William H. Narwold
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
bnarwold@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843-216-9492
moliver@motleyrice.com

*Counsel for the United States*

Elizabeth Smith
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
202-232-5504
esmith@motleyrice.com

*Counsel for Plaintiffs National Veterans Legal Services*
*Program, National Consumer Law Center, Alliance*
*for Justice, and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, I electronically filed the foregoing Joint Status Report through this Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*s/Deepak Gupta*
Deepak Gupta
