# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5291**  **September Term, 2022**

**1:16-cv-00745-PLF**

**Filed On: November 14, 2022** [1973453]

National Veterans Legal Services Program,
et al.,

        Appellees

    v.

United States of America,

        Appellee

Michael T. Pines,

        Appellant

## M A N D A T E

    In accordance with the order of September 28, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the order filed September 28, 2022