# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5291**             **September Term, 2022**

**1:16-cv-00745-PLF**

**Filed On: September 28, 2022** [1966506]

National Veterans Legal Services Program,
et al.,

        Appellees

    v.

United States of America,

        Appellee

Michael T. Pines,

        Appellant

## O R D E R

      By order filed July 22, 2022, appellant was directed to file their initial submissions by August 22, 2022. To date, no initial submissions have been received from appellant. Upon consideration of the foregoing, it is

      **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

      The Clerk is directed to issue the mandate in this case by November 14, 2022.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                           BY:    /s/
                                         Laura M. Morgan
                                         Deputy Clerk