```
1                      UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2

   NATIONAL VETERANS LEGAL
3  SERVICES PROGRAM, et al.,          Civil Action
                                      No. 16-745
4              Plaintiff(s),
         v.
5                                     Washington, D.C.
   UNITED STATES OF AMERICA,
6                                     December 6, 2022
              Defendant(s).
7  ------------------------------------------------------------
                              HEARING
8            BEFORE THE HONORABLE PAUL L. FRIEDMAN
                  UNITED STATES DISTRICT JUDGE
9
   APPEARANCES:
10
   FOR THE PLAINTIFF(S):  Meghan S. B. Oliver, Esquire
11                        Motley Rice, LLC
                          28 Bridgeside Boulevard
12                        Mount Pleasant, South Carolina 29464

13                        William H. Narwold, Esquire
                          One Corporate Center
14                        20 Church Street
                          17th Floor
15                        Hartford, Connecticut 06103

16                        Deepak Gupta, Esquire
                          Gupta Wessler, PLLC
17                        2001 K Street Northwest
                          Suite 850 North
18                        Washington D.C. 20006

19
   FOR THE DEFENDANT(S):  Jeremy S. Simon, Esquire
20                        United States Attorney's Office
                          6-1 D Street Northwest
21                        Washington, D.C. 20530

22
   REPORTED BY:           Tammy Nestor, RMR, CRR
23                        Official Court Reporter
                          333 Constitution Avenue NW
24                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts.gov
25
```

1    The following proceedings began at 10:03 a.m.:

2              THE COURTROOM DEPUTY:  Good morning, Your Honor.

3              Your Honor, all the parties on the line.  I am going

4    to call the case.

5              Your Honor, this is Civil Action 16-745, National

6    Veterans Legal Services Program versus United States of

7    America.

8              Will parties on the video conference line please

9    identify yourselves for the record, and we will start with

10   plaintiff's counsel this morning.

11             MR. GUPTA:  Good morning, Your Honor.  Deepak Gupta

12   from the Gupta Law Firm for the plaintiffs.

13             MR. NARWOLD:  Good morning, Your Honor.  Bill Narwold,

14   Motley Rice, also for the plaintiffs.

15             MS. OLIVER:  Good morning, Your Honor.  Meghan Oliver

16   with Motley Rice, also for the plaintiffs.

17             MR. SIMON:  Good morning, Your Honor.  Jeremy Simon

18   for the government.

19             THE COURT:  All right.  Good morning, everybody.

20             I guess this is a momentous occasion.  I will have to

21   tell Judge Huvelle next time I see her.

22             I just wanted to be clear exactly where we were and

23   where we go from here because there is a motion filed by

24   plaintiffs for preliminary approval of a class settlement with

25   a substantial brief in support and Mr. Gupta's declaration with

1    the attached -- with attachments.

2         And there is also a document from the government

3    called a response to motion for preliminary approval of class

4    settlement.  And as I understand it, it wouldn't be here if

5    there hasn't been an agreement.  And the government's only

6    concerns are rather minor, as I understand it.

7         So if I'm right, the government's first suggestion is

8    definitely minor, proposal to clarify something in

9    paragraph 18.

10        The second has something to do with the protective

11   order, and I guess you all can explain it to me.

12        So I want to know exactly where we are.  Is there an

13   agreement?  Do I have the agreed revised of protective order?

14   Do I have the agreed revised document?  And what should I --

15   shall I just go ahead and sign the order preliminarily

16   approving it, and we will set some dates?

17        So that's why we're here.  So I will leave it to you

18   to try to clarify and explain for my edification.

19        MR. GUPTA:  Your Honor, this is Deepak Gupta for the

20   plaintiffs.  I will leave it to my colleagues to address the

21   protective order issue, but I am glad that -- we are all glad

22   that the Court has set this status conference because we have

23   realized in the time since the settlement was publicly

24   announced on October 11, we have heard from quite a lot of

25   (inaudible) members with inquiries and have discovered that

1   there are some logistical slash administrative issues with --

2   that may affect the notice process.  And we have been

3   attempting to work through those issues with the Justice

4   Department and the class administrator, so, for example,

5   questions about what to do with accounts that have become

6   defunct, what to do with the pretty common scenario, which is

7   that you have an institutional -- an entity, like a law firm,

8   for example, and there are many individual accounts registered

9   with Pacer, but the entity was the payor.

10          And so we are working with the Justice Department to

11  get information from the AO about exactly what's in the AO's

12  records and what the best way is to handle those kinds of

13  inquiries.

14          I think this (inaudible) is because we've gotten this

15  feedback before the notice has gone out and so we don't have to

16  sort before solve problems that we didn't anticipate.  We are

17  able to anticipate them now.

18          And so what -- we have spoken with the Justice

19  Department and what we, I think, collectively have agreed to

20  propose to you is that we hold off.  And so even though we have

21  moved for preliminary approval and asked you to sign this

22  order, we actually think it would make sense to hold off for,

23  say, another 30 days and provide an update to the Court about

24  what we have been able to determine with respect to those

25  issues and whether that requires some modification to the

1    proposed notice.

2            THE COURT:  That's good news in a way because, you

3    know, your experience certainly and mine in many different

4    kinds of class actions is notice is crucial, and how it's

5    worded and how it's implemented are crucial.

