UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, *et al.*,  <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 16-0745 (PLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Derek S. Hammond as counsel for defendant in the above-captioned case, substituting for Assistant United States Attorneys Jeremy S. Simon and Robert A. Caplen.

Dated: March 29, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Derek S. Hammond*
DEREK S. HAMMOND
D.C. Bar # 1017784
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2511
Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*