# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL VETERANS LEGAL | ) | |
| SERVICES PROGRAM, NATIONAL | ) | |
| CONSUMER LAW CENTER, and | ) | |
| ALLIANCE FOR JUSTICE, for themselves | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. 16-0745 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## STIPULATION AND SECOND AMENDMENT
## TO CLASS ACTION SETTLEMENT AGREEMENT

Through this Stipulation and Second Amendment, the parties agree to the following

modification to the Class Action Settlement Agreement, executed by counsel for Plaintiffs on July

27, 2022 and counsel for Defendant on July 12, 2022 (the "Agreement").

Paragraph 21 of the Agreement shall be replaced with the following language:

21.     The Administrator shall complete disbursement of each Class Member's individual
        share of the recovery, calculated in accordance with the formula set forth in the
        previous two paragraphs, within 180 days of receipt of the Aggregate amount, or
        within 180 days after receiving from the Administrative Office the information set
        forth in paragraph 14 above, whichever is later. The Administrator shall complete
        disbursement of the amounts for attorney fees and litigation expenses to Class
        Counsel, and service awards to the named plaintiffs, within 30 days of the receipt
        of the Aggregate Amount.

Paragraph 23 of the Agreement shall be replaced with the following language:

23.     ***Second Distribution.*** If, despite these efforts, unclaimed or undistributed funds
        remain in the Settlement Trust 180 days after the Administrator has made the
        distribution described in paragraph 21, those funds ("the Remaining Amount After

First Distribution") shall be distributed to Class Members as follows. First, the only Class Members who will be eligible for a second distribution will be those who (1) paid a total amount of more than $350 in PACER fees for use of PACER during the Class Period, and (2) deposited or otherwise collected their payment from the first distribution, as confirmed by the Administrator. Second, the Administrator shall determine the number of Class Members who satisfy these two requirements and are therefore eligible for a second distribution. Third, the Administrator shall then distribute to each such Class Member an equal allocation of the Remaining Amount After First Distribution, subject to the caveat that no Class Member may receive a total recovery (combining the first and second distributions) that exceeds the total amount of PACER fees that the Class Member paid for use of PACER during the Class Period. The entire amount of the Remaining Amount After First Distribution will be allocated in the Second Distribution. To the extent a payment is made to a Class Member by the Administrator by check, any check that remains uncashed 180 days after the Administrator has made the distribution described in paragraph 21, shall be void, and the amounts represented by that uncashed check shall revert to the Settlement Trust for the Second Distribution. Prior to making the Second Distribution, the Administrator will notify in writing the Administrative Office's Office of General Counsel and the Administrative Office's Court Services Office at the following addresses that unclaimed or undistributed funds remain in the Settlement Trust.

If to the Administrative Office's Court Services Office:

Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Building
Court Services Office
One Columbus Circle, N.E., Ste. 4-500
Washington, DC 20544

If to the Administrative Office's Office of General Counsel:

Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Building
Office of General Counsel
One Columbus Circle, N.E. Ste. 7-290
Washington, DC 20544

The remainder of Agreement remains unchanged by this Stipulation and Second Amendment.

AGREED TO ON BEHALF OF PLAINTIFFS:

_____

DEEPAK GUPTA (D.C. Bar No. 495451)
JONATHAN E. TAYLOR (D.C. Bar No. 1015713)
**GUPTA WESSLER PLLC**
2001 K Street, NW, Suite 850 N
Washington, DC 20006
Phone: (202) 888-1741 / Fax: (202) 888-7792
*deepak@guptawessler.com, jon@guptawessler.com*

WILLIAM H. NARWOLD (D.C. Bar No. 502352)
MEGHAN S. B. OLIVER (D.C Bar No. 493416)
ELIZABETH SMITH (D.C. Bar No 994263)
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Phone: (202) 232-5504
*bnarwold@motleyrice.com, moliver@motleyrice.com*

*Attorneys for Plaintiffs*

Date:  04-12-23_____

AGREED TO FOR THE UNITED STATES:

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____      4-11-23
     DEREK S. HAMMOND, D.C. Bar No. 1017784          Dated
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C. 20530
     (202) 252-2511
     Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*

3