UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 16-0745 (PLF) |

**DEFENDANT'S RESPONSE TO REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Defendant United States of America files this response to Plaintiffs' Revised Motion for Preliminary Approval of Class Settlement to advise the Court that the United States supports the granting of the motion.

The United States has previously set forth in filings before this Court its position as to why it maintained that it was lawful to utilize PACER fee revenue on certain initiatives related to public access that ultimately were found by this Court to fall outside the scope of the statutory authorization for use of such revenues (those initiatives continue but are now funded through appropriated funds). The United States refers the Court to those filings, and the rulings of this Court and that of the Federal Circuit, for the relevant background to this settlement.

In light of that background, the uncertainty that continued litigation presents to all parties, and the extensive negotiations that have led to the settlement, the United States agrees with Plaintiffs that the settlement is fair, reasonable, and adequate. As observed in Plaintiffs' motion, moreover, the settlement is structured to be consistent with the longstanding efforts of the Administrative Office of the U.S. Courts (the "Administrative Office") to promote access to court

electronic records by members of the public and to reduce the financial burden on individual users. (Mot. at 20-21). In that regard, the United States further notes that PACER fees have not been increased since 2011 and, in January 2020, the Judicial Conference doubled the fee waiver from $15 to $30 per user each quarter.

The United States offers only one point of clarification with respect to the terms of the proposed order accompanying Plaintiffs' motion.[1] The proposed order requires objections by "Class Members" to any request for fees and expenses to be filed no later than 30 days prior to the settlement hearing. (Proposed Order ¶ 20). The United States requests that that paragraph be clarified to specify that any response by the United States to the request for fees and expenses, as reserved in paragraph 28 of the Settlement Agreement, would be subject to the same filing deadline.

In light of the foregoing, the United States respectfully requests that the Court grant Plaintiffs' motion with the clarification described above.

*   *   *

---

[1] Defendant notes that the notification provision in the Class Action Fairness Act, 28 U.S.C. § 1715(b), does not apply in class actions in which the United States is the named Defendant. *See* 28 U.S.C. § 1715(f) ("Nothing in this section shall be construed to expand the authority of, or impose any obligations, duties, or responsibilities upon, Federal or State officials.").

- 3 -

Dated: April 26, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/ Derek S. Hammond*
      DEREK S. HAMMOND
      D.C. Bar # 1017784
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      202-252-2511
      Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*