IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>              *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>              *Defendant.* | Case No. 1:16-cv-00745-PLF |

**REPLY IN FURTHER SUPPORT OF PLAINTIFFS' REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT [ECF No. 148]**

On April 26, 2023, the United States responded to Plaintiffs' Revised Motion for Preliminary Approval of Class Settlement. ECF No. 150. The United States informed the Court that it "supports the granting of the motion" but requested that the proposed order "be clarified to specify that any response by the United States to the request for fees and expenses, as reserved in paragraph 28 of the Settlement Agreement" must be filed no later than 30 days prior to the settlement hearing. *Id.* at 1-2. Plaintiffs do not object to this request and have attached a revised proposed order reflecting this clarification.

1

Dated: April 27, 2023

Respectfully Submitted,

*/s/ William H. Narwold*

William H. Narwold
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
(860) 882-1676
*bnarwold@motleyrice.com*

Meghan S.B. Oliver
Charlotte E. Loper
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cloper@motleyrice.com*

Deepak Gupta
Jonathan E. Taylor
GUPTA WESSLER PLLC
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*

*Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed this reply motion for preliminary approval through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William H. Narwold*
William H. Narwold
