IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>                *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                *Defendant*. | Case No. 1:16-cv-00745-PLF |

**NOTICE OF SUBMISSION OF REVISED PROPOSED ORDER AND REVISED NOTICE DOCUMENTS**

On April 12, 2023, Plaintiffs filed their Revised Motion for Preliminary Approval of Class Settlement along with a proposed order and a number of supporting documents including a proposed notice plan with six proposed notice documents. *See* ECF No. 148; ECF No. 149. On May 4, 2023, the Court asked the parties to file a revised proposed order reflecting the date and location of the fairness hearing and revised notice documents reflecting the option to submit objections and comments by email or mail. Consistent with the Court's requests, Plaintiffs have attached a revised proposed order and revised notice documents reflecting these changes. Plaintiffs have resubmitted all notice documents (Exhibits 1-6) for the sake of completeness, but only Exhibits 1 and 2 (email notices) and Exhibit 5 (website notice) were impacted by the addition of an email option.

1

Dated: May 8, 2023

        Respectfully Submitted,

        /s/ William H. Narwold
        William H. Narwold
        MOTLEY RICE LLC
        One Corporate Center
        20 Church Street, 17th Floor
        Hartford, CT  06103
        (860) 882-1676
        bnarwold@motleyrice.com

        Meghan S.B. Oliver
        Charlotte E. Loper
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        (843) 216-9000
        moliver@motleyrice.com
        cloper@motleyrice.com

        Deepak Gupta
        Jonathan E. Taylor
        GUPTA WESSLER PLLC
        2001 K Street, NW, Suite 850 North
        Washington, DC 20006
        (202) 888-1741
        deepak@guptawessler.com
        jon@guptawessler.com

        *Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2023, I electronically filed this Notice of Submission of Revised Proposed Order and Revised Notice Documents through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                    */s/ William H. Narwold*
                                                    William H. Narwold