# EXHIBIT 3

**To All PACER Users Who Paid Fees to Access Federal Court Records Between April 21, 2010 and May 31, 2018**

**Your Rights Might Be Affected By a Proposed Class Action Settlement**

The back of this card provides a summary of the action.

Class Action Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

First-Class
Mail
US Postage
Paid
Permit #__

*100000001*

Postal Service: Please do not mark barcode

TDA—100000001    1

First1 Last1
c/o
Addr2
Addr1
City, ST  Zip «Country»

---

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*National Veterans Legal Services Program, et al. v. United States*, **1:16-cv-00745-PLF**

Nonprofit groups filed a class action lawsuit against the United States claiming that the government has unlawfully charged PACER users more than necessary to cover the costs of providing public access to federal court records through PACER. This notice is to inform you that the parties have decided to settle the case for $125,000,000. This amount is referred to as the common fund. The settlement has been preliminarily approved by the Court.

**Why am I receiving this notice?** You are receiving this notice because you may have paid PACER fees between April 21, 2010 and May 31, 2018. This notice explains that the parties have entered into a proposed class action settlement that may affect you. You may have legal rights and options that you may exercise before the Court decides to grant final approval to the settlement.

**What is this lawsuit about?** The lawsuit alleges that federal courts have been charging unlawfully excessive PACER fees. It alleges that Congress has authorized the federal courts to charge PACER fees only to the extent necessary to cover the costs of providing public access to federal court records, and that the fees for use of PACER exceed its costs. The lawsuit further alleges that the excess PACER fees have been used to pay for projects unrelated to PACER. The government denies these claims and contends that the fees are lawful. The parties have agreed to settle.

**Who represents me?** The Court has appointed Gupta Wessler PLLC and Motley Rice LLC as Class Counsel. You may hire your own attorney, if you wish, at your own expense.

**What are my options?** If you are an accountholder and directly paid your own PACER fees, you do not have to do anything to receive a share of the common fund. You will automatically receive a check for your share of the common fund assuming the Court grants final approval of the settlement. If someone directly paid PACER Fees on your behalf, you should direct your payment to that individual or entity at the website below no later than [insert date for 60 days after dissemination of email notice]. If you accept payment of any settlement proceeds, you are verifying that you paid the PACER fees and are the proper recipient of the settlement funds. You may object to any aspect of the proposed settlement. You must object by [date]. If you object, you may also request to appear at the final hearing on [date].

**For more information: [number] or www.pacerfeesclassaction.com**

By Order of the U.S. District Court, Dated: _____    _____