# EXHIBIT 4

**To All PACER Users Who Paid Fees to Access Federal Court Records Between April 22, 2016 and May 31, 2018**

**Your Rights Might Be Affected By a Proposed Class Action Settlement**

The back of this card provides a summary of the action.

Class Action Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

First-Class
Mail
US Postage
Paid
Permit #__

**\*100000001\***

Postal Service: Please do not mark barcode

TDA—100000001    1

First1 Last1
c/o
Addr2
Addr1
City, ST  Zip «Country»

---

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*National Veterans Legal Services Program, et al. v. United States*, 1:16-cv-00745-PLF

Nonprofit groups filed a class action lawsuit against the United States claiming that the government has unlawfully charged PACER users more than necessary to cover the costs of providing public access to federal court records through PACER. This notice is to inform you that the parties have decided to settle the case for $125,000,000. This amount is referred to as the common fund. The settlement has been preliminarily approved by the Court.

**Why am I receiving this notice?** You are receiving this notice because you may have paid PACER fees for the first time between April 22, 2016 and May 31, 2018. This notice explains that the parties have entered into a proposed class action settlement that may affect you. You may have legal rights and options that you may exercise before the Court decides to grant final approval to the settlement.

**What is this case about?** The lawsuit alleges that federal courts have been charging unlawfully excessive PACER fees. It alleges that Congress has authorized the federal courts to charge PACER fees only to the extent necessary to cover the costs of providing public access to federal court records, and that the fees for use of PACER exceed its costs. The lawsuit further alleges that the excess PACER fees have been used to pay for projects unrelated to PACER. The government denies these claims and contends that the fees are lawful. The parties have agreed to settle.

**Who represents me?** The Court has appointed Gupta Wessler PLLC and Motley Rice LLC as Class Counsel. You may hire your own attorney, if you wish, at your own expense. By participating in the Class, you agree to pay Class Counsel up to 30 percent of the total recovery in attorneys' fees and expenses with the total amount to be determined by the Court.

**What are my options?** If you are an accountholder and directly paid your own PACER fees, you do not have to do anything to receive a share of the common fund. You will receive a check for your share of the common fund assuming the Court grants final approval of the settlement. If someone directly paid PACER Fees on your behalf, you should direct your payment to that individual or entity at the website below no later than [insert date for 60 days after dissemination of email notice]. If you accept payment of any settlement proceeds, you are verifying that you paid the PACER fees and are the proper recipient of the settlement funds. By participating in the settlement, you will be legally bound by all orders and judgments of the Court, and you will give up any rights to sue the United States separately about the same claims in this lawsuit. *If you do not want to be part of the settlement and the Class,* you must ask to be excluded by [date]. If you ask to be excluded, you will not be able to get any money from this lawsuit. You will not be bound by any of the Court's decisions and you will keep your right to sue the United States separately about the claims in this lawsuit. If you do not ask to be excluded, you may object to any aspect of the proposed settlement. You must object by [date]. You may also request to appear at the final hearing on [date].

**For more information: [number]** or www.pacerfeesclassaction.com

By Order of the U.S. District Court, Dated: _____                    _____