IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>                    *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>                    *Defendant*. | Case No. 1:16-cv-00745-PLF |

## MOTION TO AMEND THE OPT-OUT DEADLINE

On May 8, 2023, the Court granted preliminary settlement approval. ECF No. 153. Plaintiffs respectfully move the Court to amend the schedule to account for unforeseen delays, and to provide additional time for class members to opt out of the class. Plaintiffs have met and conferred with the government as required by Local Rule 7(m). The government consents to the motion. In support of their motion, plaintiffs state as follows:

      1.      The Court's Order required the government to produce class member data to the plaintiffs by May 22, 2023 (14 days after entry of the Order). *Id.* ¶ 3. The government did not transmit the data.

      2.      Plaintiffs' counsel emailed the government on May 23, inquiring when the data would be produced. They received no response.

      3.      Plaintiffs' counsel emailed the government again on May 30, inquiring when the data would be produced. Again, they received no response.

      4.      On June 1, plaintiffs' counsel emailed the government a third time to ask when the notice data would be produced, and to inform the government that plaintiffs intended to move the

Court after receipt of the data to request a minor revision to the schedule to allow sufficient time for class members to opt out.

5. Later that day, the government finally informed plaintiffs that it was "working through some technical issues," but hoped to provide the data by June 5, 2023.

6. Plaintiffs received the data on June 6, 2023, fifteen days after it was due.

7. The Court's Order requires plaintiffs to provide email notice by July 6, 2023 (30 days from receipt of the data). *Id.* ¶ 15.

8. The current opt-out deadline is August 6, 2023 (90 days from entry of the order). *Id.* ¶ 19.

9. This provides class members with only 31 days to opt out.

10. To account for the delay in the government's production of the data, plaintiffs respectfully request that the Court amend its Order and modify the opt-out deadline to August 20, 2023 (104 days from entry of the order). This minor revision does not impact any other deadline and will provide class members with sufficient time to opt out.

Dated: June 7, 2023

          Respectfully Submitted,

          /s/ William H. Narwold
          William H. Narwold
          MOTLEY RICE LLC
          One Corporate Center
          20 Church Street, 17th Floor
          Hartford, CT  06103
          (860) 882-1676
          bnarwold@motleyrice.com

          Meghan S.B. Oliver
          Charlotte E. Loper
          MOTLEY RICE LLC

28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Deepak Gupta
Jonathan E. Taylor
GUPTA WESSLER PLLC
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com
jon@guptawessler.com

*Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed this Motion to Amend the Opt-Out Deadline through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William H. Narwold*
William H. Narwold
