IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | Case No. 1:16-cv-00745-PLF |

### [PROPOSED] ORDER

AND NOW, after consideration of Plaintiffs' Motion to Amend the Opt-Out Deadline it is hereby:

ORDERED that Plaintiffs' Motion to Amend the Opt-Out Deadline is **GRANTED;** and it is

FURTHER ORDERED that the new opt-out deadline is August 20, 2023.

**IT IS SO ORDERED.**

_____           _____
Date                   The Honorable Paul L. Friedman
                       Senior United States District Judge