UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL )
SERVICES PROGRAM, NATIONAL )
CONSUMER LAW CENTER, and )
ALLIANCE FOR JUSTICE, for themselves )
and all others similarly situated, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 16-0745 (PLF)
)
UNITED STATES OF AMERICA, )
)
        Defendant. )
)

ORDER

        The Court has received plaintiffs' Motion to Amend the Opt-Out Deadline [Dkt. No. 154]. To account for the delay in the government's production of data, plaintiffs ask the Court to amend its May 8, 2023 Order Granting Plaintiffs' Revised Motion for Preliminary Approval of Class Settlement [Dkt. No. 153] and modify the opt-out deadline for class members to August 20, 2023. The government consents to the motion. Accordingly, it is hereby

        ORDERED that plaintiffs' Motion to Amend the Opt-Out Deadline [Dkt. No. 154] is GRANTED; and it is

        FURTHER ORDERED that the new opt-out deadline is August 20, 2023.

        SO ORDERED.

                                                                                     /s/ Paul L. Friedman
                                                                                    PAUL L. FRIEDMAN
                                                                                     United States District Judge

DATE: 6/7/23