UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM,<br>   1600 K Street, NW Washington, DC 20006<br>NATIONAL CONSUMER LAW CENTER,<br>   1001 Connecticut Avenue, NW Washington, DC 20036<br>ALLIANCE FOR JUSTICE,<br>   11 Dupont Circle, NW Washington, DC 20036,<br>for themselves and all others similarly situated,<br>                              *Plaintiffs*,<br>             v.<br>UNITED STATES OF AMERICA,<br>   950 Pennsylvania Avenue, NW Washington, DC 20530,<br>                              *Defendant*. | 1:16-cv-00745<br><br>**<u>NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS</u>** |

-------------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that the undersigned appears for TROY LAW, PLLC, <u>interested party</u> in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

I certify that I am admitted and authorized to practice in this Court.

Dated:     August 8, 2023
            Flushing, New York

                                                          TROY LAW, PLLC
                                                          By: */s/ John Troy*
                                                             John Troy, Esq.
                                                             41-25 Kissena Blvd., Suite 110
                                                             Flushing, NY 11355
                                                             Tel: (718) 762-1324
                                                             Fax: (718) 762-1342
                                                            <u>johntroy@troypllc.com</u>