

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

**PACER SERVICE CENTER**
**P.O. Box 780549**
**San Antonio, TX 78278-0549**

01/25/2023

To: Don Kozich
Don Kozich
Pob 2032
Ft. Lauderdale, FL 33303

Account number: 2792766

Subject:     Receipt of Payment

This letter is to confirm that payment in the amount of _____ $38.80 _____ was received at the
PACER Service Center on _____ 08/08/2009 _____ and applied to account _____ 2792766 _____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1] Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depository will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

E x A
1/3



**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

**PACER SERVICE CENTER**
**P.O. Box 780549**
**San Antonio, TX 78278-0549**

01/25/2023

To: Don Kozich
    Don Kozich
    Pob 2032
    Ft. Lauderdale, FL 33303

Account number: 2792766

Subject:    Receipt of Payment

This letter is to confirm that payment in the amount of _____ $13.36 _____ was received at the
PACER Service Center on _____ 10/29/2009 _____ and applied to account _____ 2792766 _____ .

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depositary will
require certain action by the court." Additional fees may also apply.





**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

**PACER SERVICE CENTER**
**P.O. Box 780549**
**San Antonio, TX 78278-0549**

01/25/2023

To: Don Kozich
Don Kozich
Pob 2032
Ft. Lauderdale, FL 33303

Account number: 2792766

Subject:     Receipt of Payment

---

This letter is to confirm that payment in the amount of _____ $21.92 _____ was received at the PACER Service Center on _____ 02/04/2010 _____ and applied to account ___ 2792766 ___ .

Thank you for making a payment on this account[1]. If you have any questions, please call the PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to pay. Only when the instrument has been cleared by the depositary is payment actually complete. Therefore, checks or instruments which are rejected or returned unpaid by the depository will require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY





**PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 10/07/2015

Usage From: 07/01/2015    to: 09/30/2015

## Account Summary

| | |
|---|---|
| **Account #:** | 2792766 |
| **Invoice #:** | 2792766-Q32015 |
| **Due Date:** | 11/09/2015 |
| **Amount Due:** | $354.60 |

| | |
|---|---|
| **Pages:** | 1,803 |
| Rate: | $0.10 |
| Subtotal: | $180.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $180.30 |
| **Previous Balance:** | $174.30 |
| Current Balance: | $354.60 |

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

**Total Amount Due:**  $354.60

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

### NextGen CM/ECF

In August, the Kansas District and Alaska Bankruptcy courts implemented the next generation (NextGen) CM/ECF system. Throughout fall 2015, several other courts plan to convert to the new system. monitor your court's website for additional information. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 2792766 | 11/09/2015 | $354.60 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

Don Kozich
Don Kozich
619 No. Andrews Avenue, #408
Ft. Lauderdale, FL 33311

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364



 Gmail

**don kozich <dtkctr@gmail.com>**

## PACER Fees Class Action

2 messages

Rublee, Laura <lrublee@motleyrice.com>
To: "dtkctr@gmail.com" <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Mon, Sep 11, 2023 at 3:37 PM

Mr. Kozich,

Thank you for speaking with me today. I understand that you have not received a notice of the settlement of this matter. If you would like the claims administrator to check to see if you are a member of the class, please send your PACER account number and the associated email address to pacerlitigation@motleyrice.com. It would also be useful to include the mailing addresses, both current and present.

Information about the settlement, as well as a link to the email address I just provided, can be found at https://www.pacerfeesclassaction.com/Home.aspx. As I explained, class members do not have to file a claim. If the Court approves the proposed Settlement and Plan of Allocation, checks will be automatically sent to class members based on PACER billing records of the Administrative Office of the United States Courts.

As we discussed, we cannot help you with your individual complaint that PACER cut off access to your account for non-payment or with reopening your PACER account. The class action focused only on the excessiveness of the fees, which is the difference in the amount of the fees collected and the actual cost of running the PACER system, that affected all class members, i.e., those who paid PACER fees during the class period.

