UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL      CASE NO. 1:16-cv-00745-PLF
SERVICES PROGRAM, et al      J: Paul L. Friedman
     Plaintiffs

v.

UNITED STATES OF AMERICA
     Defendant(s)

---------------------------------

SERVICE LIST: EFF: 231006      **CERTIFICATE OF SERVICE**

To
dcd_intake@dcd.uscourts.gov; DCDPACERFeesSettlement@dcd.uscourts.gov

cc
deepak@guptawessler.com; jennifer@guptawessler.com; jessie@guptawessler.com; jon@guptawessler.com; linnet@guptawessler.com; mahek@guptawessler.com; matt@guptawessler.com; neil@guptawessler.com; peter@guptawessler.com; rana@guptawessler.com; robert@;uptawessler.com; bnarwold@motleyrice.com; ajanelle@motleyrice.com; cloper@motleyrice.com; lshaarda@motleyrice.com; moliver@motleyrice.com; vlepine@motleyrice.com; wtinkler@motleyrice.com; esmith@motleyrice.com; brenda.gonzalez.horowitz@usdoj.gov; caseview.ecf@usdoj.gov; Elena.Haramalis@usdoj.gov; elena.haramalis2@usdoj.gov; ssamberg-champion@relmanlaw.com; cmeyer@relmanlaw.com; johntroy@troypllc.com; bbrown@rcfp.org; ecf@rcfp.org; michael.kirkpatrick@law.georgetown.edu; lrublee@motleyrice.com; pacerlitigation@motleyrice.com; esmith@motleyrice.com; rosie.howl@gmail.com

Deepak Gupta
Gupta Wessler PLLC
2001 K Street, NW, Ste 850 North
Washington DC 20006
Ph 202.88.1741
Fax 202.888.7792
deepak@guptawessler.com;

Michael T. Kirkpatrick
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, Suite 312
Washington DC 20001
Ph 202.662.9535
Fax 202.662.9634
michael.kirkpatrick@law.georgetown.edu;

SL-2

William Narwold
Motley Rice LLC
3333 K Street NW, Suite 450
Washington DC 2007
Ph 202.232.5504
Fax 202.232.5513
bnarwold@motleyrice.com;
esmith@motleyrice.com;

Assistant US Attorney
Patrick Henry Bldg.
601 D Street, NW
Washington DC 20530
Ph 202.252.2536
brenda.gonzalez.horowitz@usdoj.gov;
CaseView.ECF@usdoj.gov;
Elena.Haramalis@usdoj.gov;
elena.haramalis2@usdoj.gov;

Mark I. Bailen
Baker Law
mb@bailenlaw.com;

Bruce D. Brown
bbrown@rcfp.org;
ecf@rcfp.org;

Sasha Samberg-Champion
Relman Law
ssamberg-champion@relmanlaw.com
cmeyer@relmanlaw.com

Rosemarie Howell
9504 NE 5 Street
Vancouver, WA 98664
3609530798
rosie.howl@gmail.com

Sasha Samberg-Champion

John Troy