IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>                    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                    *Defendant*. | Case No. 16-745-PLF |

**PLAINTIFFS' RESPONSE TO OBJECTION OF DON KOZICH**

On October 6, 2023, the Court received an email from Don Kozich. Mr. Kozich identifies himself as a class member who objects to the proposed settlement. But Mr. Kozich is not a member of the class because he did not pay any PACER fees during the class period. Mr. Kozich has attached receipts reflecting payments by him in August 2009 ($38.80), October 2009 ($13.36), and February 2010 ($21.92). But the class period began on April 21, 2010. At our request, the class administrator has confirmed, using data provided by the Administrative Office of the U.S. Courts, that Mr. Kozich did not pay any PACER fees during the class period and is therefore not a member of the class. We have also consulted with counsel for the government and are authorized to state that the government concurs in this conclusion.

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741

1

*deepak@guptawessler.com*
*jon@guptawessler.com*

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE E. LOPER
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cloper@motleyrice.com*

October 11, 2023                    *Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, I electronically filed this reply through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta