IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL
SERVICES PROGRAM, NATIONAL
CONSUMER LAW CENTER, and
ALLIANCE FOR JUSTICE, for themselves
and all others similarly situated,
               *Plaintiffs*,

v.

UNITED STATES OF AMERICA,
               *Defendant*.

Case No. 16-745-PLF

**PLAINTIFFS' NOTICE OF FILING OF ALL OBJECTIONS RECEIVED TO DATE**

On the eve of the fairness hearing, Objector Eric Alan Isaacson has filed a seven-page "written statement" with several new procedural objections to the final-approval process. Among other things, he complains that documents—including the Court's orders, the plaintiffs' reply and supporting material, and others' objections—were "not served on [him] by the Court or by any party." But the Court's orders and the reply are available on the public docket, are posted (for free) on the PACER Fees Class Action website, and were emailed via CM-ECF to anyone who filed a notice of appearance. To ensure full transparency, this notice attaches all objections of which the settling parties have been made aware, timely or untimely, filed by the following individuals: Aaron Greenspan, Alexander Jiggets, Geoffrey Miller, Don Kozich, and Eric Alan Isaacson. To ensure free access, each objection is also being posted on the PACER Fees Class Action website.

                                              Respectfully submitted,

                                              */s/ Deepak Gupta*
                                              DEEPAK GUPTA
                                              JONATHAN E. TAYLOR
                                              GUPTA WESSLER LLP
                                              2001 K Street, NW, Suite 850 North

Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE E. LOPER
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cloper@motleyrice.com*

October 11, 2023              *Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I electronically filed this notice through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta
