| | |
|---|---|
| **From:** | ALEXANDER JIGGETTS |
| **To:** | DCD PACER Fees Settlement |
| **Subject:** | Oppose settlement |
| **Date:** | Tuesday, September 26, 2023 11:04:15 PM |

**CAUTION - EXTERNAL:**

I Alexander Jiggetts oppose the settlement for I am the first person to complain about Pacer Fees and I petitioned in the United States District Court for Maryland and with the Administrative office of the courts about overcharging persons for Pacer and it should be with not a fee I should at least get one million for telling what is going on these attorneys who are getting at least $25,000,000 million took over what I was doing and wanted to give me $350 so I told them.not to email me or call me I represent myself in this issue and I did not enter into a client privilege with them so they just want make cash and be in everyone's business.
Please email me about this matter.
With much respect to this court they just want to have access to my 137 cases that I filed and have rights to my cases with not paying for my name and likeness I did business with the United States government when I was going through some rough things I did not do business with these attorneys abd corporations that download the cases and sell them for billions with not asking the persons who filed the cases and name and likeness they use do they want any compensation that is all they want is to sell persons cases that is what they want I have warned companies about selling persons cases and not giving them nothing a cases is mot for profit when someone uses it is to a note when filing a case but these attorneys and business sell persons cases to billionaires while the lower case get nothing.
I oppose the settlement because I need something for what I done.
Also those attorneys assigned to the case are harrassers.
Alexander Jiggetts
Jiggettsalexander@aol.com
410-596-8404
9/26/2023

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.