IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>            *Plaintiffs*,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>            *Defendant*. | Case No. 1:16-cv-00745-PLF |

## NOTICE OF APPEARANCE

TO THE CLERK: Please note the appearance of Meghan S.B. Oliver of Motley Rice LLC as additional counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, and Alliance for Justice in the above-captioned case.


Dated: October 13, 2023                    */s/ Meghan S.B. Oliver*
                                                                Meghan S.B. Oliver (PHV)
                                                                MOTLEY RICE LLC
                                                                28 Bridgeside Blvd.
                                                                Mt. Pleasant, SC 29464
                                                                Ph: 843-216-9492
                                                                Fax: 843-216-9450
                                                                moliver@motleyrice.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 13th day of October 2023, a copy of the foregoing Notice of Appearance was filed through the Court's electronic case filing system and served through the Court's electronic filing system on all counsel of record.

By: /s/ *Meghan S.B. Oliver*
Meghan S.B. Oliver (PHV)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Ph: 843-216-9492
Fax: 843-216-9450
moliver@motleyrice.com