IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated,<br>　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　*Defendant*. | Case No. 1:16-cv-00745-PLF |

**NOTICE OF SUBMISSION OF PAYMENT NOTIFICATION FORMS**

At yesterday's hearing, the Court asked class counsel to file four forms used by the class administrator: (1) the form used to allow PACER accountholders to notify the administrator that an entity paid PACER fees on their behalf, (2) the form used to allow payers to notify the administrator that they paid PACER fees on an accountholder's behalf, (3) the notification sent to accountholders informing them that an individual or entity claimed to pay PACER fees on their behalf; and (4) the form used to allow PACER accountholders to dispute the payment notification.

These forms are attached as exhibits. By way of background, this Court's preliminary-approval order, issued in May 2023, required the plaintiffs to modify the PACER Fees Class Action website to "allow accountholders to notify the Administrator that an entity paid PACER fees on their behalf, and. . . allow payers to notify the Administrator that they paid PACER fees on an accountholder's behalf." ECF 153 at 5. Individuals or entities were required to submit these Payment Notification Forms within sixty days of the dissemination of email notice. That deadline was subsequently extended to October 5, 2023.

1

**Exhibit 1** is the form template used by PACER accountholders to notify the class administrator that someone paid fees on their behalf. For example, if an individual attorney is listed as the accountholder on a PACER account but the PACER fees were in fact paid by a law firm, the attorney could notify the administrator that the law firm paid the fees associated with the account. To date, the administrator has received 464 accountholder notifications.

**Exhibit 2** is the form template used by payers to notify the administrator that they paid PACER fees on behalf of accountholders. For example, if a law firm paid the PACER fees for each of its attorney accountholders, it could notify the administrator that it did so. This form requires the payers to include the time period for which they paid the fees (to account, for example, for accountholders who may have changed jobs but kept the same PACER number). To date, the administrator has received 409 payer notifications.

**Exhibit 3** is the email used to notify the accountholder that a payer submitted a notification informing the administrator that it paid fees on behalf of the accountholder and providing the accountholder an opportunity to dispute the notification.

**Exhibit 4** is the form template used by PACER accountholders to dispute the payment notification. To date, the administrator has not received any such disputes.

Dated: October 13, 2023

                                                Respectfully Submitted,

                                                /s/ William H. Narwold
                                                William H. Narwold
                                                MOTLEY RICE LLC
                                                One Corporate Center
                                                20 Church Street, 17th Floor
                                                Hartford, CT  06103
                                                (860) 882-1676
                                                bnarwold@motleyrice.com

                                                Meghan S.B. Oliver
                                                Charlotte E. Loper

MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Deepak Gupta
Jonathan E. Taylor
GUPTA WESSLER PLLC
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com
jon@guptawessler.com

*Counsel for Plaintiffs National Veterans Legal Services Program, National Consumer Law Center, Alliance for Justice, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed this notice through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William H. Narwold*
William H. Narwold
