# EXHIBIT 1

**Case No. 1:16-cv-00745-PLF**

KCC

Home   Class Notice   Court Documents   Frequently Asked Questions   Payment Notification/Dispute   Address Update

## PACER National Veterans Legal Services Program, et al. v. United States II

**Payment Notification Form**

Account Holder Information

First Name

Last Name

*Firm Name

*Primary Address

Primary Address Continued

*City

*State
Select

*Zip

*Country
UNITED STATES

*Telephone Number

*Email

*Pacer Account Number

☐ If you have an Old Pacer Account Number that is in the format of two letters by 4 digits, check this box.

Time period during which the account was held (quarters) (e.g., first quarter 2012 through third quarter 2013)

*From (Quarter)
Select

*(Year)
Select

*To (Quarter)
Select

*(Year)
Select

Payer Information

*Please choose from one of the options:

○ My PACER fees are paid by one payer during the class action period. (second quarter 2010 through second quarter 2018)
○ My PACER fees are paid by multiple payers during the class action period. (second quarter 2010 through second quarter 2018)

Certification

* ☐ By checking this box, I declare that the information supplied in this Payment Notification Form is true and correct to the best of my knowledge.

**Agree and Submit**

*Required