# EXHIBIT 2

**Case No. 1:16-cv-00745-PLF**

 KCC

Home    Class Notice    Court Documents    Frequently Asked Questions    Payment Notification/Dispute    Address Update

## PACER National Veterans Legal Services Program, et al. v. United States II

### Payment Notification Form

Payer Information

First Name

Last Name

*Firm Name

*Telephone Number

*Email

*Pacer Account Number

☐ If you have an Old Pacer Account Number that is in the format of two letters by 4 digits, check this box.

*Description

*Upload Proof of Payment (e.g., credit card statements, canceled checks, payment receipts)

**Maximum allowed uploaded files:** 5
**Maximum file size:** 10 MB
**Allowed file types:** jpg, jpeg, tif, tiff, gif, png, pdf

Choose File   No file chosen
Choose File   No file chosen
Choose File   No file chosen
Choose File   No file chosen
Choose File   No file chosen

Certification

* ☐ By checking this box, I declare that the information supplied in this Payment Notification Form is true and correct to the best of my knowledge.

Agree and Submit

*Required