# EXHIBIT 3
**Case No. 1:16-cv-00745-PLF**

**Subject:**            PACER Fees - Payment Notification

According to PACER billing records reflecting account-holder information, you are associated with a PACER account that paid PACER fees during the class period.

On or about July 6, 2023, the Claims Administrator sent you notice via email informing you that the parties in *National Veterans Legal Services Program, et al. v. United States*, have reached a settlement for $125,000,000. As explained in the notice, there may be circumstances where an individual or entity paid PACER fees on an account holder's behalf. In those instances, the payer is the class member, not the account holder.

The Claims Administrator has been informed by an entity or individual that they paid PACER fees on your behalf and is thus the proper recipient of any settlement check associated with your PACER account (<Account Number>). If you believe this is incorrect, please visit <Dispute Link> to fill out and submit a Dispute Notification Form. The Dispute Notification Form will ask you for the Payment Notification Form (PNF) number. The PNF number is <PNF Number>. You must submit the Dispute Notification Form within ten days of receipt of this email. By not submitting a Dispute Notification Form you confirm that another entity or individual paid PACER fees on your behalf and waive all rights to contest entitlement to any settlement funds associated with your PACER account now or at any time in the future.

If you have any questions, please contact class counsel at pacerlitigation@motleyrice.com or 800-934-2792.