# EXHIBIT 4

**Case No. 1:16-cv-00745-PLF**

