

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, and ALLIANCE FOR JUSTICE, for themselves and all others similarly situated, | Civil No. 16-745-PLF<br><br>NOTICE OF APPEAL<br><br>OF CLASS MEMBER AND OBJECTOR<br><br>ERIC ALAN ISAACSON |
|     Plaintiffs, | |
|  vs. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

Notice is hereby given that Eric Alan Isaacson, a Class Member and Objector in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the OPINION (DE169), and the FINAL JUDGMENT AND ORDER ON FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEY'S FEES, COSTS, AND SERVICE AWARDS (DE170), that were entered March 20, 2024, as well as from any prior rulings, opinions, or orders that merge therein.

DATED: April 17, 2024

Respectfully Submitted,

Eric Alan Isaacson

LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
Telephone: (858) 263-9581
email: ericalanisaacson@icloud.com

RECEIVED
Mail Room

APR 18 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that the foregoing statement that on April 17, 2024, I served my Notice of Appeal from the OPINION (DE169), and the FINAL JUDGMENT AND ORDER ON FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEY'S FEES, COSTS, AND SERVICE AWARDS (DE170), by placing true and correct copies of said Notice in sealed envelopes, placed in the US mail with first-class postage prepaid, addressed to each of the following:

> The Honorable Paul L. Friedman
> U.S. District Court for the District of Columbia
> 333 Constitution Avenue, NW
> Washington, DC 20001
>
> DCDPACERFeesSettlement@dcd.uscourts.gov
>
> Deepak Gupta
> Gupta Wessler PLLC
> 2001 K Street, NW, Suite 850
> North Washington, DC 20006
>
> deepak@guptawessler.com
>
>
> Brenda Gonzáles Horowitz
> Assistant United States Attorney
> Patrick Henry Building
> 601 D Street, N.W.
> Washington, DC 20530
>
> brenda.gonzalez.horowitz@usdoj.gov

Eric Alan Isaacson
(pro se)