Case 1:16-cv-00745-PLF    Document 417    Filed 06/26/2026    Page 1 of 1

# United States Court of Appeals
# for the Federal Circuit

---

**NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE,**

*Plaintiffs-Appellees*

v.

**UNITED STATES,**

*Defendant-Appellee*

v.

**ERIC ALAN ISAACSON,**

*Interested Party-Appellant*

---

2024-1757

---

Appeal from the United States District Court for the District of Columbia in No. 1:16-cv-00745-PLF, Senior Judge Paul L. Friedman.

---

## MANDATE

---

In accordance with the judgment of this Court, entered March 20, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



June 12, 2026
Date

Jarrett B. Perlow
Clerk of Court