6            And, you know, a case like this, I assume most of your

7    members of the class are pretty sophisticated, but I have been

8    in civil rights class actions when tailoring and finding the

9    right language to communicate to people who are not

10   sophisticated and hard to reach and some of them practically

11   illiterate is a real task for the lawyers and their

12   consultants.  And what you are talking about is not that.  You

13   are talking about the logistics and the administrative side of

14   it.  But the last thing any of us would want is to find out a

15   whole bunch of people didn't get notice, and that affects one

16   of the findings I have to make before I approve a settlement.

17   So 30 days is worth taking the time, I guess.

18           MR. GUPTA:  Thank you, Your Honor.

19           THE COURT:  Anything else on the plaintiff's side, or

20   shall I ask the government to speak?

21           Mr. Simon.

22           MR. SIMON:  Yes.  Thank you, Your Honor.

23           We had a phone call yesterday in which these issues

24   were brought to my attention.  So I agree that 30 days to allow

25   the parties to further discuss this and report back to the

1    Court makes sense.

2        THE COURT:  Okay.

3        MR. SIMON:  In terms of the protective order, Your

4    Honor, I think that's fairly -- going to be fairly routine.

5    There is a protective order on file.  I think (inaudible) about

6    2017 when notice data was provided to the plaintiffs in

7    connection with a prior notice that went out with respect to

8    the (inaudible) back in 2017.

9        And I think all that we would probably be

10   contemplating this to encompass the more extended class period

11   that's been proposed in the settlement and also probably to

12   encompass some of the financial data that ultimately will need

13   to be provided later down the road.  I think it probably makes

14   sense to do it all at once rather than come back to the Court

15   again to make a further amendment.  But the financial data

16   wouldn't be provided until we reach a later stage in the

17   process.

18       THE COURT:  So are you -- have you drafted something

19   or are you going to draft something and provide it to the

20   plaintiffs?  I know some of the details may need to be plugged

21   in later, but so we've got at least a template for the amended

22   protective order when we are ready for it.

23       MR. SIMON:  Correct.  I haven't done that yet, but it

24   is on my list of things to do and to have it to the plaintiffs

25   in time before any deadline to transmit the data, you know,

1    arises.

2          THE COURT:  Unless anybody has anything else, maybe

3    the best thing we can do at this point is set a date for

4    another status conference, so sometime in January, in the new

5    year.  So I am fairly open on the first week of January and the

6    second week of January unless that's too soon.

7          MR. GUPTA:  We don't think that's too soon.  I think

8    that's probably about the right timeline if that's okay with

9    the Justice Department.

10         MR. SIMON:  Your Honor, that would be fine.  I'm

11   wondering whether, would it be possible for the parties to

12   propose to, perhaps in an email to your clerk, some dates after

13   we have a chance to confer as to possible dates those two

14   weeks?  I apologize.  I have two trials coming up in February,

15   and my January calendar is loaded with dates.  And I'm just --

16         THE COURT:  Okay.

17         MR. SIMON:  I'm not able to sort of decipher all of my

18   handwriting.

19         THE COURT:  Okay.  Let me give you some dates that I

20   am available, and then you can talk to each other.

21         It looks like I am available all day on January 4, the

22   afternoon of January 5, the morning of January 6, the afternoon

23   of January 9, and all day January 10, 11, and 12.  So that

24   should give you some options.

25         And do you have email addresses for any of my clerks?

1   You have Erica's email?

2          MR. GUPTA:  Yes.

3          THE COURT:  All right.  So you will let Erica, my law

4   clerk, know what you suggest, and then we will do a minute

5   order setting the date and we can do it virtually again.

6   That's probably easy enough.  We don't all need to be in court

7   for that.

8          The added benefit to doing it virtually, although when

9   we have a fairness hearing, it will obviously be in court, but

10  the added benefit to doing it virtually is that there is an

11  open public line.  So if there are people who are interested,

12  whether they are members of the class or members of the public

13  or members of the press, they have been able to hear what we

14  have said today, and the same will be true on whatever day we

15  set in January.

16         So anything else for today?

17         MR. GUPTA:  Nothing further from the plaintiffs.

18         THE COURT:  If not, I am happy you have reached a

19  settlement.  I don't know how the Administrative Office of the

20  U.S. Courts feels about it, the U.S. Treasury, but that's not

21  my problem, and I'm sure Judge Huvelle because she devoted a

22  lot of time to this case, as you all know.

23         The other thing you may know about Judge Huvelle is

24  she was probably the most efficient judge in the court.  So

25  when she retired -- and I saw her recently.  She's doing well.

1   When she retired, as a senior judge, I volunteered to take her

2   entire civil caseload which for most judges I would never have

3   done, but with Judge Huvelle, there were only eight cases and

4   they were all interesting cases.  And a number of them have

5   taken a huge amount of time.  This one apparently will not,

6   other than to make sure that everything is done appropriately

7   and I make proper findings and we have the kind of fairness

8   hearing that I know you all want when the time comes.

9           So thank you, and see you in January on a date to be

10  determined.

11          MR. GUPTA:  Thank you, Your Honor.

12          MR. SIMON:  Thank you, Your Honor.

13          (The hearing concluded at 10:17 a.m.)

14                         - - -

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2                        C E R T I F I C A T E

 3

 4            I hereby certify that the foregoing is an

 5    accurate transcription of the proceedings in the

 6    above-entitled matter.

 7

 8

 9    1/13/23                    s/ Tammy Nestor
                                 Tammy Nestor, RMR, CRR
10                               Official Court Reporter
                                 333 Constitution Avenue NW
11                               Washington, D.C. 20001
                                 tammy_nestor@dcd.uscourts
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```