Regards,

Laura Rublee

 MotleyRice
ATTORNEYS AT LAW

**Laura Rublee** Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

o. 843.216.9192

lrublee@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---

**don kozich** <dtkctr@gmail.com>
To: "Rublee, Laura" <lrublee@motleyrice.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Mon, Sep 11, 2023 at 9:50 PM

---------- Forwarded message ----------

From: **Rublee, Laura** <lrublee@motleyrice.com>
Date: Mon, Sep 11, 2023 at 3:37 PM
Subject: PACER Fees Class Action
To: dtkctr@gmail.com <dtkctr@gmail.com>

Mr. Kozich,

Thank you for speaking with me today. I understand that you have not received a notice of the settlement of this matter. If you would like the claims administrator to check to see if you are a member of the class, please send your PACER account number and the associated email address to pacerlitigation@motleyrice.com. It would also be useful to include the mailing addresses, both current and present.

Information about the settlement, as well as a link to the email address I just provided, can be found at https://www. pacerfeesclassaction.com/Home.aspx. As I explained, class members do not have to file a claim. If the Court approves the proposed Settlement and Plan of Allocation, checks will be automatically sent to class members based on PACER billing records of the Administrative Office of the United States Courts.

As we discussed, we cannot help you with your individual complaint that PACER cut off access to your account for non-payment or with reopening your PACER account. The class action focused only on the excessiveness of the fees, which is the difference in the amount of the fees collected and the actual cost of running the PACER system, that affected all class members, i.e., those who paid PACER fees during the class period.

Regards,

Laura Rublee

**Laura Rublee** Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

o. 843.216.9192

lrublee@motleyrice.com

Please see attached for my PACER billing.
My current mail address is: POB 2032, Fort Lauderdale, FL 33303
My current residence address is: 4537 Poinciana St., Fort Lauderdale, FL 33308
My phine number is: 9547090537
My email address is: dtkctr@gmail.com
I appreciate your prompt attention to this matter.
Thanks
Don Kozich

[Quoted text hidden]

**3 attachments**


image001.png
5K


image001.png
5K

230911 PACER FEES $354.60 TO MOTLEY-RICE.pdf
215K

 Gmail

don kozich <dtkctr@gmail.com>

## PACER ACCOUNT

12 messages

**don kozich <dtkctr@gmail.com>**
To: pacerlitigation@motleyrice.com

Mon, Sep 11, 2023 at 9:55 PM

Thank you for speaking with me today. I understand that you have not received a notice of the settlement of this matter. If you would like the claims administrator to check to see if you are a member of the class, please send your PACER account number and the associated email address to pacerlitigation@motleyrice.com. It would also be useful to include the mailing addresses, both current and present.

Please see attached for my PACER billing.
My current mail address is: POB 2032, Fort Lauderdale, FL 33303
My current residence address is: 4537 Poinciana St., Fort Lauderdale, FL 33308
My phone number is: 9547090537
My email address is: dtkctr@gmail.com
I appreciate your prompt attention to this matter.
Thanks
Don Kozich

📄 **230911 PACER FEES $354.60 TO MOTLEY-RICE.pdf**
215K

**Rublee, Laura <lrublee@motleyrice.com>**
To: don kozich <dtkctr@gmail.com>, PACER Litigation <pacerlitigation@motleyrice.com>

Thu, Sep 14, 2023 at 9:55 AM

Dear Mr. Kozich,

I received your voicemail this morning and am following up. I had forwarded your information to the claims administrator. They searched by name, address and account number, but you are not showing up in the data as a member of the class.

Please let me know if you have any additional questions.

Regards,

Laura Rublee

**Laura Rublee** Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

MotleyRice
ATTORNEYS AT LAW

o. 843.216.9192

lrublee@motleyrice.com

---

**From:** don kozich <dtkctr@gmail.com>
**Sent:** Monday, September 11, 2023 9:56 PM
**To:** PACER Litigation <pacerlitigation@motleyrice.com>
**Subject:** PACER ACCOUNT

---

CAUTION:EXTERNAL

---

[Quoted text hidden]

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---

**don kozich** <dtkctr@gmail.com>                                    Thu, Sep 14, 2023 at 10:14 AM
To: "Rublee, Laura" <lrublee@motleyrice.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Laura,
Why am I not showing up as a member of the class?
I paid PACER previous billings.
I want to submit a claim. How do I accomplish submitting a claim?
Please let me know what you find out.
Thanks
Don Kozich
[Quoted text hidden]



**2 attachments**


image001.png
5K


image001.png
5K

---

**Rublee, Laura** <lrublee@motleyrice.com>
To: don kozich <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@molleyrice.com>

Fri, Sep 15, 2023 at 5:02 PM

Dear Mr. Kozich,

I wanted to let you know that we are following up with the administrator and we will get back to you as soon as possible.

Regards,

Laura

**Laura Rublee**  Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

**o.** 843.216.9192

lrublee@motleyrice.com

$f_x$ ☐
3/12

**From:** don kozich <dtkctr@gmail.com>
**Sent:** Thursday, September 14, 2023 10:15 AM
**To:** Rublee, Laura <lrublee@motleyrice.com>
**Cc:** PACER Litigation <pacerlitigation@motleyrice.com>
**Subject:** Re: PACER ACCOUNT

CAUTION:EXTERNAL

[Quoted text hidden]
[Quoted text hidden]

---

**Rublee, Laura** <lrublee@motleyrice.com>                                        Tue, Sep 19, 2023 at 11:35 AM
To: don kozich <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Dear Mr. Zorich,

We are continuing to look into this matter, but hope that you can provide us with some additional information about your
PACER account history. Can you call me at your earliest convenience?  My direct number is 843-216-9192.

Thank you.

[Quoted text hidden]
[Quoted text hidden]

---

**Rublee, Laura** <lrublee@motleyrice.com>                                        Tue, Sep 19, 2023 at 11:50 AM
To: don kozich <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Mr. Kozich, I am so sorry that I misspelled your name!  In any event, I would appreciate a call.

[Quoted text hidden]
[Quoted text hidden]

---

**don kozich** <dtkctr@gmail.com>                                        Fri, Sep 22, 2023 at 7:04 AM
To: "Rublee, Laura" <lrublee@motleyrice.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Laura,
What is the status of your checking on my account and payment with PACER?
Thanks
Don Kozich
[Quoted text hidden]

E~ O
4/12

**4 attachments**


image001.png
5K


image001.png
5K


image001.png
5K


image001.png
5K

---

**Rublee, Laura** <lrublee@motleyrice.com>                                    Fri, Sep 22, 2023 at 8:38 AM
To: don kozich <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>


Dear Mr. Kozich,


We are still looking into your account and why you are not included in the class member data, but we must work with the
government to get answers to your questions and, unfortunately, getting answers will take some time.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]


   [Quoted text hidden]
   [Quoted text hidden]
   [Quoted text hidden]


     [Quoted text hidden]

     **Laura Rublee** Attorney at Law

     28 Bridgeside Blvd., Mt. Pleasant, SC 29464

Ex D
5/12

lrublee@motleyrice.com

**From:** don kozich <dtkctr@gmail.com>
**Sent:** Monday, September 11, 2023 9:56 PM
**To:** PACER Litigation <pacerlitigation@motleyrice.com>
**Subject:** PACER ACCOUNT

CAUTION:EXTERNAL

Thank you for speaking with me today. I understand that you have not received a notice of the settlement of this matter. If you would like the claims administrator to check to see if you are a member of the class, please send your PACER account number and the associated email

address to pacerlitigation@motleyrice.com. It would also be useful to include the mailing addresses, both current and present.

Please see attached for my PACER billing.
My current mail address is: POB 2032, Fort Lauderdale, FL 33303
My current residence address is: 4537 Poinciana St., Fort Lauderdale, FL 33308
My phone number is: 9547090537
My email address is: dtkctr@gmail.com
I appreciate your prompt attention to this matter.
Thanks
Don Kozich

E.
6/12

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication.


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

[Quoted text hidden]

---

**don kozich** <dtkctr@gmail.com>                                           Thu, Sep 28, 2023 at 8:10 AM
To: "Rublee, Laura" <lrublee@motleyrice.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Laura,
What is the status of your checking on my account and payment with PACER?
Do I need to file my objection to the settlement?
Thanks
Don Kozich
[Quoted text hidden]

---

**2 attachments**


image001.png
5K


image001.png
5K

---

**Rublee, Laura** <lrublee@motleyrice.com>                                  Thu, Sep 28, 2023 at 9:15 AM
To: don kozich <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>


Dear Mr. Kozich,



We have heard from the government after asking about your account. We were concerned because you had received notice of the class action in 2017, but you were not in the 2023 class member data. The data provided by the government used for sending notices in 2017 had been pulled from the government's billing records using "billed amount" as a parameter. Not all those who received a notice of this class action in 2017 had actually paid PACER fees; they had just been billed for PACER fees. The 2023 data, on the other hand, were pulled from the billing records using "paid amount" as a parameter, so only those who had paid PACER fees were included in that data. As you are aware, class members are those who actually paid PACER fees during the class period. The claims administrator could not locate you in the 2023 data because you had not actually paid PACER fees during the class period. This also explains why you had not received notice of the settlement.

Please let me know if you have any questions.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

**Laura Rublee**  Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

o. 843.216.9192

lrublee@motleyrice.com

**From:** Rublee, Laura <lrublee@motleyrice.com>
**Sent:** Tuesday, September 19, 2023 11:36 AM
**To:** don kozich <dtkctr@gmail.com>
**Cc:** PACER Litigation <pacerlitigation@motleyrice.com>
**Subject:** RE: PACER ACCOUNT

We are continuing to look into this matter, but hope that you can provide us with some additional information about your PACER account history. Can you call me at your earliest convenience? My direct number is 843-216-9192.

Thank you.

Laura

**Laura Rublee** Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

o. 843.216.9192

lrublee@motleyrice.com

**From:** Rublee, Laura <lrublee@motleyrice.com>
**Sent:** Friday, September 15, 2023 5:02 PM
**To:** don kozich <dtkctr@gmail.com>
**Cc:** PACER Litigation <pacerlitigation@motleyrice.com>
**Subject:** RE: PACER ACCOUNT

Dear Mr. Kozich,

I wanted to let you know that we are following up with the administrator and we will get back to you as soon as possible.

Regards,

Laura



**Laura Rublee** Attorney at Law

[Quoted text hidden]

o. 843.216.9192

lrublee@motleyrice.com

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

**don kozich** <dtkctr@gmail.com>                                        Thu, Sep 28, 2023 at 10:04 AM
To: "Rublee, Laura" <lrublee@motleyrice.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Laura
The government is wrong, I paid PACER fees.
Therefore I will file my objections to the settlement.
Please provide the name and address of the court to where I file my objections and the
email address of all persons to be served?
Thanks
Don Kozich
[Quoted text hidden]

---

**2 attachments**



image001.png
5K

image001.png
5K

Ev
10/12



MotleyRice LLC

ATTORNEYS AT LAW

---

**Rublee, Laura** <lrublee@motleyrice.com>
To: don kozich <dtkctr@gmail.com>
Cc: PACER Litigation <pacerlitigation@motleyrice.com>

Thu, Sep 28, 2023 at 10:24 AM

Mr. Kozich,

Please see the attached notice of the settlement which contains the information you have requested.

Laura



MotleyRice LLC

ATTORNEYS AT LAW

**Laura Rublee** Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

o. 843.216.9192

lrublee@motleyrice.com

---

**From:** don kozich <dtkctr@gmail.com>
**Sent:** Thursday, September 28, 2023 10:05 AM
**To:** Rublee, Laura <lrublee@motleyrice.com>
**Cc:** PACER Litigation <pacerlitigation@motleyrice.com>
**Subject:** Re: PACER ACCOUNT

CAUTION:EXTERNAL

# Laura

[Quoted text hidden]

[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]

>> [Quoted text hidden]

>>> **Laura Rublee**  Attorney at Law
>>>
>>> [Quoted text hidden]
>>>
>>> **o.** 843.216.9192
>>>
>>> lrublee@motleyrice.com

> [Quoted text hidden]
> [Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

 **PACER Fees Class Action Notice.pdf**
191K

Ex D
12/12

NATIONAL VETERANS LEGAL SERVICES PROGRAM et al v. UNITED STATES OF AMERICA
Case 1:16-cv-00745-PLF Document 163-1 Filed 10/06/23 Page 20 of 21

Doc. 89 Att. 1
Case 1:16-cv-00745-PLF Document 32-13 Filed 05/26/17 Page 2 of 20

Public Access and Records Management Division

AVAILABLE RESOURCES:

Summary of Resources QTRLY Rprt

FY 2010

Actuals

YB

| | | | |
|---|---|---|---:|
| 1 | PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ | 34,381,874 |
| 2 | PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ | 102,511,199 |
| 3 | Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ | 516,534 |
| 4 | Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ | 187,118 |
| 5 | **Total Available Resources** | $ | **137,596,725** |
| 6 | **PROGRAM REQUIREMENTS:** | | |
| 7 | **Public Access Services and Applications** | | |
| 8 | EPA Program (OXEEPAX) | $ | 18,768,552 |
| 9 | EPA Technology Infrastructure & Applications (OXEPTAX) | $ | - |
| 10 | EPA Replication (OXEPARX) | $ | - |
| 11 | **Public Access Services and Applications** | $ | **18,768,552** |
| 12 | **Case Management/Electronic Case Files System** | | |
| 13 | Development and Implementation  (OXEECFP) | $ | 3,695,078 |
| 14 | Operations and Maintenance (OXEECFO) | $ | 15,536,212 |
| 15 | CM/ECF Futures (OXECMFD) | $ | 3,211,403 |
| 16 | Appellete Operational Forum (OXEAOPX)changed from OXEACAX | $ | 144,749 |
| 17 | District Operational Forum (OXEDCAX) | $ | 674,729 |
| 18 | Bankruptcy Operational Forum (OXEBCAX) | $ | 492,912 |
| 19 | **Subtotal, Case Management/Electronic Case Files System** | $ | **23,755,083** |
| 20 | **Electronic Bankruptcy Noticing:** | | |
| 21 | Electronic Bankruptcy Noticing (OXEBNCO) | $ | 9,662,400 |
| 22 | **Subtotal, Electronic Bankruptcy Noticing** | $ | **9,662,400** |
| 23 | **Telecommunications (PACER-Net & DCN)** | | |
| 24 | PACER-Net (OXENETV) | $ | 10,337,076 |
| 25 | DCN and Security Services (OXENETV) | $ | 13,847,748 |
| 26 | PACER-Net & DCN (OXDPANV) | $ | - |

Dockets.Justia.com

| | | | |
|---|---|---|---|
| 27 | Security Services (OXDSECV) | $ | – |
| 28 | Subtotal, Telecommunications (PACER-Net & DCN) | $ | 24,184,824 |
| 29 | **Court Allotments** | | |
| 30 | Court Staffing Additives(OXEEPAA) | $ | 228,373 |
| 31 | Court Allotments (OXEEPAA) [incl. in program areas prior to FY 09] | $ | 1,291,335 |
| 32 | CM/ECF Court Allotments (OXEECFA) | $ | 7,605,585 |
| 33 | Courts/AO Exchange Program (OXEXCEX) | $ | 303,527 |
| 34 | **Subtotal, Court Allotments** | $ | 9,428,820 |
| 35 | **Total Program Requirements** | $ | 85,799,679 |
| 36 | *Congressional Priorities:* | | |
| 37 | **Victim Notification (Violent Crime Control Act)** | | |
| 38 | Violent Crime Control Act Notification (OXJVCCD & OXJVCCO) | $ | 332,876 |
| 39 | **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | 332,876 |
| 40 | **Web-based Juror Services** | | |
| 41 | Web Based E-Juror Services O&M (OXEJMEO) | $ | – |
| 42 | **Subtotal, Web-based Juror Services** | $ | – |
| 43 | **Courtroom Technology (OXHCRTO-3000)** | | |
| 44 | Courtroom Technology (OXHCRTO-3000) | $ | 24,731,665 |
| 45 | **Subtotal, Courtroom Technology Program** | $ | 24,731,665 |
| 46 | **State of Mississippi (OXEMSPX)** | | |
| 47 | State of Mississippi (OXEMSPX) | $ | 120,988 |
| 48 | **Subtotal, Mississippi State Courts** | $ | 120,988 |
| 49 | **Total Congressional Priorities** | $ | 25,185,529 |
| 50 | **Total Program & Congressional Priorities** | $ | 110,985,208 |
| 51 | **Total EPA Carry Forward (Revenue less Disbursement)** | $ | 26,611,517 |
| 52 | PACER FEE (OXEEPAC) Carry Forward | $ | 26,051,473 |
| 53 | PRINT FEE (OXEEPAP) Carry Forward | $ | – |
| 54 | **Total EPA Carry Forward** | $ | 26,051,473 |
| 55 | Total Print Fee Revenue | $ | 703,652 |
| 56 | Disbursed in (OXEEPAA) Allotments | $ | 143,608 |
| 57 | PRINT FEE (OXEEPAP) Carry Forward | $ | 560,044 |

Ex E
2/2

2